UNITED STATES DISTRICT COURT

IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.<br><br>        Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.<br><br>        Defendant. | Case No. 1:12-CV-00560-BLW (Lead Case)<br><br>ORDER OF CONSOLIDATION |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO<br><br>        Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A.<br><br>        Defendants. | Case No. 1:13-CV-00116-BLW |

Following a telephone conference on March 18, 2013, with all counsel, and pursuant to their agreement at that conference,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for consolidation (docket no. 2) and motion for expedited consolidation (docket no. 3) filed in *FTC v St. Luke's (CV-13-116-BLW)* be GRANTED.

IT IS FURTHER ORDERED, that *FTC v St. Luke's (CV-13-116-BLW)* be consolidated with *St. Al's v. St. Luke*'s *(CV-12-560-BLW).*

IT IS FURTHER ORDERED, that the lead case shall be *St. Al's v. St. Luke's CV-12-560-BLW,* and that all pleadings and other documents shall be filed in that lead case.

IT IS FURTHER ORDERED, that the trial presently set for July 29, 2013, is VACATED, and that trial shall be reset for **September 16, 2013,** at 9:00 a.m. in the Federal Courthouse in Boise Idaho. The Court shall set aside three weeks for trial. After the first day of trial, the trial days shall generally run from 8:30 a.m. to 2:30 p.m. straight through with only two breaks of about 15 minutes each.

IT IS FURTHER ORDERED, that because the continuation of the trial will require a new schedule of pre-trial deadlines, counsel are directed to meet together to draft a new schedule and submit it to the Court for approval.

IT IS FURTHER ORDERED, that the telephone status conference now set for April 2, 2013, is VACATED. This conference became unnecessary once the trial was continued and given the fact that another conference is set for April 30, 2013, which shall remain in place.

DATED: March 19, 2013

B. Lynn Winmill
Chief Judge
United States District Court