UNITED STATES DISTRICT COURT

IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.<br><br>   Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.<br><br>   Defendant. | Case No. 1:12-CV-00560-BLW (Lead Case)<br><br>**ORDER** |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO<br><br>   Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A.<br><br>   Defendants. | Case No. 1:13-CV-00116-BLW |

Following a telephone conference on April 30, 2013, with all parties, and pursuant to their agreement at that conference,

NOW THEREFORE IT IS HEREBY ORDERED, that trial in this case be moved to **September 23, 2013,** at 9:00 a.m. in the Federal Courthouse in Boise Idaho. The Court has set aside three weeks for trial, with a possible fourth week, although the Court has not yet determined the precise amount of time to be allocated to this trial. The Court will discuss with counsel the option of putting each party "on the clock" during the trial.

After the first day of trial, the trial days shall generally run from 8:30 a.m. to 2:30 p.m. straight through with only two breaks of about 15 minutes each.

IT IS FURTHER ORDERED, that a telephone status conference be held on May 22, 2013, at 10:00 a.m. with plaintiffs to provide a call in number.

IT IS FURTHER ORDERED, that the parties attempt to reach agreement by May 3, 2013, on the issues concerning the number of potential witnesses and the deposition limits.  If counsel cannot reach agreement by May 3, 2013, they shall file simultaneous briefs (limited to 10 pages ) on or before May 7, 2013.  The Court understands that all plaintiffs will file a joint brief and all defendants will file a joint brief.

IT IS FURTHER ORDERED, that the briefs may be accompanied by a separate appendix addressing specific information about the witnesses.

DATED: April 30, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court