<u>TELEPHONIC STATUS CONFERENCE</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 5/22/2013
Judge B. Lynn Winmill                    Deputy Clerk: Jamie Gearhart
Case No. 1:12-CV-560-BLW                 Reporter: Tammy Hohenleitner
Place: Telephonic                        Time: 7 minutes

<u>Saint Alphonsus Medical Center - Nampa Inc., et al v. St Luke's Health System, LTD, et al</u>

Counsel for Saint Alphonsus: Brock Swartzle and Keely Duke

Counsel for FTC: Tom Greene

Counsel for Treasure Valley: Raymond Powers

Counsel for St. Luke's: Jack Bierig and Walt Sinclair

Counsel for State of Idaho: Wendy Arends and Eric Wilson

Counsel for Saltzer Medical Group: Brian Julian


Telephonic Status Conference held on 5/22/2013.

Counsel didn't have any agenda items to discuss.

The next Telephonic Status Conference is set for June 10, 2013 at 11:00 a.m. (MDT) before Judge B. Lynn Winmill. Plaintiff shall provide a call in number for the Court and parties.