IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ST. LUKE'S HEALTH SYSTEM, LTD. and ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., <br><br> Defendants. | No. 1:12-cv-00560-BLW <br> (Lead Case) |
| FEDERAL TRADE COMMISSION and STATE OF IDAHO, <br><br> Plaintiffs, <br> v. <br><br> ST. LUKE'S HEALTH SYSTEM, LTD. and SALTZER MEDICAL GROUP, P.A., <br><br> Defendants. | No. 1:13-cv-00116-BLW |

DECLARATION OF J. THOMAS GREENE

J. Thomase Greene declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1. My name is J. Thomas Greene. I am Special Litigation Counsel at the Federal Trade Commission.

2. On September 30, 2013, I notified counsel for all parties that the Commission intended to file a Motion for a Stay of the Trial in the event that the Continuinnig Resolution authorizing appropriations to the Commission expired. Counsel for St. Luke's stated that Defendants object to this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 1, 2013

J. Thomas Greene