UNITED STATES DISTRICT COURT

IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.<br><br>Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.<br><br>Defendant. | Case No. 1:12-CV-00560-BLW (Lead Case)<br><br>ORDER |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO<br><br>Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A.<br><br>Defendants. | Case No. 1:13-CV-00116-BLW |

Recently, the official transcripts of the trial proceedings have been filed by the court reporter. Some of those transcripts are sealed without restriction but other transcripts are only temporarily sealed and will be made public in 90 days from their filing. This conflicts with the Court's prior orders concerning sealing because those transcripts contain highly sensitive material that must be kept confidential. The Court has provided redacted transcripts to the public and is currently examining the redactions to

determine if they are overbroad – the automatic release of all the transcripts to the public would interfere with this process.  Therefore, the Court will order that the transcripts currently under a 90-day public release provision remain sealed until further order of the Court.  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Clerk re-designate the transcripts (docket nos. 416, 417, 418, 419, 420, 424 & 442) to remove the 90-day public release provision.  These transcripts shall remain sealed until further order of the Court.

DATED: November 15, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court