UNITED STATES DISTRICT COURT

IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.<br><br>Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.<br><br>Defendant. | Case No. 1:12-CV-00560-BLW (Lead Case)<br><br>**JUDGMENT** |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO<br><br>Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A.<br><br>Defendants. | Case No. 1:13-CV-00116-BLW |

In accordance with the Findings of Fact and Conclusions of Law (docket no. 464),

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED, that St Luke's acquisition of the Saltzer Medical Group violates § 7 of the

Clayton Act and the Idaho Competition Act.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that St. Luke's is permanently enjoined from acquiring the Saltzer Medical Group, and that St. Luke's shall fully divest itself of Saltzer's physicians and assets and take any further action needed to unwind the Acquisition.  The Clerk is directed to close this case.

DATED: February 28, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court