# INVOICE

6-009

Tucker & Associates
Post Office Box 1625
Boise, ID 83701
Phone:208-345-3704   Fax:208-345-3713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 119772 | 4/2/2013 | 27026 |
| **Job Date** | **Case No.** | |
| 3/22/2013 | 1:12CV00560BLW | |
| **Case Name** | | |
| St. Alphonsus v. St. Luke's | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID 83707

1 CERTIFIED COPY OF TRANSCRIPT OF:
 Williams, Steven    244.00 Pages @ 1.67   407.48
  EXHIBITS SCANNED    90.00 @ 0.10   9.00

**TOTAL DUE >>>**   **$416.48**

Now accepting American Express, Discover, Visa and Master Cards.

**Tax ID:** 820440907

*Please detach bottom portion and return with payment.*

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID 83707

Invoice No.  : 119772
Invoice Date  : 4/2/2013
**Total Due**  : **$ 416.48**

Remit To: **Tucker & Associates**
    **Post Office Box 1625**
    **Boise, ID 83701**

Job No.  : 27026
BU ID  : 1-BOISE
Case No.  : 1:12CV00560BLW
Case Name  : St. Alphonsus v. St. Luke's

6-009

# INVOICE

Tucker & Associates
Post Office Box 1625
Boise, ID 83701
Phone: 208-345-3704  Fax: 208-345-3713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 119774 | 4/3/2013 | 27029 |
| **Job Date** | **Case No.** | |
| 3/28/2013 | 1:12CV00560BLW | |
| **Case Name** | | |
| St. Alphonsus v. St. Luke's | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID 83707

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Holley, Keith                             149.00 Pages   @   1.67     248.83
       EXHIBITS SCANNED                 122.00             @   0.10      12.20

                                        **TOTAL DUE >>>**       **$261.03**

Now accepting American Express, Discover, Visa and Master Cards.

**Tax ID:** 820440907

*Please detach bottom portion and return with payment*

---

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID 83707

Invoice No.   : 119774
Invoice Date  : 4/3/2013
**Total Due**    : **$ 261.03**

Job No.    : 27029
BU ID     : 1-BOISE
Case No.   : 1:12CV00560BLW
Case Name  : St. Alphonsus v. St. Luke's

Remit To: **Tucker & Associates**
            **Post Office Box 1625**
            **Boise, ID 83701**

| | | |
|---|---|---|
| **INVOICE** | | |

Tucker & Associates
Post Office Box 1625
Boise, ID 83701
Phone: 208-345-3704   Fax: 208-345-3713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 119963 | 5/2/2013 | 27095 |
| **Job Date** | **Case No.** | |
| 4/24/2013 | 1:12CV00560BLW | |
| **Case Name** | | |
| Saint Alphonsus v. St. Luke's | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Received by Mail
MAY — 6 2013
Powers Tolman Parley, PLLC

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID  83707

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Curran, Andrew     239.00 Pages @ 1.67    399.13
      EXHIBITS SCANNED     125.00 @ 0.10    12.50

TOTAL DUE >>>   **$411.63**

Now accepting American Express, Discover, Visa and Master Cards.

**Tax ID:** 820440907

*Please detach bottom portion and return with payment.*

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID  83707

Invoice No.   : 119963
Invoice Date  : 5/2/2013
**Total Due**   : **$ 411.63**

Job No.    : 27095
BU ID      : 1-BOISE
Case No.   : 1:12CV00560BLW
Case Name  : Saint Alphonsus v. St. Luke's

Remit To: **Tucker & Associates**
          **Post Office Box 1625**
          **Boise, ID  83701**

# INVOICE

Tucker & Associates
Post Office Box 1625
Boise, ID 83701
Phone:208-345-3704   Fax:208-345-3713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120012 | 5/9/2013 | 27097 |

| Job Date | Case No. |
|---|---|
| 4/29/2013 | 1:12CV00560BLW |

| Case Name |
|---|
| Saint Alphonsus v. St. Luke's |

| Payment Terms |
|---|
| Due upon receipt |

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID  83707

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Hessing, Jeffrey | 188.00 Pages | @ | 1.67 | 313.96 |
| EXHIBITS SCANNED | 90.00 | @ | 0.10 | 9.00 |
| EXHIBITS SCANNED, COLOR | 2.00 | @ | 0.25 | 0.50 |
| | TOTAL DUE >>> | | | $323.46 |

Now accepting American Express, Discover, Visa and Master Cards.

