| | |
|---|---|
| Lawrence Wasden, Attorney General | Deborah L. Feinstein, Director |
| Brett T. DeLange, Deputy Attorney General | Norman A. Armstrong, Jr., Deputy Director |
| ISB #3628; brett.delange@ag.idaho.gov | J. Thomas Greene, Special Counsel |
| | CSB 57159; tgreene2@ftc.gov |
| Office of the Attorney General | |
| Consumer Protection Division | Federal Trade Commission |
| 700 W. Jefferson Street | Bureau of Competition |
| P.O. Box 83720 | 600 Pennsylvania Ave., N.W. |
| Boise, ID  83720-0010 | Washington, D.C. 20580 |
| Telephone:  208-334-4114 | Telephone:  (415) 848-5196 |
| Facsimile:   208-334-4151 | Facsimile:  (202) 326-2884 |
| *Counsel for Plaintiff State of Idaho* | *Counsel for Plaintiff Federal Trade Commission* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | | |
|---|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., et al., | ) ) ) | Case No. 1:12-CV-00560-BLW (Lead Case) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **GOVERNMENT PLAINTIFFS' MOTION REGARDING IMPLEMENTATION OF COURT'S JULY 3, 2014 ORDER (DKT. 511) CONCERNING ATTORNEY EYES ONLY DESIGNATIONS** |
| ST. LUKE'S HEALTH SYSTEM, LTD., | ) ) ) | |
| Defendant. | ) ) | |
| FEDERAL TRADE COMMISSION and STATE OF IDAHO, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 1:13-CV-00116-BLW |
| ST. LUKE'S HEALTH SYSTEM, LTD. and SALTZER MEDICAL GROUP, P.A., | ) ) ) | |
| Defendants. | ) ) | |

On July 3, 2014, this Court ruled on hundreds of "attorney eyes only" (AEO)

designations asserted by the private parties to this litigation as well as various third

parties (Dkt. No. 511). Those designations cover trial testimony, deposition testimony,

**GOVERNMENT PLAINTIFFS' MOTION REGARDING IMPLEMENTATION OF COURT'S JULY 3, 2014 ORDER (DKT. 511) CONCERNING ATTORNEY EYES ONLY DESIGNATIONS- 1**

and exhibits admitted in the case. The Court ordered that the parties, within 30 days of its order, contact the Clerk's Office to arrange for the public disclosure of any evidentiary material that was previously sealed pursuant to a designation which the Court has now denied. In so doing, the Court assumed that it still has jurisdiction to manage the logistics of the public disclosure, notwithstanding the pending appeal.

Because they act in the public interest, the Federal Trade Commission and the Attorney General's Office (government plaintiffs) also wish to ensure that the public has access to non-confidential evidentiary materials relevant to this case. Indeed, during the trial, the government plaintiffs assisted the private parties and the Court in making redacted, public versions of trial and deposition testimony available to the public as soon as practicable. To implement the Court's Order efficiently and effectively, the government plaintiffs therefore request the Court:

 (1) Rule on the AEO designations listed below. While the Court ruled on hundreds of such designations, it appears that a number of designations have not yet been ruled upon. The list below at the end of this motion identifies the trial transcript, deposition transcript, or exhibit for which a ruling is still needed, as well as the identity of the party that made the AEO designation.

 (2) Order the affected parties and third parties to file, by August 1, 2014, any motions for reconsideration or redaction related to the Court's Order.

 (3) Order the affected parties and third parties, within seven days of the Court's ruling on the AEO designations listed below and any

motion for reconsideration or redaction, to provide the government plaintiffs with electronic copies of all of their exhibits that have been ruled not to be AEO or have been redacted to remove AEO, where appropriate and as ordered by the Court.  The government plaintiffs then shall assemble and provide the Clerk's Office with a thumb drive of all of these exhibits for inspection by the public.

(4)  Order the government plaintiffs, within ten days of the Court ruling on the AEO designations set forth below and any motion for reconsideration or redaction, to file on CM/ECF updated trial transcripts and deposition transcripts, taking into account the Court's Order and any rulings on the AEO designations below as well as any motions for reconsideration or redaction.

(5)  Order that all materials which the Court has previously ordered unsealed, and which are not the subject of a motion for reconsideration or redaction, will no longer be subject to the restrictions in this Court's Order Governing the Production and Exchange of Confidential Information dated January 16, 2013 (Dkt No. 64), and may be freely disclosed, effective August 2, 2014.

