Samuel A. Diddle, ISB #4967
Neil D. McFeeley, ISB #3564
EBERLE, BERLIN, KADING, TURNBOW
    & MCKLVEEN, CHARTERED
1111 W. Jefferson St., Suite 530
P.O. Box 1368
Boise, ID  83701-1368
Telephone: (208) 344-8535
Facsimile:  (208) 344-8542

Attorneys for Non-Party Blue Cross of Idaho Health Service, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER et al., <br><br> Plaintiff, <br><br> vs. <br><br> ST. LUKE'S HEALTH SYSTEM, LTD. AND ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., <br><br> Defendants. | Case No. 1:12-cv-00560-BLW <br><br> **MOTION TO STAY UNSEALING OF EXHIBITS AND TESTIMONY** |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO, <br><br> Plaintiff, <br><br> vs. <br><br> ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A. <br><br> Defendants. | Case No. 1:13-cv-00116-BLW |

COMES NOW Blue Cross of Idaho Health Service, Inc. ("BCI"), by and through its attorneys of record, Eberle, Berlin, Kading, Turnbow & McKlveen, Chtd., hereby files this Motion to Stay Enforcement of the Courts' July 3, 2014 Memorandum Decision and Order (Docket No. 511) regarding the unsealing of certain exhibits and testimony. BCI has filed a Motion for Reconsideration regarding the following exhibits and testimony.

1. <u>Exhibit 1298</u>.
2. <u>Exhibit 2323</u>.
3. <u>Exhibit 2586</u>.
4. <u>Exhibit 2590</u>.
5. <u>Exhibit 2591</u>.
6. <u>Exhibit 2616</u>.
7. <u>Trial testimony page 314, lines 17-18 and 23</u>.
8. <u>Trial testimony page 315, lines 1-2</u>.
9. <u>Trial testimony page 349, lines 7-23</u>.
10. <u>Trial testimony page 360, line 11 through page 363, line 18</u>.
11. <u>Trial testimony page 389, line 15 through page 390, line 9</u>.
12. <u>Trial testimony pages 391-396</u>.

BCI requests an order be entered permitting the exhibits and testimony the subject of its Motion for Reconsideration to remain sealed until the Court has ruled upon BCI's Motion for Reconsideration.

DATED this 25th day of July, 2014.

                EBERLE, BERLIN, KADING, TURNBOW & McKLVEEN, CHARTERED


                By: /s/ Samuel A. Diddle
                    Samuel A. Diddle
                    Attorneys for Non-Party
                    Blue Cross of Idaho Health Service, Inc.

**MOTION TO STAY UNSEALING OF EXHIBITS AND TESTIMONY – PAGE 2**
6065-48/00493961.000

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July, 2014, I filed the foregoing with the Clerk of the Court electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Ben J. Keith | bkeith@sidley.com |
| Brett T. DeLange | brett.delange@ag.idaho.gov |
| Brian C. Wonderlich | bcwonderlich@hollandhart.com |
| Brian K. Julian | bjulian@ajhlaw.com |
| Bryan A. Nickels | ban@dukescanlan.com |
| Carl J. Withroe | carl.withroe@ag.idaho.gov |
| Charles A. Brown | CharlesABrown@cableone.net |
| Charles K. Schafer | cschafer@sidley.com |
| Colleen D. Zahn | colleen.zahn@ag.idaho.gov |
| Danica Noble | dnoble@ftc.gov |
| David A. Ettinger | dettinger@honigman.com |
| Douglas Eugene Litvack | dlitvack@ftc.gov |
| Eric J. Wilson | ewilson@gklaw.com |
| Erik F. Stidham | EFStidham@hollandhart.com |
| Henry Chao-Lon Su | hsu@ftc.gov |
| J. Thomas Greene | tgreene2@ftc.gov |
| J. Walter Sinclair | jwsinclair@hollandhart.com |
| Jack Alan Rovner | jrovner@hlconsultancy.com |
| Jack R. Bierig | jbierig@sidley.com |
| Jessica S. Rothenberg | jrothenberg@sidley.com |
| Keely E. Duke | ked@dukescanlan.com |
| Kevin J. O'Connor | koconnor@gklaw.com |
| Kevin J. Scanlan | kjs@dukescanlan.com |
| Lara Fetsco Phillip | lara.phillip@honigman.com |
| Matthew L. Walters | mlw@elamburke.com |
| Matthew Paul Accornero | maccornero@ftc.gov |
| Michael James Perry | mperry@ftc.gov |
| Neil D. McFeeley | nmcfeeley@eberle.com |
| Peter C. Herrick | pherrick@ftc.gov |
| Portia L. Rauer | plr@powerstolman.com |
| Raymond D. Powers | rdp@powerstolman.com |
| Robert J. Schroeder | rschroeder@ftc.gov |
| Samuel Andrew Diddle | sdiddle@eberle.com |
| Scott D. Stein | sstein@sidley.com |
| Scott E. Randolph | serandolph@hollandhart.com |
| Syrena Case Hargrove | Syrena.Hargrove@usdoj.gov |
| Tacy F. Flint | tflint@sidley.com |
| Wendy K. Arends | warends@gklaw.com |

/s/ Samuel A. Diddle
Samuel A. Diddle

**MOTION TO STAY UNSEALING OF EXHIBITS AND TESTIMONY – PAGE 3**
6065-48/00493961.000