Samuel A. Diddle, ISB #4967
Neil D. McFeeley, ISB #3564
EBERLE, BERLIN, KADING, TURNBOW
   & McKLVEEN, CHARTERED
1111 W. Jefferson St., Suite 530
P.O. Box 1368
Boise, ID  83701-1368
Telephone: (208) 344-8535
Facsimile:  (208) 344-8542

Attorneys for Non-Party Blue Cross of Idaho Health Service, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER et al., | Case No. 1:12-cv-00560-BLW |
| Plaintiff, | **MOTION FOR RECONSIDERATION** |
| vs. | |
| ST. LUKE'S HEALTH SYSTEM, LTD. AND ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., | |
| Defendants. | |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO, | Case No. 1:13-cv-00116-BLW |
| Plaintiff, | |
| vs. | |
| ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A. | |
| Defendants. | |

**MOTION FOR RECONSIDERATION – PAGE 1**
6065-48/00493967.000

COMES NOW Blue Cross of Idaho Health Service, Inc. ("BCI"), by and through its attorneys of record, Eberle, Berlin, Kading, Turnbow & McKlveen, Chtd., hereby files its Motion for Reconsideration of the Court's July 3, 2014 Memorandum Decision and Order (Docket No. 511) regarding the unsealing of certain exhibits and trial testimony.

BCI is requesting alternative relief in the form of redaction of specific portions of six (6) exhibits and limited testimony.  This Motion is supported by the Affidavit of Jeff Crouch and a Memorandum of Law filed concurrently herewith.

DATED this 25th day of July, 2014.

EBERLE, BERLIN, KADING, TURNBOW &
McKLVEEN, CHARTERED


By:   /s/ Samuel A. Diddle
      Samuel A. Diddle
      Attorneys for Non-Party
      Blue Cross of Idaho Health Service, Inc.

**MOTION FOR RECONSIDERATION – PAGE 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2014, I filed the foregoing with the Clerk of the Court electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Ben J. Keith | bkeith@sidley.com |
| Brett T. DeLange | brett.delange@ag.idaho.gov |
| Brian C. Wonderlich | bcwonderlich@hollandhart.com |
| Brian K. Julian | bjulian@ajhlaw.com |
| Bryan A. Nickels | ban@dukescanlan.com |
| Carl J. Withroe | carl.withroe@ag.idaho.gov |
| Charles A. Brown | CharlesABrown@cableone.net |
| Charles K. Schafer | cschafer@sidley.com |
| Colleen D. Zahn | colleen.zahn@ag.idaho.gov |
| Danica Noble | dnoble@ftc.gov |
| David A. Ettinger | dettinger@honigman.com |
| Douglas Eugene Litvack | dlitvack@ftc.gov |
| Eric J. Wilson | ewilson@gklaw.com |
| Erik F. Stidham | EFStidham@hollandhart.com |
| Henry Chao-Lon Su | hsu@ftc.gov |
| J. Thomas Greene | tgreene2@ftc.gov |
| J. Walter Sinclair | jwsinclair@hollandhart.com |
| Jack Alan Rovner | jrovner@hlconsultancy.com |
| Jack R. Bierig | jbierig@sidley.com |
| Jessica S. Rothenberg | jrothenberg@sidley.com |
| Keely E. Duke | ked@dukescanlan.com |
| Kevin J. O'Connor | koconnor@gklaw.com |
| Kevin J. Scanlan | kjs@dukescanlan.com |
| Lara Fetsco Phillip | lara.phillip@honigman.com |
| Matthew L. Walters | mlw@elamburke.com |
| Matthew Paul Accornero | maccornero@ftc.gov |
| Michael James Perry | mperry@ftc.gov |
| Neil D. McFeeley | nmcfeeley@eberle.com |
| Peter C. Herrick | pherrick@ftc.gov |
| Portia L. Rauer | plr@powerstolman.com |
| Raymond D. Powers | rdp@powerstolman.com |
| Robert J. Schroeder | rschroeder@ftc.gov |
| Samuel Andrew Diddle | sdiddle@eberle.com |
| Scott D. Stein | sstein@sidley.com |
| Scott E. Randolph | serandolph@hollandhart.com |
| Syrena Case Hargrove | Syrena.Hargrove@usdoj.gov |
| Tacy F. Flint | tflint@sidley.com |
| Wendy K. Arends | warends@gklaw.com |

_____/s/ Samuel A. Diddle_____

Samuel A. Diddle

**MOTION FOR RECONSIDERATION – PAGE 3**

6065-48/00493967.000