Raymond D. Powers, ISB 2737
rdp@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
345 Bobwhite Court, Suite 150
Boise, ID 83706
Telephone (208) 577-5100
Facsimile (208) 577-5101
*Attorney for Treasure Valley Hospital*

UNITED STATES DISTRICT COURT

IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.<br><br>Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD. AND ST. LUKE'S REGIONAL MEDICAL CENTER. LTD.<br><br>Defendants. | Case No. 1:12-CV-00560-BLW<br><br>**TREASURE VALLEY HOSPITAL'S MOTION TO STAY UNSEALING OF CERTAIN EXHIBITS** |
| FEDERAL TRADE COMMISSION and STATE OF IDAHO,<br><br>Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD. and SALTZER MEDICAL GROUP, P.A.<br><br>Defendants. | |

TREASURE VALLEY HOSPITAL'S MOTION TO STAY UNSEALING OF CERTAIN EXHIBITS - 1

**COMES NOW,** Plaintiff, Treasure Valley Hospital Limited Partnership ("TVH"), by and through its counsel of record, Powers Tolman Farley, PLLC, and hereby respectfully files this Motion to Stay Enforcement of the Court's July 3, 2014 Memorandum Decision and Order (Docket No. 511) regarding the unsealing of certain TVH exhibits.  TVH has contemporaneously filed a Motion for Reconsideration asking the Court to revisit its ruling with respect to the following exhibits:

1. Exhibit 2107
2. Exhibit 2111
3. Exhibit 2118
4. Exhibit 2122
5. Exhibit 2123
6. Exhibit 2125
7. Exhibit 2262
8. Exhibit 2263
9. Exhibit 2264
10. Exhibit 2269
11. Exhibit 2636
12. Exhibit 2645
13. Exhibit 2646
14. Exhibit 3001
15. Exhibit 5008

TVH requests an order be entered permitting the exhibits that are the subject of its Motion for Reconsideration to remain sealed until the Court issues its ruling regarding the same.

DATED this 30th day of July, 2014.

          POWERS TOLMAN FARLEY, PLLC

          By/s/Raymond D. Powers
              Raymond D. Powers - Of the Firm
              Attorneys for Treasure Valley Hospital

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of July, 2014, the foregoing document was electronically filed with the U.S. District Court through the CM/ECF system, which will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

bkeith@sidley.com
brett.delange@ag.idaho.gov
bcwonderlich@hollandhart.com
bjulian@ajhlaw.com
bswartzle@honigman.com
ban@dukescanlan.com
carl.withroe@ag.idaho.gov
CharlesABrown@cableone.net
cschafer@sidley.com
colleen.zahn@ag.idaho.gov
dnoble@ftc.gov
dettinger@honigman.com
dlitvack@ftc.gov
ewilson@gklaw.com
EFStidham@hollandhart.com
hsu@ftc.gov
tgreene2@ftc.gov
jwsinclair@hollandhart.com
jrovner@hlconsultancy.com

jbierig@sidley.com
jrothenberg@sidley.com
ked@dukescanlan.com
koconnor@gklaw.com
kjs@dukescanlan.com
lara.phillip@honigman.com
mlw@elamburke.com
maccornero@ftc.gov
mperry@ftc.gov
nmcfeeley@eberle.com
pherrick@ftc.gov
pboivin@honigman.com
rschroeder@ftc.gov
sdiddle@eberle.com
sstein@sidley.com
serandolph@hollandhart.com
Syrena.Hargrove@usdoj.gov
tflint@sidley.com
warends@gklaw.com

/s/Raymond D. Powers