| | |
|---|---|
| Lawrence G. Wasden, Attorney General | Deborah L. Feinstein, Director |
| Brett T. DeLange, Deputy Attorney General | Stephen Weissman, Deputy Director |
| ISB #3628; brett.delange@ag.idaho.gov | J. Thomas Greene, Special Counsel |
| | CSB 57159; tgreene2@ftc.gov |
| Office of the Attorney General | |
| Consumer Protection Division | Federal Trade Commission |
| 700 W. Jefferson Street | Bureau of Competition |
| P.O. Box 83720 | 600 Pennsylvania Ave., N.W. |
| Boise, ID  83720-0010 | Washington, D.C. 20580 |
| Telephone:  208-334-4114 | Telephone:  (415) 848-5196 |
| Facsimile:   208-334-4151 | Facsimile:  (202) 326-2884 |
| *Counsel for Plaintiff State of Idaho* | *Counsel for Plaintiff Federal Trade Commission* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., et al., | Case No. 1:12-CV-00560-BLW |
| Plaintiffs, | (Lead Case) |
| vs. | **GOVERNMENT PLAINTIFFS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST** |
| ST. LUKE'S HEALTH SYSTEM, LTD., | |
| Defendant. | |
| FEDERAL TRADE COMMISSION and STATE OF IDAHO, | Case No. 1:13-CV-00116-BLW |
| Plaintiffs, | |
| vs. | |
| ST. LUKE'S HEALTH SYSTEM, LTD. and SALTZER MEDICAL GROUP, P.A., | |
| Defendants. | |

On October 15, 2014, the Intervenors in this case filed a request to immediately unseal exhibits, depositions, and trial transcripts (Dkt 535) that are enumerated in the Court's Memorandum Decision and Order of July 3, 2014 (Dkt 511) and are not the

**GOVERNMENT PLAINTIFFS' NOTICE OF NON-OPPOSITION TO
INTERVENORS' OCTOBER 15, 2014 REQUEST - 1**

subject of any pending motion by a party or third-party. The purpose of this Notice, pursuant to Local Rule 7.1, is to apprise the Court and all parties that the Federal Trade Commission and the State of Idaho do not object to this request. Further, the State of Idaho will proceed to prepare and file updated trial transcripts based upon the Court's July 3, 2014 Memorandum Decision and Order (Dkt 511). The State of Idaho will also contact the Clerk's Office to arrange for the public disclosure of these transcripts.

**Respectfully submitted October 17, 2014**

| | |
|---|---|
| /s/ Brett T. DeLange | /s/ J. Thomas Greene |
| Lawrence G. Wasden, Attorney General | J. Thomas Greene |
| Brett T. DeLange | Henry C. Su |
| Chief, Consumer Protection Division | Attorneys |
| Carl J. Withroe | Federal Trade Commission |
| Colleen Zahn | Bureau of Competition |
| Deputy Attorneys General | 600 Pennsylvania Ave., N.W. |
| Office of the Attorney General | Washington, D.C. 20580 |
| State of Idaho | Tel: 415- 848-5196 |
| 954 West Jefferson Street, Second Floor | tgreene2@ftc.gov |
| Boise, ID 83720 | hsu@ftc.gov |
| Tel: 208-334-2424 | |
| brett.delange@ag.idaho.gov | Deborah L. Feinstein, Director |
| carl.withroe@ag.idaho.gov | Stephen Weissman, Deputy Director |
| colleen.zahn@ag.idaho.gov | Bureau of Competition |
| | Federal Trade Commission |
| *Counsel for State of Idaho* | *Counsel for Federal Trade Commission* |

**GOVERNMENT PLAINTIFFS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of October, 2014, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System.

Brett T DeLange    brett.delange@ag.idaho.gov, teresa.taylor@ag.idaho.gov
Brian K Julian    bjulian@ajhlaw.com, lgrantham@ajhlaw.com, pgrossman@ajhlaw.com
Bryan A Nickels    ban@dukescanlan.com, klb@dukescanlan.com, klm@dukescanlan.com, sls@dukescanlan.com
Carl J Withroe    carl.withroe@ag.idaho.gov, colleen.funk@ag.idaho.gov
Charles A Brown    charlesabrown@cableone.net
Charles K Schafer    cschafer@sidley.com
Colleen D Zahn    colleen.zahn@ag.idaho.gov, reta.massano@ag.idaho.gov
Danica Noble    dnoble@ftc.gov
David A Ettinger    dettinger@honigman.com, nroberts@honigman.com, shakim@honigman.com
Eric J Wilson    ewilson@gklaw.com
Henry Chao-Lon Su    hsu@ftc.gov, lrine@ftc.gov, ssajewski@ftc.gov
J Walter Sinclair    JWSinclair@hollandhart.com njhammond@hollandhart.com
Jack R Bierig    jbierig@sidley.com
Keely E. Duke    ked@dukescanlan.com, klb@dukescanlan.com, sls@dukescanlan.com
Kevin J O'Connor    koconnor@gklaw.com
Kevin J Scanlan    kjs@dukescanlan.com, klb@dukescanlan.com, klm@dukescanlan.com
Lara Fetsco Phillip    lara.phillip@honigman.com
Matthew Paul Accornero    maccornero@ftc.gov
Michael James Perry    mperry@ftc.gov
Portia L Rauer    plr@powerstolman.com, jsm@powerstolman.com
Raymond D Powers    rdp@powerstolman.com, crb@powerstolman.com, jls@powerstolman.com
Scott D Stein    sstein@sidley.com, efilingnotice@sidley.com, jfitzpat@sidley.com, jfitzpatrick@sidley.com

**GOVERNMENT PLAINTIFFS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST - 3**

Syrena Case Hargrove      Syrena.Hargrove@usdoj.gov, angela.nyland@usdoj.gov, becky.early@usdoj.gov, pamela.bearg@usdoj.gov, USAID.ECFNOTICE@USDOJ.GOV
Tacy F Flint     tflint@sidley.com
Wendy K Arends     warends@gklaw.com, jschwartz@gklaw.com, swilson@gklaw.com
Thomas Greene   tgreene2@ftc.gov

                              /s/ Brett T. DeLange
                              Brett T. DeLange
                              Office of Attorney General

**GOVERNMENT PLAINTIFFS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST - 4**