| | | |
|---|---|---|
| J. Walter Sinclair, ISB #2243<br>jwsinclair@hollandhart.com<br>Brian C. Wonderlich, ISB #7758<br>bcwonderlich@hollandhart.com<br>HOLLAND & HART LLP<br>800 West Main Street, Ste. 1750<br>Boise, ID 83702<br>(208) 383-3928 | Jack R. Bierig *(pro hac vice)*<br>jbierig@sidley.com<br>Scott D. Stein *(pro hac vice)*<br>sstein@sidley.com<br>Charles K. Schafer *(pro hac vice)*<br>cschafer@sidley.com<br>Tacy F. Flint *(pro hac vice)*<br>tflint@sidley.com<br>Charles K. Schafer *(pro hac vice)*<br>cschafer@sidley.com | Brian K. Julian, ISB #2360<br>bjulian@ajhlaw.com<br>ANDERSON, JULIAN<br>& HULL, LLP<br>C.W. Moore Plaza<br>250 South Fifth Street, Ste. 700<br>Post Office Box 7426<br>Boise, ID 83707-7426<br>(208) 344-5800 |
| *Attorneys for Defendants St. Luke's Health System, Ltd. and St. Luke's Regional Medical Center, Ltd.* | SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7000 | *Attorney for Saltzer Medical Group, P.A.* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER, NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.,<br><br>        Plaintiffs,<br>  v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD, and ST. LUKE'S REGIONAL MEDICAL CENTER, LTD.,<br><br>        Defendants. | Case No. 1:12-cv-00560-BLW (Lead Case)<br><br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST TO IMMEDIATELY UNSEAL EXHIBITS, DEPOSITIONS, AND TRIAL TRANSCRIPTS (*Dkt No. 535*)** |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO<br>        Plaintiffs,<br>  v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A.<br><br>        Defendants | Case No. 1:13-cv-00116-BLW |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST TO IMMEDIATELY UNSEAL EXHIBITS, DEPOSITIONS, AND TRIAL TRANSCRIPTS (*Dkt No. 535*)**

**- 1 -**

The Intervenors in this case filed a request on October 15, 2014, to immediately unseal exhibits, depositions, and trial transcripts (Dkt. No. 535) enumerated in this Court's Memorandum Decision and Order of July 3, 2014 (Dkt. No. 511), that are not currently the subject of any pending motion by a party or third-party. The purpose of this Notice, pursuant to Local Rule 7.1, is to apprise the Court and all parties that Defendants St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., and Saltzer Medical Group, P.A. do not object to this request.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian K. Julian | /s/ J. Walter Sinclair |
| Brian K. Julian | J. Walter Sinclair |
| ANDERSON, JULIAN & HULL LLP | Brian C. Wonderlich |
| C.W. Moore Plaza | HOLLAND & HART LLP |
| 250 S. Fifth St., Ste. 700 | 800 West Main Street |
| P.O. Box 7426 | Ste. 1750 |
| Boise, ID 83707 | Boise, ID 83702 |
| (208) 344-5800 | (208) 383-3928 |
| | |
| *Attorney for Saltzer Medical Group, P.A.* | Jack R. Bierig |
| | Scott D. Stein |
| | Charles K. Schafer |
| | Tacy F. Flint |
| | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| | Chicago, IL 60603 |
| | (312) 853-7000 |
| | |
| | *Attorneys for St. Luke's Health System, Ltd. and St. Luke's Regional Medical Center, Ltd.* |
| Dated: October 17, 2014 | |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST TO IMMEDIATELY UNSEAL EXHIBITS, DEPOSITIONS, AND TRIAL TRANSCRIPTS** (*Dkt No. 535*)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2014, I filed the foregoing **DEFENDANTS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST TO IMMEDIATELY UNSEAL EXHIBITS, DEPOSITIONS, AND TRIAL TRANSCRIPTS (*Dkt No. 535*)** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

| | |
|---|---|
| Brett T. Delange - Atty General | brett.delange@ag.idaho.gov |
| Brian K. Julian – Saltzer | bjulian@ajhlaw.com |
| Bryan Nickels - St Al's | ban@dukescanlan.com |
| Carl Withroe - Atty General | Carl.Withroe@ag.idaho.gov |
| Chris Boisvert – TVH | crb@powerstolman.com |
| Colleen D. Zahn - Atty General | colleen.zahn@ag.idaho.gov |
| Danica Noble – FTC | dnoble@ftc.gov |
| David Ettinger - St Al's | dettinger@honigman.com |
| Eric J. Wilson - SD Atty General | ewilson@gklaw.com |
| Henry C. Su – FTC | hsu@ftc.gov |
| J. Thomas Greene – FTC | tgreen2@ftc.gov |
| Jack Alan Rovner | jrovner@hlconsultancy.com |
| Jennifer Schwartz – TVH | jls@powerstolman.com |
| JSM – TVH | jsm@powerstolman.com |
| Kadye Bird - St. Al's | klb@dukescanlan.com |
| Kay Lynn Moorhouse | klm@dukescanlan.com |
| Keely Duke - St Al's | ked@dukescanlan.com |
| Kevin J. O'Connor - SD Atty General | koconnor@gklaw.com |
| Kevin Scanlan - St Al's | kjs@dukescanlan.com |
| Lara Phillip - St Al's | lara.phillip@honigman.com |
| Matthew P. Accornero – FTC | maccornero@ftc.gov |
| Michael J. Perry – FTC | mperry@ftc.gov |
| N. Roberts - St Al's | nroberts@honigman.com |
| Paul Fabien - St Al's | pfabien@honigman.com |
| Portia L. Rauer – TVH | plr@powerstolman.com |
| Raymond Powers – TVH | rdp@powerstolman.com |
| Robert J. Schroeder – FTC | rschroeder@ftc.gov |
| S. Hakim - St. Al's | shakim@honigman.com |
| S.Sajewski – FTC | ssajewski@ftc.gov |
| Sandee Stogsdill - St Al's | sls@dukescanlan.com |
| Teresa Taylor - Atty General | teresa.taylor@ag.idaho.gov |
| Wendy K. Arends - SD Atty General | warends@gklaw.com |
| Syrena C. Hargrove – FTC | syrena.hargrove@usdoj.gov |
| Colleen D. Zahn – Atty General | colleen.zahn@ag.idaho.gov |
| Charles A. Brown – Press | CharlesABrown@cableone.net |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST TO IMMEDIATELY UNSEAL EXHIBITS, DEPOSITIONS, AND TRIAL TRANSCRIPTS (*Dkt No. 535*)**
ACTIVE 204151124v.1

| | |
|---|---|
| Matthew L. Walters - Regence | mlw@elamburke.com |
| Erik F. Stidham - Primary Health | EFStidham@hollandhart.com |
| Scott E. Randolph - PHMG & Micron | SERandolph@hollandhart.com |

By: /s/ J. Walter Sinclair
    J. Walter Sinclair

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST TO IMMEDIATELY UNSEAL EXHIBITS, DEPOSITIONS, AND TRIAL TRANSCRIPTS (*Dkt No. 535*)**
ACTIVE 204151124v.1