Keely E. Duke
ISB 6044; ked@dukescanlan.com
Kevin J. Scanlan
ISB 5521; kjs@dukescanlan.com
Duke Scanlan & Hall, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, ID 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

David Ettinger
dettinger@honigman.com
Lara Fetsco Phillip
lara.phillip@honigman.com
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone (313) 465-7368
Facsimile (313) 465-7369

*Attorneys for Saint Alphonsus Medical Center-Nampa, Inc., Saint Alphonsus Health System, Inc., and Saint Alphonsus Regional Medical Center, Inc.*

UNITED STATES DISTRICT COURT

IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.<br><br>Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD. AND ST. LUKE'S REGIONAL MEDICAL CENTER. LTD.<br><br>Defendants. | Case No. 1:12-CV-00560-BLW (Lead)<br><br>**SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.'S NOTICE OF NON-OPPOSITION TO INTERNVEORS' OCTOBER 15, 2014 REQUEST** |

**SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.'S NOTICE OF NON-OPPOSITION TO INTERNVEORS' OCTOBER 15, 2014 REQUEST**-1

15849957.2

On October 15, 214, the Intervenors in this case filed a request to immediately unseal exhibits, depositions, and trial transcripts (Dkt. 535) that are enumerated in the Court's Memorandum Decision and Order of July 3, 2014 (Dkt. 511) and are not the subject of any pending motion by a party or third-party.  The purpose of this Notice, pursuant to Local Rule 7.1, is to apprise the Court and all parties that Saint Alphonsus Medical Center - Nampa, Inc., Saint Alphonsus Health System, Inc., and Saint Alphonsus Regional Medical Center, Inc. do not object to this request.

DATED this 21st day of October, 2014.

DUKE SCANLAN & HALL, PLLC

By: /s/Keely E. Duke
    Duke Scanlan & Hall, PLLC
    1087 W. River Street, Suite 300
    Boise, ID 83707
    Telephone (208) 342-3310
    ked@dukescanlan.com

    David A. Ettinger
    Lara Fetsco Phillip
    Honigman Miller Schwartz and Cohn LLP
    660 Woodward Avenue
    Detroit, MI  48226
    Telephone:  (313) 465-7368
    dettinger@honigman.com
    lara.phillip@honigman.com

*Attorneys for Saint Alphonsus Medical Center-Nampa, Inc., Saint Alphonsus Health System, Inc., and Saint Alphonsus Regional Medical Center, Inc.*

**SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.'S NOTICE OF NON-OPPOSITION TO INTERNVEORS' OCTOBER 15, 2014 REQUEST-2**

15849957.2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of October, 2014, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Brett T DeLange     brett.delange@ag.idaho.gov, teresa.taylor@ag.idaho.gov

Brian C Wonderlich     bcwonderlich@hollandhart.com, BoiseIntakeTeam@hollandhart.com, ntpratt@hollandhart.com

Brian K Julian     bjulian@ajhlaw.com, afontaine@ajhlaw.com, dwolff@ajhlaw.com, lgrantham@ajhlaw.com

Bryan A Nickels     ban@dukescanlan.com, klb@dukescanlan.com, klm@dukescanlan.com, sls@dukescanlan.com

Carl J Withroe     carl.withroe@ag.idaho.gov, sam.seevers@ag.idaho.gov

Charles A Brown     CharlesABrown@cableone.net, cbledsoe@cableone.net

Charles K Schafer     cschafer@sidley.com, spepper@Sidley.com

Colleen D Zahn     colleen.zahn@ag.idaho.gov, colleen.funk@ag.idaho.gov

Danica Noble     dnoble@ftc.gov

David A Ettinger     dettinger@honigman.com, LitDocket@honigman.com, nroberts@honigman.com, shakim@honigman.com

Douglas Eugene Litvack     dlitvack@ftc.gov, abeilein@ftc.gov

Eric J Wilson     ewilson@gklaw.com

Erik F Stidham     EFStidham@hollandhart.com, BoiseIntakeTeam@hollandhart.com, slgust@hollandhart.com

**SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.'S NOTICE OF NON-OPPOSITION TO INTERNVEORS' OCTOBER 15, 2014 REQUEST-3**

15849957.2

Henry Chao-Lon Su      hsu@ftc.gov, bly@ftc.gov, coxford@ftc.gov

J Thomas Greene      tgreene2@ftc.gov

J Walter Sinclair      jwsinclair@hollandhart.com, BoiseIntakeTeam@hollandhart.com, njhammond@hollandhart.com

Jack Alan Rovner      jrovner@hlconsultancy.com

Jack R Bierig      jbierig@sidley.com

Jessica S Rothenberg      jrothenberg@sidley.com

Keely E. Duke      ked@dukescanlan.com, klb@dukescanlan.com, sls@dukescanlan.com

Kevin J O'Connor      koconnor@gklaw.com

Kevin J Scanlan      kjs@dukescanlan.com, klb@dukescanlan.com, klm@dukescanlan.com

Lara Fetsco Phillip      lara.phillip@honigman.com

Matthew L Walters      mlw@elamburke.com, ska@elamburke.com

Matthew Paul Accornero      maccornero@ftc.gov

Michael James Perry      mperry@ftc.gov

Neil D McFeeley      nmcfeeley@eberle.com, tsmith@eberle.com

Portia L Rauer      plr@powerstolman.com, kja@powerstolman.com

Raymond D Powers      rdp@powerstolman.com, jln@powerstolman.com, jls@powerstolman.com, pah@powerstolman.com

Robert J Schroeder      rschroeder@ftc.gov

Samuel Andrew Diddle      sdiddle@eberle.com, jmiller@eberle.com

Scott D Stein      sstein@sidley.com, ctimosciek@sidley.com, efilingnotice@sidley.com, jfitzpat@sidley.com, jfitzpatrick@sidley.com

Scott E. Randolph      serandolph@hollandhart.com, boiseintaketeam@hollandhart.com,

**SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.'S NOTICE OF NON-OPPOSITION TO INTERNVEORS' OCTOBER 15, 2014 REQUEST-4**

15849957.2

spturner@hollandhart.com

Syrena Case Hargrove	Syrena.Hargrove@usdoj.gov, angela.nyland@usdoj.gov, USAID.ECFNOTICE@USDOJ.GOV

Tacy F Flint	tflint@sidley.com

Wendy K Arends	warends@gklaw.com, jschwartz@gklaw.com, swilson@gklaw.com

                                               /s/  Keely E. Duke
                                               Keely E. Duke

**SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.'S NOTICE OF NON-OPPOSITION TO INTERNVEORS' OCTOBER 15, 2014 REQUEST-5**

15849957.2