Samuel A. Diddle, ISB #4967
Neil D. McFeeley, ISB #3564
EBERLE, BERLIN, KADING, TURNBOW
    & McKLVEEN, CHARTERED
1111 W. Jefferson St., Suite 530
P.O. Box 1368
Boise, ID  83701-1368
Telephone: (208) 344-8535
Facsimile:  (208) 344-8542

Attorneys for Non-Party Blue Cross of Idaho Health Service Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER et al., | Case No. 1:12-cv-00560-BLW |
| Plaintiff, vs. | **NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST** |
| ST. LUKE'S HEALTH SYSTEM, LTD. AND ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., | |
| Defendants. | Case No. 1:13-cv-00116-BLW |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO, | |
| Plaintiff, vs. | |
| ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A. | |
| Defendants. | |

**NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014
REQUEST – PAGE 1**
6065-48/00506360.000

On October 15, 214, the Intervenors in this case filed a request to immediately unseal exhibits, depositions, and trial transcripts (Docket No. 535) that are enumerated in the Court's Memorandum Decision and Order of July 3, 2014 (Docket No. 511) and are not the subject of any pending motion by a party or third-party.  The purpose of this Notice, pursuant to Local Rule 7.1, is to apprise the Court and all parties that Blue Cross of Idaho Health Service, Inc. does not object to this request.

DATED this 24th day of October, 2014.

EBERLE, BERLIN, KADING, TURNBOW &
   McKLVEEN, CHARTERED

By:___/s/ Samuel A. Diddle_____
      Samuel A. Diddle
      Attorneys for Non-Party
      Blue Cross of Idaho Health Service Inc.

**NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014
REQUEST – PAGE 2**

<u>**CERTIFICATE OF SERVICE**</u>

  I HEREBY CERTIFY that on this 24th day of October, 2014, I filed the foregoing with the Clerk of the Court electronically through the CM/ECF system, and caused the same to be emailed to the following parties or counsel:

| | |
|---|---|
| Brett T DeLange | brett.delange@ag.idaho.gov |
| Brian C Wonderlich | bcwonderlich@hollandhart.com |
| Brian K Julian | bjulian@ajhlaw.com |
| Bryan A Nickels | ban@dukescanlan.com |
| Carl J Withroe | carl.withroe@ag.idaho.gov |
| Charles A Brown | CharlesABrown@cableone.net |
| Charles K Schafer | cschafer@sidley.com |
| Colleen D Zahn | colleen.zahn@ag.idaho.gov |
| Danica Noble | dnoble@ftc.gov |
| David A Ettinger | dettinger@honigman.com |
| Douglas Eugene Litvack | dlitvack@ftc.gov |
| Eric J Wilson | ewilson@gklaw.com |
| Erik F Stidham | EFStidham@hollandhart.com |
| Henry Chao-Lon Su | hsu@ftc.gov |
| J Thomas Greene | tgreene2@ftc.gov |
| J Walter Sinclair | jwsinclair@hollandhart.com |
| Jack Alan Rovner | jrovner@hlconsultancy.com |
| Jack R Bierig | jbierig@sidley.com |
| Jessica S Rothenberg | jrothenberg@sidley.com |
| Keely E. Duke | ked@dukescanlan.com |
| Kevin J O'Connor | koconnor@gklaw.com |
| Kevin J Scanlan | kjs@dukescanlan.com |
| Lara Fetsco Phillip | lara.phillip@honigman.com |
| Matthew L Walters | mlw@elamburke.com |
| Matthew Paul Accornero | maccornero@ftc.gov |
| Michael James Perry | mperry@ftc.gov |
| Neil D McFeeley | nmcfeeley@eberle.com |
| Portia L Rauer | plr@powerstolman.com |
| Raymond D Powers | rdp@powerstolman.com |
| Robert J Schroeder | rschroeder@ftc.gov |
| Samuel Andrew Diddle | sdiddle@eberle.com |
| Scott D Stein | sstein@sidley.com |
| Scott E. Randolph | serandolph@hollandhart.com |
| Syrena Case Hargrove | Syrena.Hargrove@usdoj.gov |
| Tacy F Flint | tflint@sidley.com |
| Wendy K Arends | warends@gklaw.com |

          /s/ Samuel A. Diddle
        Samuel A. Diddle

**NOTICE OF NON-OPPOSITION TO INTERVENORS' OCTOBER 15, 2014 REQUEST – PAGE 3**
6065-48/00506360.000