Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 1 of 33

526

1                    UNITED STATES DISTRICT COURT

2                     IN THE DISTRICT OF IDAHO

3     - - - - - - - - - - - - - - - - - x Case No. 1:12-cv-00560-BLW
4     SAINT ALPHONSUS MEDICAL CENTER -   :
      NAMPA, INC., TREASURE VALLEY       : Bench Trial
5     HOSPITAL LIMITED PARTNERSHIP, SAINT : **Witnesses:**
      ALPHONSUS HEALTH SYSTEM, INC., AND : **Jackie Butterbaugh (Video)**
6     SAINT ALPHONSUS REGIONAL MEDICAL   : **Patrick T. Otte**
      CENTER, INC.,                      : **Linda House (Video)**
7                        Plaintiffs,     : **Steven W. Drake (Video)**
               vs.                       : **Randall Billings (Video)**
8                                        :
      ST. LUKE'S HEALTH SYSTEM, LTD., and :
9     ST. LUKE'S REGIONAL MEDICAL CENTER, :
      LTD.,                              :
10                       Defendants.     :
      - - - - - - - - - - - - - - - - - : Case No. 1:13-cv-00116-BLW
11    FEDERAL TRADE COMMISSION; STATE OF :
      IDAHO,                             :
12                       Plaintiffs,     :
               vs.                       :
13                                       :
      ST. LUKE'S HEALTH SYSTEM, LTD.;    :
14    SALTZER MEDICAL GROUP, P.A.,       :
                                         :
15                       Defendants.     :
      - - - - - - - - - - - - - - - - - x

16

17                        * * * SEALED * * *

18

      REPORTER'S TRANSCRIPT OF PROCEEDINGS
19
         before B. Lynn Winmill, Chief District Judge
20
         Held on September 26, 2013
21
         Volume 4, Pages 526 to 631
22
                          Lisa K. Yant
23           Idaho Certified Shorthand Reporter No. 279
                    Registered Professional Reporter
24            Federal Certified Realtime Reporter

25

               United States Courts, District of Idaho
          550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench Trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 2 of 33

527

1                           A P P E A R A N C E S

2

3

     FOR PLAINTIFFS SAINT ALPHONSUS MEDICAL CENTER-NAMPA, INC.,
4    SAINT ALPHONSUS HEALTH SYSTEM, INC.,
     AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.
5

6          Keely E. Duke
           DUKE SCANLAN & HALL, PLLC
7          1087 W. River Street, Suite 300
             Boise, ID 83707
8
           David A. Ettinger
9          HONIGMAN MILLER SCHWARTZ AND COHN LLP
           2290 First National Building
10         660 Woodward Avenue
           Detroit, MI 48226
11

12

13
     FOR PLAINTIFF U.S. FEDERAL TRADE COMMISSION
14

15         Peter C. Herrick
           U.S. FEDERAL TRADE COMMISSION
16         500 Pennsylvania Ave., N.W.
           Washington, DC 20580
17
           J. Thomas Greene
18         U.S. FEDERAL TRADE COMMISSION
           600 Pennsylvania Ave N.W.
19         Washington, DC 20580

20         Henry Chao-Lon Su
           U.S. FEDERAL TRADE COMMISSION
21         601 New Jersey Ave., N.W.
           Washington, DC 20001
22

23

24

25

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench trial, 09/26/2013

Case 1:13-cv-00560-BLW   Document 552   Filed 11/04/14   Page 3 of 33

528

```
 1                        A P P E A R A N C E S (Continued)

 2
         FOR PLAINTIFF STATE OF IDAHO
 3
              Eric J. Wilson
 4            GODFREY & KAHN, S.C.
              One East Main Street
 5            Suite 500
              PO Box 2719
 6            Madison, WI 53701

 7            Brett T. DeLange
              OFFICE OF ATTORNEY GENERAL, STATE OF IDAHO
 8            954 W. Jefferson, 2nd Floor
              Boise, ID 83720-0010
 9
         FOR PLAINTIFF TREASURE VALLEY HOSPITAL
10
              Raymond D. Powers
11            POWERS TOLMAN FARLEY, PLLC
              PO Box 9756
12            Boise, ID 83707

13       FOR DEFENDANTS ST. LUKE'S HEALTH SYSTEM, LTD.
         AND ST. LUKE'S REGIONAL MEDICAL CENTER, LTD.
14
              Jack R. Bierig
15            Ben J. Keith
              Scott Stein
16            Charles Schafer
              SIDLEY AUSTIN
17            One South Dearborn
              Chicago, IL 60603
18
              J. Walter Sinclair
19            STOEL RIVES
              101 S. Capitol Boulevard, Suite 1900
20            Boise, ID 83702

21       FOR DEFENDANT SALTZER MEDICAL GROUP

22            Brian Kenneth Julian
              ANDERSON JULIAN & HULL, LLP
23            PO Box 7426
              Boise, ID 83707
24

25
```

**United States Courts, District of Idaho**

529

1                                                    I N D E X

2

3

|  |  | PAGE: |
|---|---|---|
| | Courtroom open to the public..................... | 534 |
| | Courtroom open to the public.................... | 537 |
| | Courtroom closed to the public.................. | 556 |
| | Courtroom open to the public.................... | 619 |
| | Courtroom open to the public.................... | 621 |
| | Courtroom closed to the public................. | 622 |
| | Courtroom open to the public................... | 622 |
| | Courtroom closed to the public................. | 627 |
| | Courtroom open to the public................... | 629 |

4

5

6

7

8

9

10

11                                                  PLAINTIFFS

12                                          W I T N E S S E S

13

14

|  |  | PAGE: |
|---|---|---|
| BILLINGS, Randall (By video) | | |
| ................................................. | | 630 |
| BUTTERBAUGH, Jackie (By video continued) | | |
| ................................................. | | 537 |
| DRAKE, Steven (By video) | | |
| ................................................. | | 624 |
| HOUSE, Linda (By video) | | |
| ................................................. | | 619 |
| OTTE, Patrick T. | | |
| | Direct Examination by Mr. Herrick............. | 543 |
| | Cross-Examination Questions by Mr. Stein...... | 592 |
| | Redirect Examination Questions by Mr. Herrick. | 615 |
| | Recross-Examination Questions by Mr. Stein.... | 617 |

15

16

17

18

19

20

21

22

23                                          * * * * *

24

25

530

1                                                    **DEPOSITIONS**

2                                             P U B L I S H E D

3

| | | PAGE: |
|---|---|---|
| BILLINGS, Randy | ..................................... | 630 |
| BUTTERBAUGH, Jackie | ..................................... | 535 |
| CLEMENT, Scott | ..................................... | 535 |
| CROUCH, Jeff | ..................................... | 535 |
| DJERNES, Michael | ..................................... | 535 |
| DRAKE, Steven | ..................................... | 630 |
| DUER, Linda | ..................................... | 535 |
| HOUSE, Linda | ..................................... | 630 |
| KAISER, John | ..................................... | 535 |
| RANDELL, Page | ..................................... | 535 |
| REIBOLDT, Max | ..................................... | 535 |
| SAVAGE, William | ..................................... | 535 |

10

11

12                                                    **PLAINTIFFS**

13                                             E X H I B I T S

14

| | | | ADMITTED |
|---|---|---|---|
| 1000 | E-mail from Steve Drake to Jackie Butterbaugh re: Best and Final Offer (PLTs' Dep. Ex. 001; IMAGINE000503--IMAGINE000529) | | 539 |
| 1001 | E-mail from Jackie Butterbaugh to Connie ....... Kniefel re: MHPN (PLTs' Dep. Ex. 002; IMAGINE000552--IMAGINE000553) | | 539 |
| 1002 | E-mail from Jackie Butterbaugh to .............. heather@idahopedsgl.com re: DAS - Micron Claims (PLTs' Dep. Ex. 003; IMAGINE000554--IMAGINE000564) | | 539 |
| 1003 | E-mail from Michele Marcum to Jackie .......... Butterbaugh re: Katherine Lee, MD (PLTs' Dep. Ex. 004; IMAGINE000571--IMAGINE000577) | | 539 |
| 1004 | Letter from Steve Drake to Allison Robbins re: . Termination Notices for Practices (PLTs' Dep. Ex. 005; IMAGINE000316--IMAGINE000316) | | 539 |
| 1005 | E-mail from Toni Newman to Jackie Butterbaugh .. re: St. Luke's Provider Termination List (PLTs' Dep. Ex. 006; IMAGINE000604--IMAGINE000610) | | 539 |
| 1006 | Imagine Health Presentation: Hospital Quality .. Comparison Boise, ID (PLTs' Dep. Ex. 007; IMAGINE000224--IMAGINE000234) | | 540 |

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 6 of 33

531

| 1 | **1162** | E-mail from Linda House to Herself re: Resume .. w/Attach: Lindares021609.doc (PLTs' Dep. Ex. 210; SLHS001048034--SLHS001048037) | **622** |
|---|---|---|---|
| 3 | **1164** | E-mail from Linda House to Gary Fletcher, John . Kee and Jan Miller re: Broker Feedback (PLTs' Dep. Ex. 213; SLHS001053775--SLHS001053775) | **623** |
| 4 | **1165** | SELECT Board Meeting Agenda (PLTs' Dep. Ex. .... 215; SLHS000243830--SLHS000243831) | **623** |
| 5 | **1166** | E-mail from Beth Toal to Linda House re: Micron . draft memo w/Attach: Micron Med Staff Memo Draft 070708.doc (PLTs' Dep. Ex. 216; SLHS001044047--SLHS001044049) | **623** |
| 7 | **1169** | Handwritten Notes (PLTs' Dep. Ex. 219; ........ SLHS000316466--SLHS000316470) | **623** |
| 8 | **1174** | E-mail from Randy Billings to Linda House and .. Steve Drake re: Today's Meeting - Micron (PLTs' Dep. Ex. 224; SLHS000166952--SLHS000166956) | **624** |
| 10 | **1176** | E-mail from Linda House to Mary Cronin and Dave . McFadyen re: Referral and Access Center w/Attach: SLHS Resource Optimization and Coordination Steering Committee - CharterFinal.docx; SLHS Optimization and Coordination Timetable 040212.xlsx; MV Patient Access Presentation - to Network Optimization [sic] 4-12.ppt (PLTs' Dep. Ex. 229; SLHS001063373--SLHS001063383) | **624** |
| 14 | **1177** | E-mail from Dana Ells to Carrie Cowgill, Linda . House, and Greg Orr re: Fwd: Finders Fee w/Attach: Fwd_Finders Fee.txt.msg (PLTs' Dep. Ex. 230; SLHS001045355--SLHS001045360) | **624** |
| 16 | **1181** | SLHS Contracting Committee Agenda (PLTs' Dep. .. Ex. 235; SLHS000592001--SLHS000592013) | **629** |
| 17 | **1182** | SLHS Contracting Strategy - Current Processes .. versus Opportunities (PLTs' Dep. Ex. 236; SLHS000258149--SLHS000258149) | **629** |
| 19 | **1183** | Twin Falls Times Article: More docs on board ... with Blue Cross network (PLTs' Dep. Ex. 237) | **629** |
| 20 | **1192** | Steve Drake Weekly Meeting Topics (PLTs' Dep. .. Ex. 251; SLHS000662205--SLHS000662239) | **629** |
| 21 | **1196** | SELECT Medical Network Board of Directors ...... Meeting Agenda (PLTs' Dep. Ex. 255; SLHS000243739--SLHS000243740) | **629** |
| 22 | **1197** | First Health as the PPO Network Tier for the ... Micron Health Plan (PLTs' Dep. Ex. 257; SLHS000847690--SLHS000847694) | **629** |
| 24 | **1198** | Draft - Micron Technology Health Benefit ....... Changes (PLTs' Dep. Ex. 258; SLHS000259067--SLHS000259069) | **629** |
| 25 | **1200** | Micron Meeting Notes (PLTs' Dep. Ex. 260; ...... SLHS000606119--SLHS000606121) | **629** |

