**TESTIMONY OF STEVEN BROWN**
Received on October 16, 2013
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et al. v. St. Luke's Health System Ltd., et al.*
Case No. 1:12-cv-00560-BLW


**Page Range: 7:05:7:09**

| | |
|---|---|
| 05 | Q. Could you please state and spell your |
| 06 | full name for the record. |
| 07 | A. Certainly. Steven Dunning Brown, |
| 08 | S-t-e-v-e-n, middle name D-u-n-n-i-n-g, last name |
| 09 | Brown, B-r-o-w-n. |


**Page Range: 16:21-17:09**

| | |
|---|---|
| 21 | Q. And what position were you recruited |
| 22 | for? |
| 23 | A. Vice President, Chief Medical Officer, |
| 24 | and the President of Saint Alphonsus Medical |
| 25 | Group. |
| 17:01 | Q. And that's the same title you hold |
| 02 | today correct, or titles? |
| 03 | A. Correct. |
| 04 | Q. Have there been any changes in your |
| 05 | roles or responsibilities since you've been at |
| 06 | Saint Alphonsus? |
| 07 | A. I was interim President of the |
| 08 | Saint Alphonsus Health Alliance during its |
| 09 | concept, development, and early phases. |


**Page Range: 39-23-40:04**

| | |
|---|---|
| 23 | Q. Okay. With respect to -- I guess |
| 24 | backing down a little bit -- not the system level, |
| 25 | but the Saint Alphonsus Medical Group level, |
| 40:01 | anything aside from the implementation of |
| 02 | MedVentive and the patient-centered medical home |
| 03 | that the medical group has done towards clinical |
| 04 | integration? |


**Page Range: 40:07-40:20**

| | |
|---|---|
| 07 | Generally, the Saint Alphonsus Medical |
| 08 | Group has become more uniform in its organization |
| 09 | and processes, anything from information systems, |
| 10 | staffing models, so that it can achieve clinical |

11    integration and efficiencies.  So these are all
12    operational and process matters.
13    Q.  BY MR. SCHAFER:  All right.  And how
14    does increasing sort of the uniformity of those
15    things aid in the goal of clinical integration?
16    A.  Within a single multispecialty group
17    practice, not to be confused with the entire
18    Alliance, it lends itself to creating benchmarks
19    and being able to adjust processes to benchmarks
20    within a group.

**Page Range: 43:23-44:04**

23    Q.  BY MR. SCHAFER:  All right.  Dr. Brown,
24    the court reporter has handed you Defendants'
25    Exhibit 175, which is a single-page E-mail
44:01    Bates-labeled ALPH00008415.  It is an E-mail from
02    Janelle Reilly to you, Robert Polk, Blaine
03    Petersen, and Sally Jeffcoat.  Do you see that?
04    A.  I do.

**Page Range: 46:22-47:11**

22    Q.  Okay.  You referenced in connection to
23    an earlier question that, you know, you understand
24    that there is now a ConnectedCare product on the
25    market that involves Saint Alphonsus, correct?
47:01    A.  Correct.
02    Q.  Do you know whether that, the product
03    currently on the market, contains any aspect of
04    utilization reductions or gain sharing with
05    respect to utilization reductions?
06    A.  I -- I don't understand that it does
07    right now.
08    Q.  Okay.  And how about shared savings
09    more generally?  Are you aware of that product
10    containing any aspect of shared savings?
11    A.  No.

**Page Range: 51:12-51:18**

12    Q.  And Saint Alphonsus is not developed
13    in -- or has not been an ACO organization,
14    correct?
15    A.  In the Medicare sense, no.
16    Q.  Has it become an ACO in another sense?
17    A.  No.  It -- it's -- it is developing a
18    clinically integrated network.

**Page Range: 51:19-51:20**

19    Q.  Okay.  But not a Medicare ACO network?
20    A.  Correct.

**Page Range: 52:13-52:22**

13    Q.  And Saint Alphonsus obviously made the
14    decision at some point not to become an ACO
15    Medicare -- a Medicare ACO organization, correct?
16    A.  Correct.
17    Q.  And why was that decision made?
18    A.  We made a decision not to become a
19    Medicare ACO based upon the current -- well,
20    actually, the final rules and the complexity
21    around those and felt like that that was a – not
22    the correct direction at this time.