**Tax ID:** 820440907

*Please detach bottom portion and return with payment.*

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID  83707

Invoice No.  : 120012
Invoice Date : 5/9/2013
**Total Due   : $ 323.46**

Remit To: **Tucker & Associates**
          **Post Office Box 1625**
          **Boise, ID 83701**

Job No.    : 27097
BU ID      : 1-BOISE
Case No.   : 1:12CV00560BLW
Case Name  : Saint Alphonsus v. St. Luke's

| | | |
|---|---|---|
| Tucker & Associates<br>Post Office Box 1625<br>Boise, ID 83701<br>Phone:208-345-3704   Fax:208-345-3713 | *6009 scanned Tabs cB* **INVOICE** | |

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120026 | 5/13/2013 | 27130 |
| Job Date | Case No. | |
| 5/1/2013 | 1:12CV00560BLW | |
| Case Name | | |
| Saint Alphonsus v. St. Luke's | | |
| Payment Terms | | |
| Due upon receipt | | |

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID  83707

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Nick Genna                                  150.00  Pages     @     1.67     250.50
      EXHIBITS SCANNED                274.00               @     0.10      27.40

                                           **TOTAL DUE >>>**          **$277.90**

Now accepting American Express, Discover, Visa and Master Cards.

**Tax ID:** 820440907

*Please detach bottom portion and return with payment.*

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID  83707

Invoice No.    :  120026
Invoice Date  :  5/13/2013
**Total Due**    :  **$ 277.90**

Remit To: **Tucker & Associates**
            **Post Office Box 1625**
            **Boise, ID  83701**

Job No.     :  27130
BU ID      :  1-BOISE
Case No.   :  1:12CV00560BLW
Case Name :  Saint Alphonsus v. St. Luke's

# INVOICE

Tucker & Associates
Post Office Box 1625
Boise, ID 83701
Phone:208-345-3704   Fax:208-345-3713

6-007
Scanned Tabs cb

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120061 | 5/20/2013 | 27173 |
| Job Date | Case No. ||
| 5/7/2013 | 1:12CV00560BLW ||
| Case Name |||
| Saint Alphonsus v. St. Luke's |||
| Payment Terms |||
| Due upon receipt |||

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID 83707

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Jeffrey Crouch                                         361.00 Pages      @    1.67    602.87
      EXHIBITS SCANNED                                    238.00            @    0.10     23.80
      EXHIBITS SCANNED, COLOR                               2.00            @    0.25      0.50

                                              **TOTAL DUE >>>**                        **$627.17**

Now accepting American Express, Discover, Visa and Master Cards.

**Tax ID:** 820440907

*Please detach bottom portion and return with payment.*

Raymond D. Powers
Powers Tolman
345 Bobwhite Court, Suite 150
Boise, ID 83707

Invoice No.   : 120061
Invoice Date  : 5/20/2013
**Total Due**   : **$ 627.17**

Remit To: **Tucker & Associates**
          **Post Office Box 1625**
          **Boise, ID 83701**

Job No.     : 27173
BU ID       : 1-BOISE
Case No.    : 1:12CV00560BLW
Case Name   : Saint Alphonsus v. St. Luke's



Main Office/Remittance Address:

**For The Record, Inc.**
Court Reporting & Legal Transcription
www.ftrinc.net
Tax ID: 52-1748111

DC Office:

For The Record, Inc.
10760 Demarr Road
White Plains, MD 20695
301-870-8025
301-870-8333 fax

For The Record, Inc.
1100 H Street, NW
Suite 1050
Washington, DC 20005
202-393-5184
202-393-5187 fax

Powers, Raymond D.
Powers Tolman Farley, PLLC
345 Bobwhite Court, Suite 150
Boise, ID 83706

6-009
scanned
tabs    crb

208-577-5100      Fax:

| DATE | INVOICE # |
|---|---|
| 07/11/2013 | 20131721 |

| JOB NO. | REP | TERMS | DUE | CASE | | |
|---|---|---|---|---|---|---|
| 41828 | Tucker | Net 30 | 08/10/2013 | St. Luke's Health | | |
| ITEM | DESCRIPTION | | | RATE | QTY | AMOUNT |
| FTCOCOPY10 | Transcript Copy, non-DC, 6/28/13, David C. Pate | | | 2.25 | 333 | 749.25 |
| EXH | Scanned and Archived Exhibit Copies Delivered Electronically | | | 0.15 | 222 | 33.30 |
| | (Email Only) | | | | | |

**Total**      $782.55

Reasonable attorneys' fees and costs will be assessed when incurred by FTR in collection of this invoice. A 1.5% monthly finance charge (which is an annual percentage of 18%) will be applied to all balances outstanding 30 days or longer.