The AEO Designations still requiring ruling are as follows:

**Imagine's deposition testimony designated AEO, on which the Court has not yet ruled:**

Butterbaugh 83:5-25
Butterbaugh 84:24-25
Butterbaugh 85:11-18
Butterbaugh 102:1-102:22

**GOVERNMENT PLAINTIFFS' MOTION REGARDING IMPLEMENTATION OF COURT'S JULY 3, 2014 ORDER (DKT. 511) CONCERNING ATTORNEY EYES ONLY DESIGNATIONS- 3**

| |
|---|
| Butterbaugh 103:16-25 |
| Butterbaugh 104:1-23 |
| Butterbaugh 106:7-10 |
| Butterbaugh 108:14-24 |
| Butterbaugh 109:5-25 |
| Butterbaugh 110:2-10 |
| Butterbaugh 111:19-112:1 |
| Butterbaugh 112:7-12 |
| Butterbaugh 113:22-114:11 |
| Butterbaugh 137:7-8 |
| Butterbaugh 150:17-24 |

**Exhibits designated AEO by Imagine, on which the Court has not yet ruled:**

| |
|---|
| 1002 |
| 1003 |
| 1004 |
| 1005 |
| 1006 |
| 1416 |
| 2203 |

**Exhibit IPN designated AEO, on which the Court has not yet ruled:**

| |
|---|
| 2214 |

**Micron's trial testimony designated AEO, on which the Court has not yet ruled:**

| |
|---|
| 604:17-615:4 |

**Exhibits designated AEO by Micron, on which the Court has not yet ruled:**

| |
|---|
| 1169 |
| 1172 |
| 2203 |
| 2241 |
| 2260 |

**Exhibits Regence designated AEO, on which the Court has not yet ruled:**

| |
|---|
| 1483 |
| 1484 |
| 1485 |

**GOVERNMENT PLAINTIFFS' MOTION REGARDING IMPLEMENTATION OF COURT'S JULY 3, 2014 ORDER (DKT. 511) CONCERNING ATTORNEY EYES ONLY DESIGNATIONS- 4**

| |
|---|
| 2218 |
| 2220 |
| 2259 |

**St. Al's trial testimony designated AEO, on which the Court has not yet ruled:**

| |
|---|
| 767:4-6 |
| 883:12-16, 25 |
| 902:22-24 |
| 903:7-8 |
| 903:19-21 |
| 950:3 |
| 981:12-982:24 |
| 1249: 1-5, 17-21 |
| 1256:1-8, 10-15 |
| 1269:1-1273:2 |
| 2894:18-20 |
| 2894:22-2895:6 |
| 2895:9-19 |
| 2895:21-2896:10 |
| 3190:9-3192:1 |
| 3192:7-3196:1 |
| 3200:20-3203:17 |
| 3203:20-3204:8 |
| 3204:10-3208:24 |
| 3209:7-12 |
| 3209:17-3211:9 |
| 3211:14-3212:9 |
| 3212:18-3213:25 |
| 3276:1-3277:6 |

**St. Al's deposition testimony designated AEO, on which the Court has not yet ruled:**

| |
|---|
| Brown 191:17-25 |
| Jeffcoat 169:18-22 |
| Petersen 225:21-226:16 |
| Roach 226:6-14 |

**Exhibits St Al's designated AEO, on which the Court has not yet ruled:**

GOVERNMENT PLAINTIFFS' MOTION REGARDING IMPLEMENTATION OF COURT'S JULY 3, 2014 ORDER (DKT. 511) CONCERNING ATTORNEY EYES ONLY DESIGNATIONS- 5

| |
|---|
| 2188 |
| 2190 |
| 2202 |
| 2211 |
| 2212 |
| 2213 |
| 2216 |
| 2233 |
| 2234 |

**St Luke's trial testimony designated AEO, on which the Court has not yet ruled:**

| |
|---|
| 267:17-268:7 |
| 268:13-22 |
| 304:2-306:15 |
| 368:15-369:8 |
| 371:4-10 |
| 735:16-736:14 |

**St Luke's deposition testimony designated AEO, on which the Court has not yet ruled:**

| |
|---|
| Billings 95:7-25 |
| Billings 102:5-8 |
| Billings 102:12-103:2 |
| Billings 103:4, 6-8 |
| Billings 103:9-19 |
| Billings 104:3-17 |
| Billings 104:18-105:1 |
| Billings 105:15-106:16 |
| House 143:3-144:2 |
| Page 53:1-3 |
| Reiboldt 136:7-137:4 |
| Reiboldt 137:10-138:5 |
| Reiboldt 138:22-140:6 |
| Reiboldt 147:22-148:25 |
| Reiboldt 156:19-157:8 |
| Reiboldt 157:19-158:5 |
| Reiboldt 158:10-159:4 |
| Roth 114:1-25 |
| Roth 115: 2-7 |
| Roth 158: 8-25 |

**GOVERNMENT PLAINTIFFS' MOTION REGARDING IMPLEMENTATION OF COURT'S JULY 3, 2014 ORDER (DKT. 511) CONCERNING ATTORNEY EYES ONLY DESIGNATIONS- 6**

Stright 214:25-215:7
Stright 215:9-216:19
Stright 219: 16-20
Swanson 254:18-255:3

Saltzer's trial testimony designated AEO, on which the Court has not yet ruled:

3285:15-16

Demonstrative exhibits designated AEO by Saltzer, on which the Court has not yet ruled:

Demo, et al.