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 7 of 33

532

| 1 | 1202 | SLHS Contracting Committee Agenda (PLTs' Dep. .. Ex. 262; SLHS000592019--SLHS000592025) | 629 |
|---|------|------|-----|
| 2 3 | 1204 | E-mail from Steve Drake to Linda House re: ..... Today's Meeting (PLTs' Dep. Ex. 264; SLHS000031960--SLHS000031966) | 629 |
| 4 5 | 1205 | E-mail from Randy Billings to Christine Neuoff . and Kelly Green, et al. Re: FW: Book2.xls - ACN term impact on Mountain View clinic (PLTs' Dep. Ex. 265; SLHS000808294--SLHS000808300) | 629 |
| 6 | 1207 | Spreadsheet: Update ACN Summary for FY2011: .... SLHS Payor Volumes (PLTs' Dep. Ex. 267; SLHS000458067--SLHS000458067) | 629 |
| 7 8 9 | 1208 | E-mail from Kelly Green to Randy Billings, Gary . Fletcher, Jeff Taylor et al re: SLHS Payor Contracting Committee - May 11 Materials w/attach SLHS Payor Contracting Committee Materials - 05.11.2012.pdf (PLTs' Dep. Ex. 268; SLHS000656056--SLHS000656065) | 629 |
| 10 | 1970 | Micron Technology Inc. 2008 10-K................. | 629 |
| 11 | 1974 | St. Luke's Contracting Committee Meeting ....... Minutes (PLTs' Dep. Ex. 211; SLHS000592014-SLHS000592018) | 623 |
| 12 13 | 1975 | St. Luke's Payer Reimbursement Strategy ........ Presentation (PLTs' Dep. Ex. 243; SLHS000662440--SLHS000662445) | 629 |
| 14 | 1996 | E-mail from Ruth Gibbons to Linda House re: .... Boise Schools Benefit Design (DEFs' Dep. Ex. 331; SLHS001054337--SLHS001054350) | 535 |
| 15 16 | 1997 | Provider Service Agreement between Idaho Power . and Saint Alphonsus Regional Medical Center, Oct. 2008 (DEFs' Dep. Ex. 332; REGENCE001411-REGENCE001425) | 535 |

17

18

19

20                    * * * * *

21

22

23

24

25

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench trial, 09/26/2013

Case 1:12-cv-00560-BLW    Document 552    Filed 11/04/14    Page 8 of 33

533

| | | | ADMITTED |
|---|---|---|---|
| 1 | | **DEFENDANTS** | |
| 2 | | **E X H I B I T S** | |
| 3 | | | |
| 4 | **2000** | Master Service Agreement between Wise Providers Networks and Micron Technology, Inc. (Def. Dep. Exh. 1; IMAGINE000424-58) | **540** |
| 6 | **2001** | 2008 Micron benefits manual (Def. Dep. Exh. 2; SLHS000664604-15) | **540** |
| 7 | **2003** | E-mail from J. Butterbaugh to Lannie Checketts re: Micron Heath Partners Network (with attachments) (Def. Dep. Exh. 4; ALPH00321411-39) | **540** |
| 9 | **2007** | Network Analysis prepared by Saint Alphonsus (Def. Dep. Exh. 8; IMAGINE000566-70) | **541** |
| 10 | **2008** | Email exchange between J. Butterbaugh, B. Hansen, M. Keil et al. Re Micron Follow up (Def. Dep. Exh. 9; IMAGINE000460-64) | **541** |
| 11 | **2009** | Micron: St. Luke's Provider Terminations Effective July 1, 2012 Executive Summary (Def. Dep. Exh. 10; MT002699-705) | **541** |
| 13 | **2241** | Letter from P. Otte to G. Sonnenberg, enclosing Micron Health Partners Network Physician Reporting package, dated March 1, 2009 (Def. Dep. Exh. 371; ALPH00887020-45) | **604** |
| 15 | **2536** | Micron Health Partners Network Physician Reporting slides (March 1, 2009) (ALPH00280441) | **604** |

16

17

18

19

20                    * * * * *

21

22

23

24

25

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.                    Bench trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 9 of 33

534

1          P R O C E E D I N G S
2          September 26, 2013
3          ******COURTROOM OPEN TO THE PUBLIC******
4          THE CLERK:  The Court will now hear Civil Case
5   12-560-S-BLW, Saint Alphonsus Medical Center Nampa, Inc.,
6   versus St. Luke's Health System for Day 4 of a bench trial.
7          THE COURT:  Good morning, Counsel.  I believe we
8   are ready to begin.  We were going to publish depositions,
9   Ms. Duke.
10          MS. DUKE:  Yes, Your Honor.  We have the
11   deposition of Linda Duer and Jeff Crouch being published.
12   They were used in cross-examination yesterday.
13          THE COURT:  Yes.
14          MS. DUKE:  Just so the record is clear.
15          And then we have the deposition of Scott Clement, Max
16   Reiboldt, Randell Page, Michael Djernes, William Savage --
17          THE COURT:  I'm sorry, what was that?  Back up.
18   We have Duer and Crouch were used only for impeachment;
19   correct?
20          MS. DUKE:  Correct.
21          THE COURT:  And then we have?
22          MS. DUKE:  Scott Clement, Max Reiboldt, Randell
23   Page, Michael Djernes, William Savage, John Kaiser, and
24   Jackie Butterbaugh, who we were in the middle of.
25          THE COURT:  I will direct that those depositions,

535

1   that would be Duer, Crouch, Clement, Reiboldt, Drs. Page,
2   Djernes, and Kaiser be published.  Then I believe
3   Butterbaugh is the last.
4          MS. DUKE:  And then we have the depositions that
5   we will later publish right before we play them.
6          THE COURT:  I think that would be the best way to
7   do it.
8          And then provide those to Ms. Gearhart in advance.
9          (Depositions of Linda Duer, Jeff Crouch,
10          Scott Clement, Max Reiboldt, Randell Page,
11          Michael Djernes, William Savage, John Kaiser, and
12          Jackie Butterbaugh published.)
13          MS. DUKE:  I will.
14          THE COURT:  Very good.
15          MS. DUKE:  As a matter of housekeeping, Your
16   Honor, St. Luke's has withdrawn their untimely objection to
17   Exhibit 1996 and 1997.  So we move for their admission.
18          THE COURT:  Is that correct?
19          MR. SINCLAIR:  It is.
20          THE COURT:  1996 and 1997 will be admitted.
21          (Plaintiffs' Exhibit Nos. 1996 and 1997 admitted.)
22          MS. DUKE:  One final housekeeping matter.  As we
23   understood it, and I know St. Luke's has already done this,
24   we are filing unobjected-to exhibits, we will be filing our
25   unobjected-to exhibits as admitted exhibits this morning.  I

536

1   guess St. Luke's did that a couple days ago, so we will do
2   the same thing.
3          THE COURT:  You did that by file document?  You
4   are filing it on CM/ECF?
5          MS. DUKE:  Yes.  That's how St. Luke's handled it,
6   so --
7          THE COURT:  No.  I think that is what I suggested
8   to avoid having to state it for the record.  Apparently they
9   filed with CM/ECF?
10          MS. DUKE:  Sure.  And we're just going to do the
11   same thing.
12          THE COURT:  As soon as that's done, I think,
13   Mr. Metcalf, we'll probably need to just enter an order
14   admitting those exhibits and then give that to Ms. Gearhart
15   so the record is clear, and she can incorporate that into
16   the minutes of the trial so it is clear as to what exhibits
17   were admitted.
18          I think we're ready to proceed.
19          MS. DUKE:  Yes.  And I was just going to pick up
20   where we left off.
21          THE COURT:  Yes.
22          MS. DUKE:  If I can just advance forward real
23   quick.
24          THE COURT:  You might start, give me a minute or
25   two before the point where we left off yesterday just to

537

1   give me a context.
2          MS. DUKE:  Can I just read part of that, Your
3   Honor?  Only because it's a really long clip that was prior
4   to this clip that we left off on.  So it would be about five
5   minutes that you would be rehearing.
6          THE COURT:  That's fine.  You prefer to read the
7   clip, you say?
8          MS. DUKE:  I was going to-- I guess I can play it,
9   it is just it's a fairly long clip, but I can play it.
10          THE COURT:  Let's just start where you were.  I
11   will have the written transcript to consult if I need to, so
12   let's be efficient, let's just go ahead.
13          (Testimony of Jackie Butterbaugh via video
14          deposition resumed.)
15          THE COURT:  Excuse me.
16          (Video deposition paused.)
17          THE COURT:  There is a minor matter I need to take
18   care of.  If we can take just a five-minute recess, let me
19   make one quick phone call, an emergency, and we will be able
20   to resume.
21          We will be in recess for just five minutes.
22          (Recess.)
23          ******COURTROOM OPEN TO THE PUBLIC******
24          THE COURT:  Thank you.  Please be seated.
25          My apologies.  What I thought was an emergency, it was

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.     Bench Trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 10 of 33

538

1  not. And I advised someone that they inconvenienced a lot
2  of attorneys.
3       But in any event, we are ready to go back and proceed.
4  Could you back up just 30 seconds or so.
5       MS. DUKE: Yes, Your Honor. Got it.
6       MR. STEIN: Your Honor, we have a binder of the
7  exhibits. I apologize we did not give this to you before,
8  but it is the exhibits that are associated with this
9  testimony.
10      THE COURT: That is fine. I think someone is
11 bringing them up on the screen, on a split screen. If you
12 have them, I will look at them in that fashion as well.
13      MS. DUKE: I guess since we're addressing it, Your
14 Honor, do you prefer to have a binder with every witness or
15 pulling it up on the screen?
16      THE COURT: I think on the screen is sufficient.
17 I think we are doing a reasonably good job of standing it
18 enough where I can read. Fortunately, I did bring my
19 reading glasses up, so I can get in a little closer. If you
20 have them prepared, fine. I will be able to function
21 adequately, I think, looking at them on the screen.
22      The only thing I might suggest, if you have the ability
23 to kind of crop the transcript. I don't typically need to
24 see the page and line number. It is more helpful to me if I
25 can see almost all of the text that is being played out as

539

1  well.
2       MS. DUKE: Sure. We can work on that. I agree.
3       THE COURT: Let's go ahead and proceed.
4  (Video deposition of Jackie Butterbaugh resumed.)
5  (Video deposition of Jackie Butterbaugh
6   concluded.)
7       MS. DUKE: That concludes Jackie Butterbaugh's
8  testimony, Your Honor.
9       So with that, we would move the admission of
10 Exhibits 1000 through 1006. It is my understanding 1000
11 through 1005 have not been objected to and will be admitted.
12 1006 has been objected to.
13      THE COURT: I will assume that's correct. I'll
14 admit Exhibits 1001 through 1005.
15      MS. DUKE: And I think Mr. Stein just indicated
16 they withdraw --
17      THE COURT: Did it include Exhibit 1000?
18      MS. DUKE: Correct, 1000.
19      THE COURT: 1000 through 1005 will be admitted.
20 (Plaintiffs' Exhibit Nos. 1000 through 1005
21  admitted.)
22      THE COURT: As to Exhibit 1006 --
23      MR. STEIN: We will withdraw the objection, Your
24 Honor.
25      THE COURT: 1006 will also be admitted.