**Page Range:  53:05-53:19**

05    Q.   All right.  And what was it about the
06    complexity of the rules that caused Saint
07    Alphonsus to think that that wasn't the right
08    direction to go in?
09    A.  As an example, the attribution
10    requirements and the quality requirements.
11    Q.  What -- what about them?
12    A.  Well, the attribution requirements were
13    fairly onerous and retrospective, and the quality
14    goals were, as I recall, about 60 metrics, 15 so . . .
15    Q.  Are there any current plans that you're
16    aware of to become an ACO organization in the
17    future?
18    A.  No. We have no current plans of
19    becoming a Medicare ACO.

**Page Range: 68:16-70:12**

16    Q.  With respect to the reference here to
17    the "being able to easily program evidence-based
18    parameters for wellness and disease management,"
19    is that the same concept?  Is that something
20    that's done through the patient registry?
21    A.  Yes.
22    Q.  And how is that done?
23    A.  That patient -- well, what is your
24    specific question?  You're saying who gets to

| | |
|---|---|
| 25 | decide what those are or are you saying how do |
| 69:01 | you physically begin to program it into a |
| 02 | registry? |
| 03 | Q.  Both. |
| 04 | A.  Okay.  Within the Saint Alphonsus |
| 05 | Health Alliance, independent and employed |
| 06 | physicians agree through the Quality Committee to |
| 07 | decide what the best practices are for those |
| 08 | diseases. |
| 09 | You asked earlier about primary care. |
| 10 | The vast majority of these goals reside at the |
| 11 | primary care office and not in the specialist's |
| 12 | office. |
| 13 | Second is that the registry is -- is |
| 14 | designed so that end users can put those |
| 15 | parameters in and create the reports, again on |
| 16 | demand, by the various providers. |
| 17 | Q.  Okay.  And is that something that is |
| 18 | contained within MedVentive? |
| 19 | A.  Yes. |
| 20 | Q.  And can -- with respect to MedVentive's |
| 21 | sitting at independent providers, does MedVentive |
| 22 | need to have a separate EHR system to interact |
| 23 | with or can it exist on its own? |
| 24 | A.  As a matter of fact, it doesn't |
| 25 | actually require an EHR. |
| 70:01 | Q.  So a provider can interact directly |
| 02 | with MedVentive and doesn't need any other |
| 03 | electronic system? |
| 04 | A.  Well, assuming -- the requirement is |
| 05 | that they have to have an electronic billing |
| 06 | submission program of some kind, which virtually |
| 07 | all providers do, but it doesn't require a common |
| 08 | one.  It doesn't require an EHR and certainly |
| 09 | doesn't require a common EHR. |
| 10 | So the goals of clinical integration |
| 11 | can be met without any EHR at all, if you will, |
| 12 | and certainly does not require a single EMR. |

**Page Range: 70:17-70:20**

| | |
|---|---|
| 17 | Q.  BY MR. SCHAFER:  I believe that -- |
| 18 | the court reporter has handed you a document that |
| 19 | she's marked as Defendants' Exhibit 177, Bates- |
| 20 | labeled ALPH00044791 through 797. |

**Page Range: 71:21-72:23**

    21    Q.  Okay.  So specific sections, if you go
    22    to the page that ends with 792, the back of the
    23    first page.
    24    A.  Okay.
    25    Q.  The bottom paragraph there starting
72:01    "Saint Alphonsus."
    02    A.  Yes.
    03    Q.  "Saint Alphonsus desires to change the
    04    rules of engagement by aggressively developing a
    05    clinical population management system focused on
    06    access and market differentiation."
    07    To the extent that you had a role in
    08    this section of the document and understand what
    09    that means, what -- what did it mean to "change
    10    the rules of engagement"?
    11    A.  The rules of engagement that they are
    12    referring to is a transformation, again, from just
    13    an episodic basis of care to more of a continuum
    14    of care, and that rules of engagement involves
    15    both providers and patients.
    16    Q.  And with respect to the "aggressive
    17    development of a clinical population management
    18    system," what -- what did that mean, the
    19    aggressive development?  You know, to the extent
    20    you wrote that or contributed to that, do you know
    21    what was meant by that?
    22    A.  I believe it means that an accelerated
    23    development.