Treasure Valley Hospital's trial testimony designated AEO, on which the Court has not yet ruled:

3195:25-3196:1

Respectfully submitted July 25, 2014

| | |
|---|---|
| /s/ Brett T. DeLange<br>Lawrence G. Wasden, Attorney General<br>Brett T. DeLange<br>Chief, Consumer Protection Division<br>Carl J. Withroe<br>Colleen Zahn<br>Deputy Attorneys General<br>Office of the Attorney General<br>State of Idaho<br>954 West Jefferson Street, Second Floor<br>Boise, ID 83720<br>Tel: 208-334-2424<br>brett.delange@ag.idaho.gov<br>carl.withroe@ag.idaho.gov<br>colleen.zahn@ag.idaho.gov<br><br>*Counsel for State of Idaho* | /s/ J. Thomas Greene<br>J. Thomas Greene<br>Peter C. Herrick<br>Henry C. Su<br>Attorneys<br>Federal Trade Commission<br>Bureau of Competition<br>600 Pennsylvania Ave., N.W.<br>Washington, D.C. 20580<br>Tel: 415- 848-5196<br>tgreene2@ftc.gov<br>pherrick@ftc.gov<br>hsu@ftc.gov<br><br>Deborah L. Feinstein, Director<br>Norman A. Armstrong, Jr., Deputy Director<br>Bureau of Competition<br>Federal Trade Commission<br><br>*Counsel for Federal Trade Commission* |

**GOVERNMENT PLAINTIFFS' MOTION REGARDING IMPLEMENTATION OF COURT'S JULY 3, 2014 ORDER (DKT. 511) CONCERNING ATTORNEY EYES ONLY DESIGNATIONS- 7**

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on the 25th day of July, 2014, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System.

Ben J Keith    bkeith@sidley.com, krockwell@sidley.com
Brett T DeLange    brett.delange@ag.idaho.gov, teresa.taylor@ag.idaho.gov
Brian K Julian    bjulian@ajhlaw.com, lgrantham@ajhlaw.com, pgrossman@ajhlaw.com
Bryan A Nickels    ban@dukescanlan.com, klb@dukescanlan.com, klm@dukescanlan.com, sls@dukescanlan.com
Carl J Withroe    carl.withroe@ag.idaho.gov, colleen.funk@ag.idaho.gov
Charles K Schafer    cschafer@sidley.com
Colleen D Zahn    colleen.zahn@ag.idaho.gov, reta.massano@ag.idaho.gov
Danica Noble    dnoble@ftc.gov
David A Ettinger    dettinger@honigman.com, nroberts@honigman.com, shakim@honigman.com
Douglas Eugene Litvack    dlitvack@ftc.gov, abeilein@ftc.gov
Eric J Wilson    ewilson@gklaw.com
Henry Chao-Lon Su    hsu@ftc.gov, lrine@ftc.gov, ssajewski@ftc.gov
J Walter Sinclair    JWSinclair@hollandhart.com, njhammond@hollandhart.com
Jack R Bierig    jbierig@sidley.com
Keely E. Duke    ked@dukescanlan.com, klb@dukescanlan.com, sls@dukescanlan.com
Kevin J O'Connor    koconnor@gklaw.com
Kevin J Scanlan    kjs@dukescanlan.com, klb@dukescanlan.com, klm@dukescanlan.com
Lara Fetsco Phillip    lara.phillip@honigman.com
Matthew Paul Accornero    maccornero@ftc.gov
Michael James Perry    mperry@ftc.gov
Peter C Herrick    pherrick@ftc.gov
Portia L Rauer    plr@powerstolman.com, jsm@powerstolman.com
Raymond D Powers    rdp@powerstolman.com, crb@powerstolman.com, jls@powerstolman.com
Robert J Schroeder    rschroeder@ftc.gov
Scott D Stein    sstein@sidley.com, efilingnotice@sidley.com, jfitzpat@sidley.com, jfitzpatrick@sidley.com

**GOVERNMENT PLAINTIFFS' MOTION REGARDING IMPLEMENTATION OF COURT'S JULY 3, 2014 ORDER (DKT. 511) CONCERNING ATTORNEY EYES ONLY DESIGNATIONS- 8**

Syrena Case Hargrove     Syrena.Hargrove@usdoj.gov, angela.nyland@usdoj.gov, becky.early@usdoj.gov, pamela.bearg@usdoj.gov, USAID.ECFNOTICE@USDOJ.GOV
Tacy F Flint     tflint@sidley.com
Wendy K Arends     warends@gklaw.com, jschwartz@gklaw.com, swilson@gklaw.com
Thomas Greene     tgreene2@ftc.gov

        /s/ Brett T. DeLange
        Brett T. DeLange
        Office of Attorney General

**GOVERNMENT PLAINTIFFS' MOTION REGARDING IMPLEMENTATION OF COURT'S JULY 3, 2014 ORDER (DKT. 511) CONCERNING ATTORNEY EYES ONLY DESIGNATIONS- 9**