540

1  (Plaintiffs' Exhibit No. 1006 admitted.)
2       MS. DUKE: Thank you, Your Honor.
3       THE COURT: Now, there was also defense exhibits
4  referenced.
5       MR. STEIN: Yes, Your Honor.
6       THE COURT: Mr. Stein.
7       MR. STEIN: I can go through the list. The first
8  was Exhibit 2000, to which there was no objection.
9       THE COURT: 2000 will be admitted.
10 (Defendants' Exhibit No. 2000 admitted.)
11      MR. STEIN: The second was Exhibit 2001, as to
12 which there was some objection as to the handwriting on the
13 front of the document.
14      THE COURT: Ms. Duke.
15      MS. DUKE: It is fine, Your Honor. We will
16 withdraw that objection.
17      THE COURT: 2001 will be admitted.
18 (Defendants' Exhibit No. 2001 admitted.)
19      MR. STEIN: Exhibit 2003 there was no objection.
20      THE COURT: That exhibit will be admitted.
21 (Defendants' Exhibit No. 2003 admitted.)
22      MR. STEIN: Exhibit 2006 there is an objection
23 under Rule 106.
24      MS. DUKE: Your Honor, I just want to consult on
25 that one just to make sure. So let me do that and then get

541

1  back to Mr. Stein on that.
2       THE COURT: I'll reserve ruling on that.
3       MR. STEIN: Exhibits 2007, 2008, 2009, and there
4  were no objections to those exhibits.
5       THE COURT: Those exhibits will be admitted.
6  (Defendants' Exhibit Nos. 2007, 2008, and 2009
7   admitted.)
8       THE COURT: Ready to proceed with the next?
9       MS. DUKE: Yes, Your Honor.
10      THE COURT: We'll probably take another break in
11 about 20 minutes.
12      MR. HERRICK: Your Honor, Peter Herrick on behalf
13 of FTC.
14      THE COURT: Mr. Herrick.
15      MR. HERRICK: A quick housekeeping matter, Your
16 Honor, with respect to our next witness, Mr. Otte of Micron.
17 We plan to keep the courtroom open during the initial
18 portion of his testimony, but there will be a point at which
19 we start getting into more competitive sensitive materials.
20 Micron is essentially similarly positioned to the payors
21 that we've had testify previously. So at that point we
22 would ask that the court close the courtroom.
23      THE COURT: We will do that. You will just need
24 to notify when that is necessary.
25      Would you pull the microphone down. The lectern also

542

1  will go up or down.  Just put it wherever it makes it
2  comfortable.
3      What was the name of the witness again?
4      MR. HERRICK:  Pat Otte of Micron.
5      MR. STEIN:  Your Honor, if we're going to do a
6  partial closing of the courtroom for Mr. Otte's testimony,
7  I'd just like to have the option to consider, depending on
8  what the testimony is, doing a cross-exam on the part that
9  is sealed so that we could then open the court for the
10 remainder.  Obviously I don't know exactly what the
11 testimony is going to be or what is going to be sealed.
12     THE COURT:  Well, when we take a break in about
13 20 minutes, why don't you visit and try and sort that out.
14 What you are suggesting is that you be allowed to
15 cross-examine at the close of the open portion?
16     MR. STEIN:  Yes, Your Honor, that way the public
17 could hear the part of the cross-examination that would not
18 be sealed.
19     THE COURT:  Mr. Herrick, would there be any
20 objection to that?
21     MR. HERRICK:  I don't think so.  I want to confer
22 with my colleagues, if that's okay.
23     THE COURT:  Yes.
24     MR. HERRICK:  My guess is that the timing of the
25 closing of the courtroom would hopefully coincide with the

543

1  planned break, so that might work out.
2      THE COURT:  Let's see, where is our witness?
3      MR. HERRICK:  Plaintiffs call Pat Otte to the
4  stand.
5      THE COURT:  Sir, would you please step before the
6  clerk and be sworn.
7          PATRICK T. OTTE,
8  having been first duly sworn to tell the truth, was examined
9  and testified as follows:
10     THE CLERK:  Please state your complete name and
11 spell your name for the record.
12     THE WITNESS:  My name is Patrick Thomas Otte,
13 P-A-T-R-I-C-K T-H-O-M-A-S O-T-T-E.
14     THE COURT:  Mr. Herrick, you may inquire.
15          DIRECT EXAMINATION
16 BY MR. HERRICK:
17     Q.  Good morning, Mr. Otte.  Can you briefly describe
18 your educational background since high school.
19     A.  I went to college at St. Paul Bible College in
20 Minneapolis and received a bachelor of art in religious
21 education, four-year degree.  And since, I have taken some
22 business classes at Boise State.
23     Q.  And how long have you been with Micron?
24     A.  Twenty-six years.
25     Q.  Where were you employed before Micron, if

544

1  anywhere?
2      A.  Just prior to Micron I worked as an assistant
3  pastor at Alliance Church here in town.
4      Q.  And what is your title currently at Micron?
5      A.  Vice president of human resources.
6      Q.  To whom do you report?
7      A.  To the CEO, Mark Durcan.
8      Q.  In your role as vice president of human resources,
9  what are your primary responsibilities?
10     A.  All the transactional operations of HR; benefits,
11 payroll, records, recruiting.  And then all the strategic
12 elements of HR; total rewards, talent management, talent
13 development strategy, workforce information.
14     Q.  Do your responsibilities include employee
15 benefits?
16     A.  Yes, they do.
17     Q.  That includes health benefits for Micron
18 employees?
19     A.  That's correct.
20     Q.  Do you have a role in strategic decisions at
21 Micron?
22     A.  I do.
23     Q.  And what is that role?
24     A.  I'm the one who helps to design and study the
25 plans that we think are strategic for positioning, attract,

545

1  and retain for our employees.  And I am a recommender of
2  those to, essentially to the CEO.
3      Q.  How do you stay apprised of what is going on in
4  the areas of your responsibility?
5      A.  Through extensive benchmarking.  We use outside
6  firms; Towers Watson is one example.  Benchmarking with my
7  peers; peers in the industry, peers across the U.S., and
8  peers locally.
9      Q.  How many people does Micron employ in the Treasure
10 Valley?
11     A.  Just under 6,000.
12     Q.  Do you know how that compares with other employers
13 in the area?
14     A.  It is always stated that we are the second largest
15 employer in the state.
16     Q.  And where is Micron headquartered?
17     A.  In Boise, Idaho, on Federal Way.
18     Q.  At a high level can you describe the headquarters
19 campus on Federal Way.
20     A.  It is multiple buildings, roughly 40 large -- 40
21 buildings of different kinds, doing different functions.  It
22 is a pretty large campus and the majority of the people are
23 at that campus here in the Treasure Valley.
24     Q.  Of the 6,000 that you mentioned in the Treasure
25 Valley, do you have an understanding of roughly how many

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 12 of 33

---

**546**

1 work at the Boise headquarters facilities?

2    **A.**  Right around 5,200.

3    **Q.**  Is Micron unionized?

4    **A.**  Locally or across the world?

5    **Q.**  Locally.

6    **A.**  Locally Micron itself is not unionized, no.

7    **Q.**  You mentioned "across the world." Where else does

8 Micron have employees?

9    **A.**  We have about 30,000 employees worldwide. We have

10 a large presence in Singapore, Malaysia, China, Japan,

11 Israel, and Italy are the largest.

12    **Q.**  Does Micron have employees elsewhere in the United

13 States outside of Idaho?

14    **A.**  We do. So, we have a good-sized presence in

15 Virginia, roughly 2,000 people; we have a joint venture in

16 Utah, roughly the same amount of people; and then we have

17 two design teams, one in Texas of a little over 100, and in

18 Minneapolis, over 100 as well; and then Colorado,

19 we have about 250 people.

20    **Q.**  Does Micron consider its global workforce when it

21 is making decisions about its healthcare benefits plan?

22    **A.**  Yes.

23    **Q.**  How so?

24    **A.**  Well, we are compelled as a company to be

25 competitive, to be as competitive as we could possibly be,

---

**547**

1 and we realize decisions made in any one location affects

2 employees in all locations in some way.

3    **Q.**  At a high level, what does Micron do?

4    **A.**  So, we make memory, memory products that are in

5 all the different devices that I actually see sitting here.

6 So, we make dynamic random access memory, DRAM. Typically

7 it's things that go into PCs. We make NAND flash memory,

8 nonvolatile memory, storage memory. And that goes typically

9 into things like iPods, MP3 players. And we make NOR flash

10 memory, that is just a little bit more expensive version of

11 NAND. It typically goes into your mobile phones or

12 automotive, industrial, and medical instrumentation.

13    **Q.**  Who are Micron's primary competitors?

14    **A.**  Samsung, Hynix, and Toshiba.

15    **Q.**  And where are they located?

16    **A.**  The first two, Samsung and Hynix, are located in

17 Korea, and Toshiba's a joint venture -- it's a partnership

18 actually -- with SanDisk, and Toshiba is in Japan.

19    **Q.**  Mr. Otte, I'm going to shift gears a little bit

20 and I'm going to ask you to go back in time. Let's talk

21 about what was happening with Micron back in 2008. Can you

22 just quickly describe Micron's financial condition in the

23 2008 time frame.

24    **A.**  Yes. It is important to kind of understand the

25 competitive landscape by which we live and work. I don't

---

**548**

1 mean to go off on a long story, but I started 26 years ago,

2 and when I started on just DRAM alone, people making DRAM

3 alone, there was almost 50 people who were making DRAM

4 alone. In time there was more different kinds of memory

5 came into play, NAND, NOR, et cetera.

6        By the time we got into the middle '90s there was

7 about 25 players still left. The others had been consumed

8 by somebody else, went out of business. We're a very high

9 capital-spending business and they couldn't make it. By

10 2008 you were down to 13 players in the world. And, today

11 there's four.

12        So, it tells you, this migration over that period

13 of time, about how competitive it is. We, at that time, of

14 the 13, were essentially, I would say, in almost last place

15 in every meaningful financial category and in terms of total

16 shareholder return.

17    **Q.**  When you say "last place," did you do any studies

18 to confirm that assessment?

19    **A.**  We did extensive benchmarking in basically all the

20 meaningful categories for total shareholder return or value

21 creation framework. In all those key indices or metrics we

22 were lagging -- or we were definitely bottom third in most

23 of them.

24    **Q.**  Do you even know why that is?

25    **A.**  Uhm, you know, we had had an acquisition strategy.

---

**549**

1 We had acquired Texas Instruments' fabs in 1998. I don't

2 know that we did a perfect job of integration; we left a lot

3 of overhead in place. And we moved -- had left a lot of

4 things on the table that were really eroding our own margins

5 by not taking care of the business that we probably should

6 have taken care of.

7    **Q.**  Are you familiar with the term OPEX?

8    **A.**  Yes.

9    **Q.**  What is OPEX?

10    **A.**  OPEX is a combination of your R & D spend as a

11 percentage of revenue and your SG&A, sales and general

12 administration, spend.