**Page Range: 74:08-75:03**

    08    Q.  If you skip to the top of the next page
    09    ending in 793, it says, "Market competitive forces
    10    in the Treasure Valley bring a sense of urgency to
    11    this vision and the reality of having a CPMS."
    12    What were the "market competitive
    13    forces in the Treasure Valley" that brought that
    14    sense of urgency?
    15    A.  I think the market competitive
    16    forces are -- are twofold:  one, the presence of
    17    St. Luke's, of course; and two, is the competitive
    18    forces among payers and employers.
    19    Q.  And why did those competitive forces
    20    bring a sense of urgency to that vision?
    21    A.  Well, as I've explained before,
    22    employers and payers are now developing an

23 expectation around the ability to achieve the
24 triple aim.
25 Q.  And so that brought a sense of urgency
75:01 to Saint Al's being able to establish a system
02 that would accomplish the triple aim?
03 A.  Correct.

**Page Range: 85:10-85:20**

10 Q.  Okay.  Do you remember sort of the
11 context of when you were first asked to opine on
12 any issues with respect to Saltzer?
13 A.  It was introduced to me as a -- an
14 important medical group within Nampa due to its
15 long-standing nature in the community, the fact
16 that it had a significant market share, that they
17 were very important partners for our Nampa
18 hospital and related efforts, and we were looking
19 forward to them being a part of a clinically
20 integrated network.

**Page Range: 86:13-87:11**

13 Q.  At a certain point, Saint Alphonsus
14 made a proposal to affiliate with Saltzer,
15 correct?
16 A.  Well, let me be clear.  Saltzer came to
17 us in that meeting and asked for a proposal for
18 affiliation.
19 Q.  Okay.  That -- that was my question.
20 As far as timing, whether your meeting with
21 Dr. Kaiser and Mr. Savage was before that proposal
22 was made?
23 A.  Yes.
24 Q.  Okay.  And that proposal was made
25 in response to a request that Saltzer made to
87:01 Saint Alphonsus in that meeting?
02 A.  Correct.
03 Q.  What -- can you explain to me or tell
04 me, to the best you can recall, what was said
05 during that meeting?
06 A.  That they wanted a proposal for the
07 various kinds of partnerships that they could
08 have with Saint Alphonsus, and as a part of their
09 diligence, that the community knew that they
10 were already developing a relationship with
11 St. Luke's.

**Page Range: 87:16-87:23**

16    Q.  Did they tell you during that meeting
17    what their goals were in an affiliation?
18    A.  Yes, they did.
19    Q.  Do you remember what those goals were?
20    A.  The goals, as I recall, and -- were
21    they would prefer to remain independent; they
22    weren't interested in being employed; they wanted
23    to be a part of a network.

**Page Range: 87:24-88:02**

24    And those were some of the preferences
25    that I recall that came out.  And they -- they
88:01    wanted to be a -- a -- help with looking at health
02    reform.

**Page Range: 90:22-91:11**

22    Q.  BY MR. SCHAFER:  And what was your
23    position?  You were sort of relatively new to the
24    Saint Al's system and to the area; what was your
25    position on whether or not it made sense for
91:01    Saint Al's to affiliate with Saltzer?
02    A.  My great -- my greatest hope was that
03    Saltzer should remain independent.  They were
04    already a successful practice.  They were a
05    significant force in that medical community.
06    It is -- it is almost always better to
07    create voluntary alignment mechanisms rather than
08    to actually own or employ a physician.  I know
09    that from my previous past -- or my previous
10    experiences, as well as I thought it would be best
11    for Saltzer in this case.