13    **Q.**  Do you have an understanding of how Micron's OPEX

14 back in 2008 compared with its competitors?

15    **A.**  Yes. A very good example is industry standard for

16 our industry, benchmark would be somewhere around 12 to

17 15 percent OPEX, and we were running about 30.

18    **Q.**  What impact did that disparity have on Micron?

19    **A.**  We felt like we were just spotting a lead to our

20 competitor all the time. And it was in areas that were not

21 necessarily areas that were going to create differentiation.

22 So R & D, of course, creates differentiation. Sales and

23 general administration may not create differentiation in

24 terms of your overall business portfolio. We were actually

25 spotting a lead for things that were differentiating us.

---

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench trial, 09/26/2013

**550**

1    MR. HERRICK: Your Honor, we have a document we
2    would like to show Mr. Otte. May we bring a binder up to
3    Mr. Metcalf?
4    THE COURT: Yes.
5    MR. HERRICK: We also have an extra copy for the
6    court, if that would be preferable.
7    BY MR. HERRICK:
8    **Q.** Mr. Otte, can you turn to the first page of the
9    document that has just been handed to you.
10   **A.** Yes.
11   **Q.** This document, just for the record, has been
12   marked Trial Exhibit 1970.
13   MR. HERRICK: Clinton, can you bring that up on
14   the screen, please.
15   Your Honor, the screen, the big screen is blank.
16   THE COURT: I'm sorry?
17   MR. HERRICK: This is not AEO.
18   BY MR. HERRICK:
19   **Q.** Mr. Otte, can you turn to the third page, the one
20   that is actually marked 1 at the bottom.
21   **A.** Okay.
22   **Q.** I would just like to direct your attention to the
23   second paragraph under "Overview." Do you see that? It is
24   the last paragraph on that page.
25   **A.** Actual page 3?

**551**

1    **Q.** No, it is numbered page 1, but page 3 of the
2    document, if you will. The third --
3    **A.** Yes.
4    **Q.** And again, just directing your attention to the
5    second paragraph under "Overview," last paragraph on that
6    page. Do you see that?
7    **A.** Yes.
8    **Q.** Looking at the second paragraph in that -- or
9    excuse me, second sentence in that paragraph, it begins
10   "Average selling prices." Do you see that?
11   **A.** Yes.
12   **Q.** Excuse me. Just for the record, can you identify
13   this document. I think I skipped that step.
14   **A.** Yes, 10-K document. It's the filing of your
15   **annual earnings, your annual financials.**
16   **Q.** Thank you.
17   If you could turn back to the paragraph we were just
18   discussing, the sentence beginning "Average selling
19   prices," do you see that?
20   **A.** Yes.
21   **Q.** I'll just read it: "Average selling prices per
22   gigabyte for the company's DRAM products and NAND flash
23   products in 2008 were down approximately 50 percent and
24   65 percent respectively as compared to 2007 and down
25   approximately 65 percent and 85 percent respectively as

**552**

1    compared to 2006." Is that consistent with your
2    recollection?
3    **A.** Very much so.
4    **Q.** And what kind of impact did these price drops have
5    on Micron?
6    **A.** So again, to understand kind of what the
7    **competitive landscape is, you know, every year we spend**
8    **somewhere between -- as low as 3 billion in capital**
9    **spending, CAPEX spending, up to as much as 6, and we have to**
10   **proliferate a new technology essentially every 18 months or**
11   **you fall -- you basically become irrelevant in the**
12   **marketplace. So you're destined to spend to continue to**
13   **compete, but at the same time your prices are dropping by**
14   **60, 65 percent, and in this case over several years or**
15   **several in a row they were dropping at that rate.**
16   **So you can see a collision of money out versus**
17   **money in.**
18   **Q.** Actually, if you could turn to the fourth sentence
19   in that same paragraph, the one that begins "In 2008." Do
20   you see that?
21   **A.** Yes.
22   **Q.** I will read that: "In 2008 the company reported a
23   net loss of $1.6 billion and many of its competitors
24   reported negative cash flows from operations." Was that
25   consistent with your recollection?

**553**

1    **A.** Yes, it was.
2    **Q.** And the loss of $1.6 billion in one year, what
3    kind of effect does that have on a company like Micron?
4    **A.** This stops us from reinvesting. This has an
5    **effect on us in terms of total employment, the ability to**
6    **continue to grow, the continuous sustained operations,**
7    **ability to continue to reward employees. It feels an effect**
8    **on literally everything. And we would have to look through**
9    **the report, but my recollection is at that time we had just**
10   **barely over a billion in cash and roughly half a billion was**
11   **actually untenable, it was non-fundable, it was tied up in**
12   **some sort of way. So, our ability to operate at that level**
13   **was definitely under pressure.**
14   **Q.** During this time period did Micron close any
15   facilities in the Boise area?
16   **A.** So we had subscale assets. The market was moving
17   **towards 300-millimeter wafers, which is a larger diameter**
18   **wafer size with more physical die candidates on it. And**
19   **Micron still had 200-millimeter fabs, which, of course, is a**
20   **smaller wafer, less die candidates, therefore a higher cost.**
21   **And in Boise specifically we had a very large**
22   **presence; it was about half the population here at the time.**
23   **This was about 3,000 at the time, were tied to a facility**
24   **called Fab 1, it was a combination of multiple fabs. And it**
25   **was 200-millimeter subscale. So we announced that we would**

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.

Case 1:12-cv-00560-BLW    Document 552    Filed 11/04/14    Page 14 of 33

Bench Trial, 09/26/2013

| | 554 |
|---|---|
| 1 | be closing that fab. And we knew that that was happening, I |
| 2 | knew that that was the job I was coming into when I came |
| 3 | back to Boise. And we, in fact, did. And then over about a |
| 4 | year-and-a-half period we drew it down until it finally |
| 5 | closed in 2009. |
| 6 | **Q.** Was that the only area of cost cutting that was |
| 7 | going on within Micron at that time? |
| 8 | **A.** No. So, we went all in. As an executive team, we |
| 9 | just came in proposing everything that we could possibly put |
| 10 | on the table, because for us, again, that's only 13 players |
| 11 | even left in the industry and we could see that there were |
| 12 | some that were going to go out. So we put everything on the |
| 13 | table and we said, you know, there is no idea that we |
| 14 | wouldn't be considering. And we did, we froze salaries. We |
| 15 | did a number of different things at that period of time, in |
| 16 | addition to drawdown of total employment. |
| 17 | **Q.** And were these cost-cutting initiatives |
| 18 | companywide? |
| 19 | **A.** They were, globally. |
| 20 | **Q.** So given all of that, how would you describe |
| 21 | Micron's status in 2008? |
| 22 | **A.** I would say that we were -- we were definitely |
| 23 | under pressure. I would say we were definitely vulnerable |
| 24 | at that point. |
| 25 | **Q.** Vulnerable in what sense? |

| | 555 |
|---|---|
| 1 | **A.** Vulnerable to -- you know, we had good technology, |
| 2 | but if you did not have a good position, you were probably |
| 3 | more vulnerable to a takeover than anything. You could have |
| 4 | been definitely part of somebody's acquisition strategy. |
| 5 | **Q.** Did Micron communicate with its employees |
| 6 | regarding these competitive and financial issues we have |
| 7 | been discussing? |
| 8 | **A.** Regularly, yes. In team member meetings, in |
| 9 | overall emails to the population, to the leaders, talking |
| 10 | about these things. |
| 11 | **Q.** And in your role within Micron's management, were |
| 12 | you aware of any concerns within Micron as to whether |
| 13 | further layoffs beyond what we just discussed might be |
| 14 | necessary? |
| 15 | **A.** I think everything was on the table that had the |
| 16 | possibility of being there, whether you would sell off |
| 17 | certain portions of business or whether you would eliminate |
| 18 | certain types of technology and people would be associated |
| 19 | with that. Everything was on the table. |
| 20 | MR. HERRICK: Your Honor, I believe we are getting |
| 21 | into more competitively sensitive issues now, which may |
| 22 | tread into AEO topics. So we respectfully request the |
| 23 | courtroom be closed at this time. |
| 24 | THE COURT: This might be a good time to take the |
| 25 | morning break and then we can start off with that. |

| | 556 |
|---|---|
| 1 | Mr. Stein, I don't think we have gotten into anything |
| 2 | that falls into dealing with the value of conducting any |
| 3 | cross at this point. |
| 4 | Let's take a 15-minute recess. We will try to hold it |
| 5 | to 15 minutes since we had a short break earlier. We will |
| 6 | be in recess for 15 minutes. |
| 7 | (Recess.) |
| 8 | ******COURTROOM CLOSED TO THE PUBLIC****** |
| 9 | THE COURT: For the record, I will note that the |
| 10 | witness has retaken the witness stand. Mr. Otte, I'll |
| 11 | remind you, you are still under oath. |
| 12 | Mr. Herrick, you may resume your examination of the |
| 13 | witness. Mr. Herrick, keep your voice up as best you can to |
| 14 | help out the court reporter. |
| 15 | MR. HERRICK: I will do that, Your Honor. |
| 16 | THE COURT: That is much better right there. |
| 17 | BY MR. HERRICK: |
| 18 | **Q.** Mr. Otte, in 2008, did Micron launch a new health |
| 19 | plan network? |
| 20 | **A.** Yes, it did. |
| 21 | **Q.** What is that network called? |
| 22 | **A.** MHPN, Micron Health Partner Network. |
| 23 | **Q.** Are you familiar with the Wise Network? |
| 24 | **A.** I am. So the Wise Network included the MHPN. |
| 25 | Today, the Wise Network is administered by Imagine Health. |

| | 557 |
|---|---|
| 1 | They changed names partway through, but the original name |
| 2 | was called the Wise Partners Network. |
| 3 | **Q.** Why did Micron choose to do this? |
| 4 | **A.** When we were going through all the different |
| 5 | things that we thought could help make us more competitive, |
| 6 | we considered the rising cost of healthcare. And from my |
| 7 | background, I was not a HR person. I had just come into HR. |
| 8 | The first 20 years, I was a manufacturing person. And in no |
| 9 | case would we ever accept a vendor raising costs, you know, |
| 10 | 8, 10, or 12 percent per year, year over year, and not do |
| 11 | something about that. And we felt like that was true for |
| 12 | any vendor that we would deal or that we would go and we |
| 13 | would, you know, try to put it on the most competitive |
| 14 | landscape that we could find. |
| 15 | So when healthcare was rising at that rate, we put |
| 16 | it on the table and said this would be one more thing that |
| 17 | we would begin to address. |
| 18 | **Q.** Just very briefly, can you describe the structure |
| 19 | of Micron's health plan network? |
| 20 | **A.** Yes. So, if you think of it in terms of |
| 21 | concentric circles, the smallest and the lowest cost to the |
| 22 | employee would be as if they went to the Micron clinic |
| 23 | on-site. Then, the second concentric circle, next lowest |
| 24 | cost, would be the MHPN, the Micron Health Partner Network. |
| 25 | The next rate would be the PPO, a middle. And then there |