**Page Range: 121:13-122:22**

13    Q.  Okay.  And I guess with respect to the
14    Idaho Health Data Exchange, that is -- that
15    already exists, correct?
16    A.  Correct.
17    Q.  Why doesn't Saint Al's simply rely on
18    the Idaho Health Data Exchange and, you know,
19    instead spend a significant amount of money on its
20    own EMR and EHR systems?
21    A.  Because Idaho Health Data Exchange
22    isn't intended to function as an electronic health

23       record.  It is a repository of information.
24       Q.  And what -- what is it that you can do
25       with your EHR or an EMR that you can't do through
122:01   the Idaho Health Data Exchange?
02       A.  The physician order entry as -- as one
03       thing.  It's -- the Idaho Health Data Exchange is
04       a repository.  An EHR is more of a contemporaneous
05       document which would include interactions between
06       a wide variety of professionals in a health
07       system.
08       So you have a variety of people who are
09       charting into that, particularly on the inpatient
10       side, but that is also true on the outpatient
11       side.
12       Q.  Could Saint Al's use the Idaho Health
13       Data Exchange to drive clinical integration
14       projects or initiatives?
15       A.  It could be an ancillary support for
16       that, yes.
17       Q.  Could it be the sole support for that?
18       A.  No.
19       Q.  And why is that?
20       A.  Again, you need to have a -- at least a
21       patient-registry-type function that the Idaho
22       Health Data Exchange would not provide.

**Page Range: 129:17-130:23**

17       Q.  Do you think that Saint Al's Medical
18       Group currently is a fully integrated system?
19       A.  Clinically integrated system?
20       Q.  Right.
21       A.  Is Saint Alphonsus Medical Group?  No.
22       Q.  Do you have any expectations as to
23       when, putting side the Alliance, Saint Al's itself
24       will develop into a fully clinically integrated
25       system?
130:01   A.  Well, perhaps you need to define for
02       me what you're calling "clinically integrated
03       system" then.   I know what the elements are around
04       clinically integrated network, but you're talking
05       about a clinically integrated system, so perhaps
06       you can help me there.
07       Q.  Sure.  Well, I was trying to use your
08       words, so if you can define for me what you mean
09       by a "fully clinically integrated network"?
10       A.  Okay.  A fully clinically integrated
11       network is one that can take responsibility for a

12  continuum of care, wellness, and chronic disease
13  outcomes and reduce the overall cost of care
14  through a collaborative approach of independent
15  and employed physicians working with hospitals.
16  Q.  All right.  And do you – back to the
17  earlier question, do you believe Saint Al's has
18  achieved full clinical integration at this point?
19  A.  No.
20  Q.  Okay.  And do you have an expectation
21  as to when full clinical integration may occur?
22  A.  Out goal would call for that being
23  around 2014, 2015.

**Page Range: 130:24-131:15**

24  Q.  And are there certain benchmarks
25  towards that goal that Saint Al's has established?
131:01  A.  Yes, there are.
02  Q.  And what are they?  to the extend you
03  can tell me.
04  A.  Oh, for instance, a provider network
05  agreement that a provider compacts.  We've already
06  achieved some of those with a physician-led – an
07  accountable board of independent and employed
08  physicians that have come together with that
09  commitment.
10  Now it is around the part of piecing
11  together contracts and the informatics through
12  patient registries and other systems to feed back
13  to the members of the network their performance
14  within that and credentialing people into that
15  network based upon those parameters.

**Page Range: 135:10-135:16**

10  Q.  Does Saint Alphonsus provide any
11  financial inducements or incentives to keep
12  referrals within the system?
13  A.  Of course not.
14  Q.  No bonus amounts tied to referrals
15  remaining in the system?
16  A.  No.

**Page Range: 137:20-137:24**

20
21  **<u>REDACTED</u>**
22

23
24      **<u>REDACTED</u>**  If you just want to

**Page Range: 138:15-138:17**

15
16      **<u>REDACTED</u>**
17

**Page Range: 138:20-139:09**

20
21
22      **<u>REDACTED</u>**
23
24
25
139:01   **<u>REDACTED</u>**
02
03
04
05
06      **<u>REDACTED</u>**
07
08
09

**Page Range: 139:18-140:15**

18
19
20
21      **<u>REDACTED</u>**
22
23
24
25
140:01
02
03
04
05
06
07
08      **<u>REDACTED</u>**
09
10
11

12
13    **<u>REDACTED</u>**
14
15

**Page Range: 141:14-142:05**

14    Q.  BY MR. SCHAFER:  Is one mechanism to
15    increase the number of visits to SAMG clinics
16    to keep referrals within the system of SAMG
17    clinics?
18    A.  It may not achieve that -- those
19    goals.  I would -- I think of the -- it's
20    speculative.
21    Q.  You think it is speculative whether
22    keeping referrals in the system will increase
23    the number of visits to providers in that system?
24    A.  I think that, again, there's several
25    different mechanisms by which you can achieve
142:01    that.  The intent was to make certain there was
02    access, not number of referrals.
03    So the barrier that we identified was
04    the ability to get an appointment, period, and not
05    so much an internal referral.