## 558

1  would be out of network.  So, four concentric circles with
2  different cost share within each.
3       Q.  You mentioned MHPN.  Which tier is Saint Al's in
4  in the Micron network?
5       A.  They are in the MHPN.
6       Q.  And which tier is Saltzer in?
7       A.  Saltzer is in the middle tier.  Well, there is --
8  separate of the clinic, there is three tiers.  They are in
9  the middle tier PPO.
10      Q.  How about St. Luke's?
11      A.  St. Luke's is out of network.
12      Q.  You mentioned the on-site clinic.  Can you just
13  briefly describe the on-site clinic.
14      A.  So, in 2008, we contracted Take Care Health to
15  administer our clinic as part of a -- as part of our overall
16  Wise Partner Network Plan.  And what we have is we have a
17  setup that the employees at that time could come in, for any
18  service they would receive, it was just a straight $10
19  flat-fee charge.
20          In 2008, what happened was -- or 2011, rather, we
21  decided to make the possibility to be the medical home and
22  add your dependents, family dependents, in for the same
23  thing.  So any family member also seen was a $10 flat cost
24  as well for any service on-site.
25      Q.  Just so I am clear, the on-site clinic charge is

## 559

1  $10 regardless of the actual cost to Micron for the service;
2  is that correct?
3       A.  That is correct.
4       Q.  How widely used is the on-site clinic by Micron
5  employees?
6
7
8
9
10
11
12
13
14          REDACTED
15
16
17
18
19
20
21
22
23
24
25

## 560

1          MR. STEIN:  Leading and foundation.
2          THE COURT:  I'm not going to sustain the objection
3  on leading, but in terms of foundation, I suppose it is
4  relevant what Micron perceives whether or not they have done
5  any studies to verify that or not.  I think I will overrule
6  the objection.  You can probably cover that on cross-
7  examination as far as the basis for the conclusion that
8  apparently Micron has reached.  The objection is overruled.
9       Go ahead and proceed, Mr. Herrick.
10  BY MR. HERRICK:
11
12
13
14
15              REDACTED
16
17
18
19
20
21          .
22      Q.  At a high level, from the perspective of the
23  Micron member, how do costs, out-of-pocket costs, compare
24  among these various tiers you were just talking about?
25      A.  So, in the MHPN level, tier one, it is 90/10, cost

## 561

1  share to the employee at 10 percent.  When you get to the
2  middle tier or the PPO, it is at roughly 15 to 18 percent.
3  And then when you go out of network, it is a 60/40 rate,
4  40 percent to the employee.
5
6
7
8
9
10
11
12
13          REDACTED
14
15
16
17
18
19
20
21
22
23
24
25

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench Trial, 09/26/2013

---

562

1
2       REDACTED
3
4            THE COURT: Did you use the word Ingenix?
5            THE WITNESS: Ingenix. Ingenix is a medical
6    survey that uses a scoring of quality for providers. So
7    then quality. And then partnerships, I do not want to
8    belabor this too long, this one is near and dear to my
9    heart.
10          So, I had been the fab manager in Italy for about four
11   years, 2002 to roughly 2005-6. And Italy, on the
12   competitive landscape, was falling heavily behind the rest
13   of the world, different labor reasons, different cost
14   reasons, et cetera. And it was starting to show up in the
15   paper that they were falling behind places in Africa in
16   terms of overall competitiveness. That sent large signals
17   to that country, you know, as to what are we doing about our
18   own competitiveness. We as a company -- I was fab manager.
19
20       REDACTED
21
22   I think this is a bad spend for Micron to do because we had
23   all kinds of labor disruption and things that were going on,
24   it seemed like we were risking a lot for the sake of the
25   rest of the Micron enterprise.

---

563

1            When we started to pull together as a leadership team,
2    we said: How are we going to build a story for Italy that
3    allows everyone to participate in it? What are we going to
4    do to be competitive? The union, you have the things that
5    you want to do. We have things that we need to do. Where
6    can we find common ground? And that common ground was going
7    to be: What does it mean to be competitive and how are we
8    going to get there?
9            So we went off on that whole thing, and when we finally
10   got to the place where we could sign an agreement that we
11   felt was a competitive and responsible thing, we put the
12   budget back in and did, you know, the spending in Italy, it
13   ended up being our CMOS imager business. It was a pretty
14   big deal at Micron.
15           Then, went on to Washington, D.C., or just outside
16   Washington, D.C. It was our first 300-millimeter fab, joint
17   venture with Intel, as well, 2006, and I was the site
18   manager. And as the general manager, we had the same thing
19   in terms of what does it mean to be competitive in the
20   United States. Where is manufacturing going in the United
21   States? How many engineers are we producing? How can we --
22   you know, immigration was an issue. All the things you
23   still see today are very germane to us and of importance to
24   us.
25           So we looked at how will we help the state of Virginia,

---

564

1    how will we help the U.S. to become a competitive
2    environment. That is, of course, what we testified to in
3    all of our actions.
4            I come back to Idaho and my own personal dealings. I
5    had been on an economic development council in Virginia.
6    Prince William County was one of the three fastest growing
7    counties in the U.S. We had as many as 150 projects going
8    at any one time. I came back to Idaho, and I had seen
9    housing prices just raise through the roof and all the stuff
10   happening, and I knew that we were going to drop 6,000
11   people off of here. And I am saying to myself: How
12   competitive is Idaho? Not at all. And is this going to be
13   a sustainable future for people who want their kids here and
14   all those things? Will that be available?
15           As a company, we felt responsible that we could only
16   help the environment by making it the most competitive
17   environment. And I will say this a thousand times to our
18   people, our most competitive sites sit in the most
19   competitive environments. And that is a very, very
20   important thing. We can't do it ourself. We have to have a
21   competitive environment through partnerships with people.
22           So we partnered in Italy, we partnered in Virginia,
23   U.S., and we partnered here locally. We needed people to do
24   that. We would be a tangible stage they play on, but to be
25   competitive, we couldn't do it ourselves. So partnerships,

---

565

1    quality, and cost: It hasn't changed for us one bit.
2        Q.  With all that in mind, when Micron was developing
3    this network, did it seek bids from local hospital systems?
4        A.  We did.
5
6
7
8
9
10
11
12
13       .       REDACTED
14
15
16
17
18
19
20
21
22
23
24
25

---

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.
Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 17 of 33
Bench trial, 09/26/2013

---

**566**

```
1
2
3                    REDACTED
4
5
6
7        Q.   Did St. Luke's end up participating in the Micron
8    network?
9        A.   On the eve of us going live, which was I think
10   July 1st, 2008, they pulled back and said that they would
11   not participate.
12       Q.   Before the network was launched or before this
13   event occurred, did Micron have an expectation that
14   St. Luke's would participate in the network?
15       A.   We had reason to believe yes, they would.
16
17
18
19                   REDACTED
20
21
22
23
24
25
```

**567**

```
1
2                    REDACTED
3        Q.   How did Micron learn that St. Luke's was not going
4    to participate in the PPO tier?
5        A.   So, on the eve of or late day on the day before
6    July 1st, we received a letter that said that SelectHealth
7    was no longer going to be available to Micron.
8        Q.   Was it SelectHealth that notified Micron?
9        A.   My recollection, you know, it is in my head, not
10   with 100 percent surety, but I could have sworn that it was
11   a letterhead that had both St. Luke's and SelectHealth on
12   it.  And we were notified that they would not be
13   participating.
14       Q.   Are you familiar with First Health?
15       A.   Oh, I'm sorry, correction.  First Health, not
16   SelectHealth.
17       Q.   So what happened when St. Luke's and First Health
18   withdrew the bid to participate in Micron's network?
19
20
21
22                   REDACTED
23
24
25
```

**568**

```
1
2
3
4
5
6
7
8
9
10
11                   REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**569**

```
1
2
3
4
5
6
7
8
9
10
11                   REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench Trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 18 of 33

570

REDACTED

19  **Q.**  Around that time, did you have any discussions
20  with St. Luke's executives as to why St. Luke's withdrew its
21  bid?
22  **A.**  I don't remember if it was -- I think it was just
23  right after, you know, we had met with them.  And I met with
24  Ed Dahlberg and Chuck Pomeroy, and the person who was
25  helping to architect this at the time was a woman named

571

1  Vicki Shelly.  She helped architect the healthcare strategy.
2  We met with them and, again, reaffirmed our position and
3  asked them for a reconsideration, as well.
4  **Q.**  Who is Chuck Pomeroy?
5  **A.**  Chuck was -- I'm not sure if he was the outgoing
6  CFO at the time.  He was CFO.
7  **Q.**  What about Ed Dahlberg; do you know what his role
8  was at St. Luke's?
9  **A.**  Edward was CEO.  I don't know if that was just
10  locally or the entire St. Luke's system.
11  **Q.**  Do you recall whether this would have been an in-
12  person meeting or over the phone?
13  **A.**  In-person meeting, downtown at their offices.
14  **Q.**  So did Mr. Pomeroy and Mr. Dahlberg give you any
15  reasons why St. Luke's decided not to participate in
16  Micron's network?
17  **A.**  Yeah.  Actually, I am recollecting.  It was
18  actually right before we launched.  They said:  Hey, listen,
19  we don't play second fiddle, and we will not be called tier
20  two to anybody.
21  **Q.**  And tier two, did you understand that to have some
22  meaning with respect to the PPO network?
23  **A.**  It was in respect to Saint Al's, which would have
24  by default been the PPO network.
25  **Q.**  What was the reaction when Mr. Pomeroy and

572

1  Mr. Dahlberg told you that?
2  **A.**  We were disappointed.  We respected that if that
3  was their position, that would be their choice.  And we
4  talked about understanding that roughly 75 percent of our
5  people were St. Luke's adherents.  And that, again, was a
6  large book of business.  Their choice.

REDACTED

573

REDACTED

574

```
1
2
3
4
5
6
7
8
9
10
11
12          REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25
```

575

```
1
2
3
4
5
6
7
8
9
10
11
12          REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25
```

576

```
1
2
3
4
5
6
7
8
9
10
11          REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

577

```
1
2
3
4
5
6
7
8
9
10
11          REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.          Bench Trial, 09/26/2013

|  | 578 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | REDACTED |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

|  | 579 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | REDACTED |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

|  | 580 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | REDACTED |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

|  | 581 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | REDACTED |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.