**Page Range: 145:21-146:04**

21     Q.  BY MR. SCHAFER:  Defendants'
22    Exhibit 185 is an E-mail with an attachment,
23    Bates-labeled ALPH00271910 through 1913.  And it
24    is from Nancy Powell to a Linda Hess, copying you,
25    dated January 28th, 2013, and the attachment to it
146:01    is a document called the "SAMG Clinical
02    Integration Plan."  And then underneath it is your
03    name, Steven D. Brown, M.D., correct?
04    A.  Correct.

**Page Range: 146:21-148:07**

21    Q.  Okay.  And just keeping on the issue of
22    referrals, if you look down to Section 5, which is
23    "Referral to Alliance Providers."  Do you see
24    that?
25    A.  I do.
147:01    Q.  Is that an aspect of the clinical
02    integration plan that's been adopted?
03    A.  Yes.  Referral to Alliance providers is
04    a -- a goal within our clinically integrated

05      network.
06      A.  And are the -- "A" under "Referral" --
07      in the section -- part "A" under that says
08      "reliable and contemporaneous measurement of
09      referral patterns."
10      What does that refer to?
11      A.  Within a clinically integrated network,
12      the network becomes responsible for quality and
13      utilization within that network.  So it is
14      important for the Alliance to be able to measure
15      those referrals and so we can remain responsible
16      for those costs and possible incentives.
17      Q.  And then it says "performance reports
18      to providers."    How does that relate to referral
19      to Alliance providers?
20      A.  It is actually a part of a dashboard
21      that you would want all Alliance members to have
22      around their performance, which would include
23      quality utilization and referral.
24      Q.  Okay.  And so is that something that's
25      been implemented with respect to the Alliance,
148:01   that their referral patterns are included in a
02      report to those providers?
03      A.  Not now.
04      Q.  But that's the goal?
05      A.  That would be a goal when it is a fully
606     clinically integrated network, which then becomes
07      financially at risk for a population of patients.

**Page Range: 148:20-149:03**

20      The court reporter has now handed you a
21      version of Exhibit 179 that should have all the –
22      all the pages.  And again, for the record, it's
23      document -- E-mail and attachment Bates-labeled
24      ALPH00008474 through 8503.
25      And this was an E-mail from you to
149:01   Karl Keeler, Sally Jeffcoat, Blaine Petersen, and
02      Nancy Powell, attaching a proposal for affiliation
03      with Saltzer Medical Group.  Do you see that?

**Page Range: 149:14-150:05**

14      Q.  Okay.  In the first section of the
15      letter, you say "Saint Alphonsus Health System is
16      pleased to present this proposal for affiliation
17      with Saltzer Medical Group that seeks to address
18      your goals in a health system partnership," and

19      then there are six goals listed.
20      Do you see that?
21      A.  I do.
22      Q.  And we had discussed this morning that
23      you had had an initial meeting with the Saltzer
24      leadership, and they explained to you what their
25      goals were in affiliating with the hospital
150:01  system, correct?
02      A.  Correct.
03      Q.  And are these the six goals that they
04      told you?
05      A.  Yes.

**Page Range: 150:17-150:24**

17      Q.  Okay.  If you go down to the bottom of
18      the -- the last sentence of that same paragraph
19      that starts "certainly," it says, "Certainly, a
20      a more formal alignment would accelerate these
21      possibilities and facilitate development of a
22      solid integrated model of healthcare delivery at
23      the Nampa campuses, throughout Canyon County, and
24      westward."

**Page Range: 150:25-151:15**

25      And I guess the first question is
151:01  why -- why -- why did you believe that a more
02      formal alignment would accelerate those
03      possibilities?
04      A.  As I said this morning, we looked
05      forward to them being a part of the Saint
06      Alphonsus Health Alliance, realizing that there
07      were several mechanisms by which we could partner
08      with them and they would not have to be employed
09      or under a PSA agreement, but still retain –
10      achieve the six goals that are listed here.
11      And so that was a reference to a solid
12      integrated model health care delivery, clinically
13      integrated network working with them in terms of
14      recruitment.  And again, it was a part of the
15      goals that you see above.