Case 1:12-cv-00560-BLW Document 552 Filed 11/04/14 Page 21 of 33

Bench trial, 09/26/2013

582

1  ,
2
3
4
5
6
7
8
9
10
11
12                    REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

583

1
2
3
4
5
6
7
8
9
10
11
12                    REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

584

1
2
3
4
5
6
7
8
9
10                    REDACTED
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

585

1
2
3
4
5
6
7
8
9
10
11                    REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.                    Bench Trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 22 of 33

---

**586**

```
1
2
3
4
5
6
7
8
9
10
11                    REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**587**

```
1
2
3
4
5
6
7
8
9
10
11                    REDACTED
12
13
14
15
16
17
18
19
20
21        MR. STEIN:  Your Honor, I've let this go, but I
22   think we're starting now to get punitive.  But leading.
23        THE COURT:  I think we are.
24        MR. HERRICK:  I will move on, Your Honor.
25        THE COURT:  Thank you.
```

---

**588**

1  BY MR. HERRICK:
2      **Q.** Have you discussed Micron's healthcare plans with
3  any other firms in the Treasure Valley?
4      **A. We have.  We also went out, and, again, this goes**
5  **to the partnerships, is in our opinion we want to make this**
6  **one of the most competitive places because then when we have**
7  **to attract to retain, it is about creating an infrastructure**
8  **where people want to come, where it is a factor to them, and**
9  **where we could be competitive.  We have gone out on**
10 **educational campaign talking to private businesses, large**
11 **businesses, to explain what we have done, what we have gone**
12 **through.  And to date, Walmart is one who is leasing the**
13 **network from us.**
14     **Q.** Other than Walmart, has Micron been able to lease
15 the network to anyone else?
16     **A. No.**
17     **Q.** As you currently sit here, do you have an
18 understanding as to how successful Walmart has been in
19 transitioning to the Micron network?
20         MR. STEIN:  Objection.  Lack of foundation and
21 potentially hearsay.
22         THE COURT:  The question is, "Do you know?"  Just
23 do you know?  Yes or no?
24         THE WITNESS:  I don't know.  It is too recent, too
25 short term to tell yet.

---

**589**

1  BY MR. HERRICK:
2      **Q.** So in your view, why has Micron had so little
3  success in leasing the network?
4      **A. I, of course, interact with my counterparts, and**
5  **we keep close to things.  So, in part, I don't know that**
6  **anybody has the same kind of competitive landscape extremes**
7  **that we live in.  My counterparts have told me, first of**
8  **all --**
9          MR. STEIN:  Objection.  Hearsay.
10         THE COURT:  Sustained.
11     Without relating what someone has told you, you can
12 continue to answer the question.
13         THE WITNESS:  Okay.  People have said that --
14     (Laughter.)
15         MR. STEIN:  I think I might have to have a
16 continuing objection if he is going to keep testifying.
17         THE COURT:  Let's find out who you are referring
18 to as far as the information acquired, and then we will
19 maybe take it from there.  There may still be an objection.
20 What is the source of the information you are referring to?
21         THE WITNESS:  Other vice presidents in other
22 companies in Boise.
23         MR. HERRICK:  Your Honor, if I may, I can try and
24 lay a foundation.
25         THE COURT:  All right.

---

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench trial, 09/26/2013

590

1   BY MR. HERRICK:
2       Q.  You mentioned, Mr. Otte, that Micron has attempted
3   to lease its network to other employers.  Can you elaborate
4   on what that involves.
5       A.  You definitely have to have a changed management
6   strategy for your people.  And you have to really want to be
7   able to do that because it can be a big shift for the
8   people.  And you definitely then have to be willing to go
9   through with the full partnership, so it takes a lot of time
10  and attention.
11      Q.  And thus far, other than Walmart, has Micron had
12  any success in that process?
13      A.  That is correct, no.
14      Q.  Based on your experience in the market and your
15  role as vice president of HR at Micron, why do you think the
16  network has not attracted other employers?
17      A.  I think they've seen -- of course, the other
18  employers have neighbors or people who have worked at
19  Micron, and they hear their stories, and they know what kind
20  of undertaking it would really do.  I think it is also an
21  unwillingness to take on an institution.  And, to a certain
22  extent, that is how it is stated, is that St. Luke's is an
23  institution.  You have to be willing to take that on.  Is
24  that really worth the energy?
25      Q.  Where do Micron's plans for the network currently

591

1   stand?
2       A.  We continue to operate on the same three
3   principles.  And we -- it has been of great interest to us
4   as to what is happening here.  So we have, in fact, pulled
5   back our time for setting annual enrollment this year to see
6   what the outcome of this, this trial is, and then decide
7   what is the path forward that we need to take that we think
8   is best for us as a company and its employees.
9
10
11
12
13
14
15
16                      REDACTED
17
18
19
20
21
22
23
24
25

592

1
2
3
4
5
6
7
8
9
10                     REDACTED
11
12
13
14
15
16
17
18
19
20      MR. HERRICK:  Your Honor, I have no further
21  questions at this time.
22      THE COURT:  Cross, Mr. Stein.
23              CROSS-EXAMINATION
24  QUESTIONS BY MR. STEIN:
25      Q.  Mr. Otte, at the time the Micron plan was launched

593

1   in 2008, roughly a quarter of your employees' health
2   services were being provided in Canyon County; is that
3   right?
4       A.  Provided or where the employees lived?
5       Q.  20 to 25 percent of the healthcare services to
6   Micron employees were being provided in Canyon County?
7       A.  I can just say where the employees lived.  I'm not
8   sure where they were taking provisions, per se.
9       Q.  Mr. Otte, do you remember you gave a deposition in
10  this case a few months ago?
11      (Clip of video deposition played.)
12  BY MR. STEIN:
13      Q.  Do you recall that I asked you that question and
14  you gave that answer?
15      A.  I do.
16      Q.  And you don't know what volume of services to
17  Micron employees in Nampa were being provided by Saltzer
18  physicians prior to the implementation of the MHPN; right?
19      A.  I don't know.  I don't recollect.
20      Q.  You were not personally involved in discussions
21  with Saltzer about participating in the MHPN; right?
22      A.  I was not.
23      Q.  You do know, however, that Saltzer was actually
24  never invited to be in the high performance network; right?
25      A.  Which year, Scott?

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 24 of 33

594

1    **Q.** In 2008.

2    **A. There was two issues there. That's correct; they**

3    **were not, in part because some failed to meet the quality**

4    **score. So overall, the group was eliminated from**

5    **consideration.**

6    **Q.** So when the Micron plan launched in 2008, Saltzer

7    ended up being out of network; is that right?

8    **A. Correct.**

9    **Q.** They remained out of network until 2011 when they

10   joined the Saint Alphonsus Advantage Care Network?

11   **A. That's correct.**

12   **Q.** And since then they've been in the PPO tier?

13   **A. Correct.**

14   **Q.** Now, before Micron started this new plan, the MHPN

15   plan, Micron utilized the Blue Cross of Idaho Network?

16   **A. Yes.**

17   **Q.** And when you were talking in your direct testimony

18   about vendors increasing costs 6, 8, 10 percent a year, that

19   vendor you were talking about there was Blue Cross?

20   **A. Combination of all providers. The providers**

21   **themselves, the hospitals, the TPA, in aggregate, roughly,**

22   **6, 8, 10, 12 percent, depending.**

23   **Q.** Blue Cross Network included both Saint Al's and

24   St. Luke's; is that right?

25   **A. Previous to 2008?**

595

1    **Q.** Yes.

2    **A. Yes.**

3    **Q.** And, so, prior to implementing its new plan,

4    employees had access to both Saint Al's and St. Luke's as

5    in-network providers; is that right?

6    **A. Yes.**

7    **Q.** And there were no financial incentives under the

8    Blue Cross plan to choose certain in-network providers over

9    other in-network providers; correct?

10   **A. Correct.**

11   **Q.** One of the key differences for Micron's new plan

12   versus the old plan was the use of financial incentives and

13   different tiers to incentivize employees to use certain in-

14   network providers over other ones?

15   **A. Correct.**

16   **Q.** Can we pull up Exhibit 2001. Mr. Otte, do you

17   recognize that gentleman on the first page there?

18   **A. I do.**

19   **Q.** Who would that would be?

20   **A. That's me.**

21   **Q.** This is a mailing Micron sent out to all Micron

22   employees in 2008 that explained the new plan?

23   **A. Yes.**

24   **Q.** And you mentioned earlier concentric circles. It

25   just so happens, if you turn to page 3 of this document, I

596

1    think there is a pretty good representation of that. This

2    is the description of the network you were talking about?

3    **A. Yes.**

4    **Q.** And as I understood it, the most generous benefits

5    for Micron's employees are for that center circle, the

6    Family Health Center; is that correct?

7    **A. That is correct.**

8    **Q.** How long has the Family Health Center existed?

9    **A. Since about the mid-'90s. But it was Saint Al's**

10   **from roughly 2000 up to 2008, and then became Take Care in**

11   **2008, and then became a Family Medical Center in 2011.**

12   **Q.** But the clinic existed as healthcare option for

13   Micron employees prior to the implementation of the MHPN

14   plan?

15   **A. That is correct.**

16   **Q.** And the next tier you've got there is the Micron

17   Health Partners Network. That's slightly less generous

18   benefits involving the Family Health Center; is that right?

19   **A. Correct.**

20   **Q.** Do I understand your testimony correctly that from

21   the beginning of the launch of the new plan, it was Micron's

22   intention to have only one hospital be the exclusive

23   provider in that Micron Health Partners tier?

24   **A. In the first tier, in the MHPN?**

25   **Q.** Yes.

597

1    **A. That is correct.**

2    **Q.** When the hospital contract was put out for bid,

3    the hospitals were told that only one hospital would be

4    chosen in each of Ada and Canyon County; is that right?

5    **A. That's correct.**

6    **Q.** And the idea in Ada County was that Saint Al's and

7    St. Luke's would bid against each other in order to get that

8    position in the most-favored tier?

9    **A. Yes.**

10   **Q.** That is in fact what happened; right?

11   **A. Yes.**

12   **Q.** At the time when Micron was putting together its

13   new plan, you said, I think, that St. Luke's had a large --

14   70 percent share of the services of Micron employees?

15   **A. That's right.**

16   **Q.** And so the third tier there is the PPO tier. And

17   am I correct that those providers would still be considered

18   in network, but benefits would be slightly less generous for

19   the employees?

20   **A. That is correct.**

21   **Q.** And then the fourth tier is the non-network tier?

22   **A. Correct.**

23   **Q.** Let's turn to page 5 of this document. And are

24   you familiar with this page?

25   **A. It's familiar.**

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench trial, 09/26/2013

Case 1:12-cv-00560-BLW  Document 552  Filed 11/04/14  Page 25 of 33

598

1    Q.   This describes for employees the different
2  benefits that they will experience if they use different
3  providers; is that right?
4    A.   That's correct.
5    Q.   And so what we have done here is we've called out
6  the line for professional services.  And that would be the
7  expense that they would bear if they saw a physician; is
8  that right?
9    A.   Correct.
10   Q.   And am I correct that what this shows is you've
11 got next to "Professional Services," you've got "Office
12 Visit" and "Specialist Office Visit."  Am I correct that
13 office visit would be, like, a primary care physician as
14 distinct from a specialist?
15   A.   Correct.
16   Q.   So, if a Micron employee goes to a primary care
17 doctor at the Micron Family Health Center, they will have to
18 pay a fixed $10 co-pay?
19   A.   Correct.
20   Q.   And if they go to a primary care provider in the
21 high performance network, they would pay a $15 fixed co-pay;
22 is that right?
23   A.   It is not correct currently.
24   Q.   But it was correct in 2008?
25   A.   I cannot verify that that was correct in 2008

599

1  because we've only talked about it in terms of overall
2  percentages.  We converted it to percentages, not fixed pay.
3  Other than the $10 for the clinic, on-site clinic, we
4  converted to a very simple scheme of 90/10, we will call it
5  82/18, and then 60/40 out of network.  So, we moved away
6  from this co-pay other than this was the Family Health
7  Clinic.  I don't remember exactly when it became the updated
8  schema or when, but that is the current way we have done it.
9  It is now at least four years at the percentage rate.
10   Q.   I'm sorry.  Is it now your testimony today this
11 benefits book that was sent out to all Micron employees did
12 not accurately describe the terms of the plan when it was
13 launched?
14   A.   I don't know when this particular -- I don't know
15 if this was part of the actual launch or not.  I cannot
16 verify based on the date here.
17   Q.   So is it your testimony today that this has never
18 been an accurate description of the Micron health plan?
19   A.   It may have been the -- it may have been how it
20 was originally positioned when we were going through setting
21 it up, but I do not believe that that is the way it
22 launched.  I believe it launched in percentage.
23   Q.   What do you base that belief on?
24   A.   In how we have administered claims and how we have
25 talked about the percentages for what we are paying for

600

1  gaps.  For all the things we have only talked in terms of
2  the percentage because when we got into plan design every
3  year -- and at this time you had the Accountable Care Act
4  come in.  And we had to discuss whether or not we wanted to
5  change our co-share.  And the co-share was never not once
6  discussed in regards to co-pay flat dollar.  It was always
7  in terms of percentage because there was -- to retain your
8  grandfather rights there was a five percentage, five percent
9  change that you couldn't toggle.  So, we only talked in
10 percentages, which was 90/10, 82/18, and 60/40.  I literally
11 myself do not remember ever talking in these terms.
12   Q.   Is this something you would have reviewed before
13 it went out to all Micron employees describing this
14 significant new health plan?
15        MR. HERRICK:  Objection, Your Honor.  Foundation.
16 He didn't establish that this went out.
17        THE COURT:  I am going to overrule the objection.
18 Why don't you rephrase the question, Mr. Stein.
19 BY MR. STEIN:
20   Q.   Is this a document that you would have reviewed,
21 the one with your picture on the cover, to make sure it was
22 accurate before it was sent out to all Micron employees
23 describing this new plan?
24   A.   At some point, I would have been involved in the
25 review, yes.

601

1    Q.   Who would be the person at Micron most
2  knowledgeable about the actual details and events of the
3  structure of the plan?
4    A.   Today or then?
5    Q.   Then?
6    A.   Vicki Shelly.
7    Q.   Now, if we go to -- strike that.
8        Now, you said when you launched the new plan you were
9  concerned about the fact that employees were being switched
10 going from Blue Cross, a plan in which they had access to
11 virtually all providers at the same level, to a more narrow
12 network with a limited set of providers; is that right?
13   A.   That is correct.
14
15
16
17
18
19              REDACTED
20
21
22
23
24
25

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.                    Bench Trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 26 of 33

602

1
2         REDACTED
3
4       **Q.** Put up Exhibit 2241.
5             THE COURT: Counsel, I'm sure everyone in the
6    courtroom understands this. But when you refer to the high-
7    performance network in this context, it's the MHPN network?
8             MR. STEIN: That is fair enough, Your Honor. Let
9    me clarify.
10   BY MR. STEIN:
11      **Q.** Mr. Otte, you discovered the financial incentives
12   that were implemented succeeded in shifting patients from
13   providers who were in the PPO or maybe out-of-network tiers
14   to providers in that high performance tier; is that right?
15      **A.** That's correct.
16
17
18
19
20         REDACTED
21
22
23
24
25

603

1
2
3
4
5
6
7
8
9
10
11         REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25

604

1         REDACTED
2             MR. HERRICK: Your Honor, I want to make sure this
3    color version is the same as the black-and-white version
4    that is on the trial exhibit list?
5             MR. STEIN: It is my understanding that it is.
6             MR. HERRICK: We have no objection.
7             THE COURT: You have no objection?
8             MR. HERRICK: We have no objection.
9             THE COURT: 2241 was also referenced. Is there
10   going to be any objection to that? It indicates not. Do
11   you wish to have that admitted?
12            MR. STEIN: I do, Your Honor.
13            MR. HERRICK: No objection, Your Honor.
14            THE COURT: 2241 and 2536 will both be admitted.
15        (Defendants' Exhibit Nos. 2241 and 2536 admitted.)
16   BY MR. STEIN:
17
18
19
20         REDACTED
21
22
23
24
25

605

1
2
3
4
5
6
7
8
9
10
11         REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25

606

1
2
3
4
5
6
7
8
9
10
11
12        REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

607

1
2
3
4
5
6
7
8
9
10
11
12        REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25

608

1
2
3
4
5
6
7
8
9
10
11        REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25

609

1
2
3
4
5
6
7
8
9
10
11        REDACTED
12
13
14
15
16
17
18
19
20
21
22
23
24
25

610