**Page Range: 152:18-153:06**

18      Q.  In the next paragraph, starting with
19      the second sentence, you say, "Alignment with
20      SMG's geographic location, wide array of

```
21      specialties, and reputation for quality medicine
22      would enhance our ability to grow and develop
23      innovative programs that will benefit patients and
24      physicians."
25      Why did you believe that that alignment
153:01  Would assist with the -- the ability to grow and
02      development innovative programs?
03      A. It would allow more cooperation between
04      Saint Alphonsus with any of the proposed
05      mechanisms of partnership about achieving the same
06      goals.
```

**Page Range: 153:07-153:18**

```
7       Q. All right.  And if you turn to page 6
8       of the proposal, this is an overview of the PSA
9       model that Saint Alphonsus was proposing to
10      Saltzer, correct?
11      A. Right.
12      Q. And if you look, this relates back to a
13      conversation we had earlier today.  The first
14      sentence says, "The physician services agreement,
15      PSA, allows Saltzer Medical Group physicians to
16      remain independent yet receive income protection
17      pursuant to a professional services contract
18      between SAHS and SMG."
```

**Page Range: 153:21-154:19**

```
21       Q. And you, per our discussions this
22      morning, you agreed that the PSA model allow –
23      would allow the Saltzer physicians to remain
24      independent?
25      A. No.  That is actually not what I said
154:01  this morning.  Very specifically what I said was
02      is that there was a spectrum of independence and
03      that there were other options that would allow
04      greater independence.
05      Under this agreement, the Saltzer
06      physicians could retain a name and they would
07      also have a -- a business relationship. But, as
08      an example, had they chosen another alignment path
09      which would have made them more independent, in
10      this one, the nonphysician staff would become –
11      or I -- I -- yeah, nonphysician staff would become
12      employees of Saint Alphonsus Medical Group.    They
13      would lose control of that aspect of their
14      practice under that arrangement.
```

15      It was a gradation of independence that
16      was provided there.  So independent is -- is a
17      very qualified term in this proposal and when
18      you're talking about alignment mechanisms with
19      physicians.

**Page Range: 160:14-161:11**

14
15
16      **REDACTED**
17
18
19
20
21
22
23
24
25
161:01  **REDACTED**
02
03
04
05
06      **REDACTED**
07
08
09
10
11

**Page Range: 161:14-162:03**

14
15
16
17
18
19
20      **REDACTED**
21
22
23
24
25
162:01  **REDACTED**

02
03

**Page Range: 162:04-162:07**

04
05     **REDACTED**
06
07

**Page Range: 191:14-192:01**

14
15
16
17
18
19     **REDACTED**
20
21
22
23
24
25

**Page Range: 195:07-195:14**

07     Q.  So just to make sure I understand.  So
08     if -- if a St. Luke's employed physician and –
09     is -- does that also cover PSA affiliated
10     physicians?
11     A.  To -- to be honest with you, I don't –
12     what I said was is that if they were in CAN
13     before, regardless of employed or PSA'd, they
14     would be in the Alliance now.

**Page Range: 195:18-195:22**

18     Q.  okay.  Have any St. Luke's employed or
19     PSA physicians been invited to join the Alliance
20     itself, as opposed to not rolling over from the
21     ACN?
22     A.  No.

**Page Range: 196:05-196:08**

05     Q.  Okay.  And you're saying from the –
06     in the conversion of ACN to the Alliance, none of
07     those providers were weeded out?

08      A.  Correct.

**Page Range:  198:17-198:19**

17      Q.  BY MR. SCHAFER:  Defendants'
18      Exhibit 189 is an E-mail from you to Tom
19      Reinhardt, Bates-labeled BDC0023651 through 652.