```
1
2
3
4
5
6
7
8
9
10
11
12          REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25
```

611

```
1
2
3
4
5
6
7
8
9
10
11
12          REDACTED
13
14
15
16
17
18
19
20
21
22
23
24
25
```

612

```
1
2
3
4
5
6
7
8
9
10          REDACTED
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

613

```
1
2
3
4
5
6
7
8
9
10          REDACTED
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**614**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | REDACTED |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**615**

1
2
3
4
5
6
7
8          REDACTED
9
10
11
12
13
14
15
16     MR. STEIN:  Objection.  Asked and answered.  It
17 was covered in his direct testimony.
18     THE COURT:  I will give you some leeway.  Redirect
19 is not a time to replow the same ground.  Proceed.
20     MR. HERRICK:  This is just clarifying directly in
21 response to Mr. Stein's use of the dollar figures.
22 BY MR. HERRICK:
23     Q.  Mr. Otte, can you describe the size of the various
24 financial incentives in percentage terms, the differences,
25 please?

**616**

1     A.  Yes.  If you go in clinic on-site, it is a $10
2 flat-fee charge, per person, per dependent, for whatever.
3 If you go MHPN, 90/10, 10 co-pay for the employee.  If you
4 go PPO, it is 15 to 18 percent.  If you go out of network,
5 it is 60/40, 40 to the employee.
6     Q.  In terms of out-of-pocket cost to the employee,
7 the difference between the various tiers, is that greater or
8 less than ten percent?
9     A.  It is greater.
10
11
12
13
14
15
16          REDACTED
17
18
19
20
21
22
23
24
25

**617**

1
2
3
4          REDACTED
5
6
7     MR. HERRICK:  Your Honor, just a moment to confer
8 with my colleagues.
9     Your Honor, I have no further questions.
10     THE COURT:  Recross very briefly.
11          RECROSS-EXAMINATION
12 QUESTIONS BY MR. STEIN:
13     Q.  Mr. Otte, do you know what the average cost of a
14 physician visit for a Saltzer primary care doctor is?
15     A.  I don't.
16     Q.  Do you know what the average cost of a primary
17 care visit to any other primary care provider in the high-
18 performance network is?
19     A.  I don't.
20     Q.  In other words, if we are trying to answer the
21 question how much a visit to a primary care doctor costs at
22 the level where you say they have to pay ten percent, do you
23 have a sense for how much that is out of pocket?
24     A.  Of course, it depends on the specialty of what
25 they are seeing them for and what the episode is.  But the

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench Trial, 09/26/2013

Case 1:12-cv-00560-BLW    Document 552    Filed 11/04/14    Page 30 of 33

618

1  discounted rate is between 30 and 35 percent for an MHPN
2  provider.
3      Q.  I guess my question is:  Do you know, do you have
4  a sense for if an employee goes to a provider in the high-
5  performance network, just for a well checkup to a primary
6  care provider, how much are they going to pay out of pocket
7  for that?
8      A.  It would be mathematical starting place, but if
9  they had a couple hundred dollars, if that was the bill,
10  then it's reduced 35 percent to begin with, and then they
11  have 10 percent of the remaining 65 percent.
12          MR. STEIN:  No further questions.
13          THE COURT:  Anything else, Counsel?
14          MR. HERRICK:  No, Your Honor.
15          THE COURT:  Thank you.  You may step down.  Thank
16  you very much, Mr. Otte.
17          Counsel, we are just a few minutes early from taking
18  the second break.  What is going to be up next?  A video
19  deposition?
20          MS. DUKE:  Linda House by video.
21          THE COURT:  Let's go ahead and play it and then we
22  will take our second break.  Is this open to the public?
23          MS. DUKE:  It is for the most part.  There are
24  some attorneys eyes only that I think we have designated.
25  And what we propose, Your Honor, if we can keep the public

619

1  in for the great majority of her testimony, that I am going
2  to mute it, and I will let you know when we are getting to
3  an AEO portion so you can turn the screen off, I will mute
4  it, and then you can read it on the screen.
5          THE COURT:  Very good.  Thank you.  I think that's
6  a very good approach.  I assume it has been agreed upon?
7          MR. STEIN:  It has been agreed upon.
8          MS. DUKE:  So it is public for now.
9          ******COURTROOM OPEN TO THE PUBLIC******
10          (Testimony of Linda House via video deposition.)
11          (Video deposition paused.)
12          MS. DUKE:  I had indicated, Your Honor, if we
13  could click over now to black out the monitor.
14          (Video deposition of Linda House resumed and
15      redacted for the public.)
16          (Video deposition paused.)
17          MS. DUKE:  That is the end of the AEO portion,
18  Your Honor.
19          (Video deposition of Linda House resumed.)
20          (Video deposition paused.)
21          MS. DUKE:  Your Honor, I'm going to put that
22  exhibit up, and it is AEO, so if we could just blank out the
23  screen.  Thank you.  The sound is okay.  Just not the
24  showing of the exhibit, just so you know.
25          (Video deposition of Linda House resumed and

620

1      redacted for the public.)
2          (Video deposition paused.)
3          MS. DUKE:  Good spot for a break, Your Honor.
4          THE COURT:  Let's be in recess for 15 minutes.  I
5  have another hearing this afternoon, so we will need to stop
6  fairly close to 2:30.  We may go a little bit longer.
7      Mr. Herrick?
8          MR. HERRICK:  Your Honor, I apologize.  I have one
9  quick housekeeping matter.  I would like to move
10  Exhibit 1970 of Mr. Otte into evidence.
11          THE COURT:  Is there any objection?
12          MR. SINCLAIR:  We have an 802 objection along with
13  an untimely objection.
14          MR. HERRICK:  Your Honor, it is a business record.
15  It's a 10-K.
16          THE COURT:  I need to see it.  I don't recall what
17  it was.
18          MR. HERRICK:  The 2008 Micron 10-K I showed to
19  Mr. Otte.
20          MR. SINCLAIR:  As I understand, it was never
21  produced in discovery.
22          THE COURT:  Well, be prepared to respond to that
23  at some point in the proceedings.
24          MR. SINCLAIR:  There is a lot in the 10-K, way
25  beyond anything that was testified to.  It has all kinds of

621

1  information in there.
2          THE COURT:  I'm assuming it's a fairly narrow part
3  of the 10-K, and we can just redact all that is not
4  relevant.
5          MR. HERRICK:  That would be fine with us, Your
6  Honor.
7          THE COURT:  Counsel, try and work it out.  And if
8  not, submit it so I can review it and then state
9  specifically the objections which I understand to be
10  timeliness and --
11          MR. SINCLAIR:  802.
12          THE COURT:  802.  All right.  Sounds a lot like an
13  803(6), but we will take that up.
14          MR. HERRICK:  Thank you, Your Honor.
15          THE COURT:  We'll be in recess.
16          (Recess.)
17          ******COURTROOM OPEN TO THE PUBLIC******
18          THE COURT:  Please resume.  If you can, back up
19  just a minute or so.
20          MS. DUKE:  Sure.  And, Your Honor, if we can go
21  off of the blue screen and back to the public, and I will
22  let you know when it is AEO again.
23          THE COURT:  All right.
24          (Video deposition of Linda House resumed.)
25          (Video deposition paused.)

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.   Bench trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 31 of 33

622

1    MS. DUKE:  Your Honor, this is AEO.
2    ******COURTROOM CLOSED TO THE PUBLIC******
3    (Video deposition of Linda House resumed.)
4    (Video deposition paused.)
5    MS. DUKE:  The screen can come back on, Your
6    Honor.
7    ******COURTROOM OPEN TO THE PUBLIC******
8    (Video deposition of Linda House resumed.)
9    (Video deposition of Linda House concluded.)
10   MS. DUKE:  Thank you.  That is the end of Linda
11   House's deposition.
12   THE COURT:  And the exhibits we have --
13   MS. DUKE:  1162.
14   THE COURT:  I'm going to note that if it indicates
15   on the exhibit list that there's no objection, I'm just
16   going to go ahead and admit the exhibit.  1162 will be
17   admitted.
18   (Plaintiffs' Exhibit No. 1162 admitted.)
19   MS. DUKE:  1974, the only objection to that was
20   untimeliness.  The contract meeting minutes that were
21   exchanged in discovery; they just were later added to the
22   exhibit list.
23   MR. SINCLAIR:  We'll withdraw the objection.
24   THE COURT:  That was 1974?
25   MS. DUKE:  Yes.

623

1    THE COURT:  1974 will be admitted.
2    (Plaintiffs' Exhibit No. 1974 admitted.)
3    MS. DUKE:  1164.  And those have objections.
4    THE COURT:  Objections?
5    MR. SINCLAIR:  Yeah.  We have a 402, 403, and 802,
6    although I will withdraw the 802.
7    THE COURT:  I will overrule the objection.
8    Exhibits 1164 will be admitted.
9    (Plaintiffs' Exhibit No. 1164 admitted.)
10   MR. SINCLAIR:  We had objected as untimely on the
11   last exhibit on the witness before lunch.  We will withdraw
12   that.
13   MS. DUKE:  Okay.  So that was Exhibit No. 1504 or
14   something like that.  I will find that number and provide
15   that to Your Honor.
16   THE COURT:  And then --