**Page Range: 200:05-200:23**

05      Q.  With respect to little 4, it says,
06      "Our obligation to provide gatekeeper-like
07      referral management will be more complex and
08      potentially compromised if we include St. Luke's
09      physicians."
10      And recognizing that this may not be
11      part of formal policy, but do you agree with that
12      statement?
13      A.  As we discussed earlier, in a
14      clinically integrated network where a group of
15      providers and hospitals have agreed to take, or
16      indeed go at risk, around quality and utilization
17      goals, it is -- they -- they have to be able to
18      manage that population within that network.
19      So if a patient were to have access to
20      any provider they want to, who may not be of best
21      quality or be indiscriminate in the use of
22      testing, that would injure the Alliance and – and
23      the triple aim initiative.

**Page Range:  204:22-205:02**

22      Q.  BY MR. SCHAFER:  Defendants'
23      Exhibit 190 is Bates-labeled BDC0003371 through
24      3374, and it is an E-mail chain.   The top E-mail
25      of which is from you to Mary Jo Potter, dated
205:01  June 5th, 2012. Do you see that?
02      A.  I do.

**Page Range:  205:11-206:25**

11      Q.  If you look a little bit -- three lines
12      down or so you say, "At present, Saint Alphonsus
13      does not expect Alliance members to hold exclusive
14      membership in the Alliance.  However, that
15      expectation may change in the future as other
16      clinically integrated networks develop in our
17      market or situations arise that may create a

18  conflict of interest for a member in the opinion

19  of the Alliance board," correct?

20  A.  Correct.

21  Q.  And, you know, this was June of 2012.

22  Has that policy changed at all up to today?

23  A.  No.

24  Q.  And so what does it mean to not require

25  exclusive membership in the Alliance?

206:01  A.  As an example, in a accountable care

02  organization, a primary care group may be only a

03  member of only one clinically integrated network,

04  and we're not making that requirement an – excuse

05  me -- a requirement to be in an ACO.

06  And in a clinically integrated

07  network -- in particular, one reason why we didn't

08  decide to develop an ACO is to provide our

09  physicians, particularly the independent medical

10  staff, the maximum latitude to associate with –

11  in practices they -- as they wish.

12  So that means that they would have to

13  manage Alliance patients according to Alliance

14  rules and requirements around utilization and

15  quality, but does -- would not preclude them

16  necessarily from being in another network.

17  It is another strength of a clinically

18  integrated network, rather than ACO, in a

19  community like ours.

20  Q.  And what is it about the -- you know,

21  you said, "That expectation may change in the

22  future as other clinically integrated networks

23  develop in our market."

24  Why -- why would you change that policy

25  if other networks developed?

**Page Range: 207:02-207:12**

02  THE WITNESS:   Because the requirements of

03  those networks also may require exclusivity, and

04  there may be a competitive reason to start

05  including -- requiring exclusivity in those

06  circumstances.

07  Also, it -- it doesn't -- I don't want

08  to preclude the possibility that the Alliance in

09  the future may become an accountable care

10  organization, in which case -- and again, primary

11  care providers, in particular, would have to be

12  exclusive.

**Page Range: 212:07-212:17**

```
7       Q.  Okay.  Looking down to the last
8       paragraph here, it states about halfway through
9       it, "SAHS retains an open door for Saltzer at
10      present.  Should Saltzer sell to St. Luke's,
11      that's another matter."
12          And again, we talked about before, do
13      you know whether that -- you don't know whether
14      they've been invited.  Do you know whether that
15      door is still open for Saltzer physicians?
16      A.  I don't think a formal decision has
17      been made on that.
```

**Page Range: 214:14-214:25**

```
14      Q.  BY MR. SCHAFER:  Dr. Brown,
15      Defendants' Exhibit 191 is a document Bates-
16      labeled BDC0009840 through 9862.  The first page
17      is a Saint Alphonsus Health Alliance Board Meeting
18      agenda -- and beyond that is a -- I'm assuming a
19      PowerPoint presentation called "Alliance Goals,
20      Objectives and Milestones," dated August 28, 2012.
21      Do you see that?
22      A.  I see it.
23      Q.  Did you play any part in putting
24      together this PowerPoint presentation?
25      A.  Yes, I did.
```