17   MS. DUKE:  Next one is 1165, no objection.
18   THE COURT:  That will be admitted.
19   (Plaintiffs' Exhibit No. 1165 admitted.)
20   MS. DUKE:  1166, no objection.
21   THE COURT:  Also admitted.
22   (Plaintiffs' Exhibit No. 1166 admitted.)
23   MS. DUKE:  1169, no objection.
24   THE COURT:  It will be admitted.
25   (Plaintiffs' Exhibit No. 1169 admitted.)

624

1    MS. DUKE:  1174, no objection.
2    THE COURT:  1174?
3    MS. DUKE:  Correct.
4    THE COURT:  Admitted.
5    (Plaintiffs' Exhibit No. 1174 admitted.)
6    MS. DUKE:  And then 1176 and 1177 both without
7    objection.
8    THE COURT:  1176 and -77 will be admitted.
9    (Plaintiffs' Exhibit Nos. 1176 and 1177 admitted.)
10   THE COURT:  Call your next witness.
11   MS. DUKE:  Thank you, Your Honor.  We are calling
12   by video Steven Drake.
13   THE COURT:  Will that be AEO?
14   MS. DUKE:  Some.  But I think we will continue how
15   we are doing it -- I think it is working well -- as long as
16   Your Honor is okay with it.
17   THE COURT:  Absolutely.
18   (Testimony of Steven Drake via video deposition.)
19   (Video deposition paused.)
20   MS. DUKE:  And, Your Honor, the document, itself,
21   is AEO.  The testimony related to it has not been
22   designated, so I will keep the sound on.
23   THE COURT:  What is the exhibit number?
24   MS. DUKE:  1181.
25   (Video deposition of Steven Drake resumed.)

625

1    MS. DUKE:  It can go back on the screen.
2    (Video deposition paused.)
3    MR. KEITH:  I'm not sure why.  On our part, these
4    are pretty clearly AEO materials.  They discuss 2013
5    contracting strategies and nonpublic information about the
6    contracts St. Luke's had with different payors.
7    So I would just ask that we blank the screen, as we
8    have done now, and turn off the volume until we have a
9    chance to redact what needs to be redacted.
10   THE COURT:  Any objection?
11   MS. DUKE:  No, not at all.  And if there is an
12   updated list from what we were provided -- I have no
13   AEO-designated testimony in this transcript at all, only the
14   exhibits.  So if there is an updated list.
15   MR. KEITH:  And then they will be --
16   MS. DUKE:  I apologize for that.  We will take
17   care of it.
18   THE COURT:  So we will continue with the volume
19   off?
20   MS. DUKE:  Correct.
21   (Video deposition of Steven Drake resumed with no
22   audio.)
23   (Video deposition paused.)
24   MS. DUKE:  I am going to pause for a moment.  The
25   next little bit can be played.

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.    Bench Trial, 09/26/2013

Case 1:12-cv-00560-BLW   Document 552   Filed 11/04/14   Page 32 of 33

## 626

1    MR. KEITH: We have provided the designations now. I
2  apologize, Your Honor.
3          THE COURT: All right. Then we will go ahead and
4  turn on the projector now and turn the volume up.
5      (Video deposition of Steven Drake resumed with audio.)
6      (Video deposition paused.)
7          MS. DUKE: I will take off the sound.
8      (Video deposition of Steven Drake resumed with no
9      audio.)
10         MS. DUKE: Now it can come back on.
11     (Video deposition of Steven Drake resumed with audio.)
12     (Video deposition paused.)
13         THE COURT: When we do an blowup, can we keep the
14  margins as narrow as possible so it is larger print? On
15  this last one, it's very -- if you can just try and keep the
16  margin at the left and right, it is much easier to read.
17  Thank you.
18     (Video deposition of Steven Drake resumed.)
19     (Video deposition paused.)
20         MS. DUKE: This is AEO again, Your Honor.
21         MR. WILSON: Your Honor, I've been marking the AEO
22  portions that the defendant just provided us, and I think I
23  can safely say that the remainder of the transcript, the
24  majority of it, is covered in green highlighter. So we
25  would respectfully request that the best way of doing it

## 627

1  from this point forward is closing the courtroom. I think
2  that would be much more efficient.
3          THE COURT: Let's do that. Otherwise, it's going
4  to be very awkward. So we'll close the courtroom to anyone
5  that hasn't been advised that they can remain. I will leave
6  it up to counsel to monitor that.
7      ******COURTROOM CLOSED TO THE PUBLIC******
8          THE COURT: Let's go ahead and proceed with the
9  sound and the monitor on.
10     (Video deposition of Steven Drake resumed.)
11     (Video deposition of Steven Drake concluded.)
12         MS. DUKE: That's the conclusion of Steve Drake's
13  deposition.
14         THE COURT: Your next witness. We will have to
15  recess in about 15 or 20 minutes, so let's go ahead and use
16  the time.
17         MS. DUKE: Sure. Do you want me to do the
18  exhibits or --
19         THE COURT: Yes.
20         MS. DUKE: -- do that at a different time?
21     First of all, the exhibit that St. Luke's withdrew the
22  objection from related to Mr. Otte's testimony was
23  Exhibit 1970, so we would move for that admission.
24         THE COURT: There is no objection?
25         MR. SINCLAIR: No, Judge.

## 628

1          THE COURT: Exhibit 1970 will be admitted.
2          MS. DUKE: Then we have Exhibit 1165.
3          THE COURT: That has already been admitted.
4          MS. DUKE: 1181.
5          THE COURT: I assume there is no objection. I
6  will admit 1181 and -82.
7          MS. DUKE: Yes, and -83 -- well, -83.
8          MR. SINCLAIR: That is the untimely?
9          MS. DUKE: Untimely.
10         MR. SINCLAIR: We will withdraw that.
11         THE COURT: 1183, as well?
12         MS. DUKE: Yes, Your Honor.
13  1192.
14         THE COURT: Admitted.
15         MS. DUKE: 1196 and 1197.
16         THE COURT: Those can be admitted.
17         MS. DUKE: 1200.
18         THE COURT: It will be admitted.
19         MS. DUKE: 1202.
20         THE COURT: 1202 will be admitted.
21         MS. DUKE: 1198.
22         THE COURT: 1198?
23         MS. DUKE: Yes.
24         THE COURT: It will be admitted.
25         MS. DUKE: 1204.

## 629

1          THE COURT: 1204 will be admitted.
2          MS. DUKE: 1205.
3          THE COURT: 1205 will be admitted.
4          MS. DUKE: 1207.
5          THE COURT: 1207 will be admitted.
6          MS. DUKE: 1208.
7          THE COURT: 1208 will be admitted.
8          MS. DUKE: And 1975.
9          THE COURT: As to 1975, I don't have a notation on
10  that. Is there an objection?
11         MR. SINCLAIR: We had an untimely. I will
12  withdraw it.
13         THE COURT: All right. 1975 will be admitted.
14     (Plaintiffs' Exhibit Nos. 1181, 1182, 1183, 1192,
15     1196, 1197, 1198, 1200, 1202, 1204, 1205, 1207, 1208,
16     1970, 1975 admitted.)
17         THE COURT: Call your next witness.
18         MS. DUKE: Thank you, Your Honor. This will be
19  Randy Billings. And the first probably five to ten minutes
20  should be open to the public, and then we'll need to close
21  the courtroom after that.
22         THE COURT: Maybe we will just play that much and
23  then pick up tomorrow morning.
24     So if we can open the doors.
25     ******COURTROOM OPEN TO THE PUBLIC******

Saint Alphonsus Medical Center, et al., v. St. Luke's Health System, et al.                    Bench trial, 09/26/2013

630

1    MS. DUKE:  May I start, Your Honor?
2    THE COURT:  Yes.
3    (Testimony of Randall Billings via video deposition.)
4    (Video deposition paused.)
5    MS. DUKE:  That is a good breaking spot, Your
6  Honor.
7    THE COURT:  We will take a recess, then, until
8  8:30 tomorrow morning.
9    Counsel, are there any other items we need to take up?
10    MS. DUKE:  Publishing the depositions of Linda
11  House, Steven Drake, and Randy Billings.  And I also
12  provided those to Madam Clerk.
13    THE COURT:  Those will be published by
14  Ms. Gearhart.
15    (Depositions of Linda House, Steven Drake, and
16    Randy Billings published.)
17    THE COURT:  Counsel, we will be -- Mr. Sinclair.
18    MR. SINCLAIR:  There was an indication --
19    THE REPORTER:  I can't hear you.
20    MR. SINCLAIR:  There was an indication we were
21  going 9:00 to 5:00 with a two-hour break at 11:30.
22    THE COURT:  Correct.  I have a meeting from 11:30
23  to 1:30.  So we're going to go from 9:00 to 11:30 and then
24  1:30 to 5:00, which should give us roughly the same amount
25  of hours in court.  So thank you for correcting that.  And

631

1  that is great.  I'll have an extra 30 minutes to finish my
2  workout tomorrow morning.
3    We'll be in recess, then, until 9:00 tomorrow morning.
4    (Evening recess taken at 2:35 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    R E P O R T E R' S   C E R T I F I C A T E
2
3
4
5
6    I, Lisa K. Yant, Official Court
7  Reporter, County of Ada, State of Idaho, hereby
8  certify:
9    That I am the reporter who transcribed
10  the proceedings had in the above-entitled action
11  in machine shorthand and thereafter the same was
12  reduced into typewriting under my direct
13  supervision; and
14    That the foregoing transcript contains a
15  full, true, and accurate record of the proceedings
16  had in the above and foregoing cause, which was
17  heard at Boise, Idaho.
18    IN WITNESS WHEREOF, I have hereunto set
19  my hand October 31, 2013.
20
21
22
23    _____-s-_____
    Lisa K. Yant
24  Official Court Reporter
    CSR No. 279
25