**Page Range: 222:13-223:16**

```
13      Does Saint Alphonsus Health System
14      currently have contracts that involve -- that are
15      risk contracts?
16      A.  No.
17      Q.  Does the Alliance have any risk
18      contracts?
19      A.  No.
20      Q.  And if you look at Question 20, it asks
21      the question, "When will the Alliance enter into
22      risk contracts?" And it says, "Initially, the
23      Alliance will not enter into risk contracts but
24      will evolve with incentive contracts as the
25      informatics infrastructure and expertise develops
223:01  within the Alliance."
02      And then skipping to the end of that
03      next paragraph it says, "Eventually, the Alliance
04      will enter into well-considered full risk
```

05      contracts when systems are in place to manage
06      risk, but probably not before late 2014 or 2015."
07      Do you see that?
08      A.  I do.
09      Q.  And why -- why is it that the Alliance
10      was not going to enter into risk contracts until,
11      you know, the infrastructure or expertise was
12      better developed?
13      A.  Because we would not have the
14      infrastructure expertise to measure a downside
15      risk and to educate the Alliance membership around
16      that.

**Page Range: 225:03-225:16**

03      Q.  Okay.  Since Saltzer's affiliation with
04      St. Luke's, has -- have you been informed of any
05      comments that payers have made regarding that
06      having an effect one way or another on their
07      contracting with the Alliance?
08      A.  None.  I have not heard any.
09      Q.  Have you heard anything with respect to
10      either, you know, Saint Al's Health System or
11      Saint Al's Medical Group that providers
12      contracting, you know, those entities have said
13      that the affiliation of Saltzer and St. Luke's has
14      had an effect one way or another on that
15      contracting?
16      A.  Not on contracting.

**Page Range: 228:23-229:15**

23      Q.      Do you agree the traditional
24      fee-for-service model provides an incentive
25      for physicians and hospitals to overutilize
229:01    services?
02      A.  That is what I have read.
03      Q.  Do you agree with that?
04      A.  I agree that there are aspects of that
05      to be true.
06      Q.  Do you believe that financial
07      incentives can have an impact on the type of care
08      that physicians provide?
09      A.  Yes.
10      Q.  And the Alliance is planning on
11      including incentive structures in its contracts,
12      correct?
13      A.  Correct.

14      Q. And it is for that reason?
15      A. It is to achieve the triple aim.

**Page Range: 230:22-231:14**

22      Q. You were also shown a document, it was
23      Defense Exhibit 190, in which you made a statement
24      that "I believe that Saltzer is in ACN."
25      Is -- is that accurate?  Is Saltzer a
231:01  member of ACN?
02      A. Saltzer is a member of ACN.  And,
03      hence, it has been folded into the Alliance.
04      Q. So does that mean that Saltzer is
05      currently a member of the Alliance?
06      A. Yes.
07      Q. To you knowledge, have there been any
08      discussions about removing Saltzer from the
09      Alliance?
10      A. No.  I'm not aware of any discussions
11      around that.  Of course, this raises concern that
12      Saltzer may decide not to be a member of thw
13      Alliance, and that would create problems for a
14      network in our Nampa market.

**Page Range: 232:07-232:09**

07      Q. Has Saint Alphonsus identified any
08      alternative ways to obtain the same or similar
09      benefits of being an ACO?

**Page Range: 232:12-232:21**

12      A. The clinically integrated network
13      seeks to have the same outcomes as an accountable
14      care organization.  But we'll be doing that
15      through partnership with employers, of course in
16      the internal employed and independent physicians,
17      hospitals and payers.  That would also include
18      payers that have Advantage programs, so Medicare
19      Advantage programs.
20      So we can achieve essentially the same
21      kinds of results without being an ACO.

**Page Range: 232:22-233:13**

22      Q. Mr. Schafer asked you earlier if the
23      Idaho Health Data Exchange could be the sole
24      support for clinical integration.  And you

25      responded, no, that it would also require a
233:01   patient registry method.  Do you recall that?
02      A.  I do.
03      Q.  Do physicians need access to an EHR
04      system to have access to a patient registry?
05      A.  No.
06      Q.  And do they need an EHR system in order
07      to have a patient registry system interact with
08      the Idaho Health Data Exchange?
09      A.  No, they don't.  Recall that I said
10      that a great deal of what comes into a patient
11      registry is either through laboratory feeding
12      systems, electronic billing systems, and
13      adjudicated claims.