**TESTIMONY OF ANDREW CURRAN**
Received on October 21, 2013 for Viewing in Chambers
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et. al. v. St. Luke's Health System Ltd., et. al.*
Case No. 1:12-cv-00560-BLW

**Page Range: 7:03-7:03**

    03  Q.  Good morning, Dr. Curran.


**Page Range: 43:20-44:17**

    20  Q.  And you mentioned that they said, you
    21  know, that the affiliation might help in
    22  recruiting.  Did they explain how that would be?
    23  A.  They could basically give more money to
    24  these docs coming in to attract them, had deeper
    25  pockets than we did.
44:01  Q.  And was that something that, you know,
     2  you -- in your involvement in Saltzer recruiting,
     3  was that an issue with bringing physicians into
     4  Saltzer?  Did you believe that Saltzer didn't have
     5  deep enough pockets to attract the talent that it
     6  wanted?
     7  A.  Maybe when it came to certain
     8  specialties.  I think it was, you know, you had to
     9  come up with a lot of money for some of these
    10  specialties for guarantees, so that could
    11  sometimes pose a challenge once in a while.
    12  Q.  What about primary care doctors?
    13  A.  You know, I think if we had -- I think
    14  the primary care -- I don't know.  I think we did
    15  okay, but it was -- you know, we had to -- we did
    16  okay with the primary care, I think.  It was not a
    17  problem coming into Saltzer.

**Page Range: 48:05-48:20**

     5  Q.  So, yeah, on that point, so in roughly
     6  the 2010 time frame, can you describe a little bit
     7  about how -- how your practice worked and sort of
     8  what percentage of surgeries you did at each of
     9  the respective facilities?
    10  A.  I split my inpatient volume between
    11  Saint Alphonsus Nampa and St. Luke's Meridian, so
    12  mostly total joints.  And then the bulk of my
    13  outpatient surgeries went to Treasure Valley
    14  Hospital.
    15  Q.  When you say "the bulk," what -- do you
    16  have an approximate percentage of what "bulk"
    17  means there?
    18  A.  I would say that 90 percent of my
    19  outpatient surgeries went to Treasure Valley
    20  Hospital.

**Page Range: 49:05-49:15**

     5  What were the considerations at that
     6  time, 2010 time frame, that went into whether to
     7  take an outpatient surgery to Treasure Valley or
     8  St. Luke's or Saint Al's?
     9  A.  I liked going to Treasure Valley with
    10  my outpatient surgeries because it was more
    11  efficient over there.  I could do a greater volume

```
12  there.  And it was very well liked by the
13  patients.  I enjoyed working there.  I still do.
14  And it was significantly less expensive for the
15  patient.
```

**Page Range: 81:04-81:07**

```
04
05  REDACTED
06
07
```

**Page Range: 84:02-84:10**

```
02
03
04
05  REDACTED
06
07
08
09
10
```

**Page Range: 88:11-88:18**

```
11
12
13
14  REDACTED
15
16
17
18
```

**Page Range: 88:22-88:24**

```
22
23  REDACTED
24
```

**Page Range: 89:11-89:13**

```
11  Q.  As far as what the minimum guarantee
12  would be?
13  A.  Um-hum.
```

**Page Range: 106:17-107:06**

```
     17  Q.  Was -- were referrals generally
     18  discussed at St. Luke's -- well, we'll get into
     19  this a little bit later, but did St. Luke's ever
     20  tell you in connection with this deal you would be
     21  limited in where you could refer patients?
     22  A.  Where I could refer patients for -- I
     23  don't recall specifically.  They didn't say that
     24  we had to pull out of Saint Alphonsus Nampa.  They
     25  seemed to be more interested in Treasure Valley
107:01  volume.
      2  Q.  And -- but with respect to even more
      3  generally, did they ever tell you you won't be
      4  able to make referrals to this place or that
      5  place?
      6  A.  No, I don't recall that.
```

**Page Range: 113:23-114:25**

```
23  Q.  BY MR. SCHAFER:  All right, Dr. Curran.
24  We talked earlier about where you take your
25  patients for various inpatient and outpatient
```

```
114:01  surgeries, what percentage of patients you take to
     2  each location.  I think when I asked you that
     3  question before, it was in connection with the mix
     4  while you were at Saltzer.
     5  A.  Yes.
     6  Q.  Has that mix changed at all since
     7  you've affiliated with Saint Al's?
     8  A.  The only difference is I do some
     9  outpatient surgery at the new surgery center that
    10  opened up in Nampa as well now.
    11  Q.  Okay.  And what -- what surgery center
    12  is that?
    13  A.  It's called the "Treasure Valley
    14  Surgery Center."
    15  Q.  Oh, that's the Treasure Valley Surgery
    16  Center.
    17  A.  Um-hum.
    18  Q.  What percentage of your outpatient
    19  surgeries do you think you do there today?
    20  A.  I probably do 45 percent of my
    21  outpatient surgery there.
    22  Q.  Okay.  And then what percent at
    23  Treasure Valley Hospital?
    24  A.  Maybe 45 percent, and then the other 10
    25  percent mixed between the other two facilities.
```

**Page Range: 115:01-115:04**

```
115:01  Q.  All right.  Has the -- has the mix of
     2  surgeries that you've done as between St. Luke's
     3  and Saint Al's, has that stayed consistent?
     4  A.  Yes.
```

**Page Range: 123:01-123:18**

```
123:01  Q.  Okay.  If you go to paragraph 5 of your
     2  declaration, you say, "Since I left Saltzer in the
     3  beginning of November, I have seen a drastic
     4  reduction in referrals from Saltzer."
     5  Was that an accurate statement?
     6  A.  Yeah.
     7  Q.  Do you have a sense or a definition of
     8  what "drastic" means in this context?  I mean,
     9  what did you mean by "drastic" in this statement?
    10  A.  Other than one physician at Saltzer who
    11  still sends me referrals consistently, I could
    12  count on one hand the number of referrals I've
    13  actually received from doctors at Saltzer since I
    14  left.  As opposed to when I was with Saltzer, you
    15  know, I would see two or three or four a day when
    16  I was in clinic, my clinic days.  So I would say
    17  that it reduced by 80 to 90 percent probably.  It
    18  was a lot.
```

**Page Range: 123:19-123:21**

```
    19  Q.  And who's -- who's the doctor that
    20  continues to refer patients to you?
    21  A.  Dr. Shoemaker.
```

**Page Range: 124:08-124:13**

```
     8  A.  He told me, "Until they tell me I have
     9  to stop sending them, I'm going to still support
    10  you and send them to you."
    11  Q.  Okay.  And has he ever told you that
    12  they've told him to stop sending them?
    13  A.  Not yet.
```

**Page Range: 124:14-125:06**

```
        14   Q.  When you were at Saltzer, you know, you
        15   mentioned that you would get two, three, four
        16   Saltzer referrals a day, I think you said,
        17   something -- something in that --
        18   A.  In a clinic day, I might get, yeah, two
        19   or three or four, somewhere in that range.  I
        20   would have to go back and look, but I don't
        21   remember keeping a specific eye on the exact
        22   numbers.
        23   Q.  Do you have a general sense
        24   percentage-wise of your, you know, your cases in a
        25   given Saltzer year, what percentage of your
   125:01   referrals came from Saltzer physicians?
         2   A.  The -- my referrals mostly came from
         3   word of mouth or Saltzer physicians and very
         4   occasionally outside physicians.  And maybe it
         5   was -- I would be guessing, 60 to 70 percent or
         6   more was probably within the Saltzer network.
```

**Page Range: 138:15-139:01**

```
        15   Q.  Did your referrals from Saltzer
        16   physicians -- you know, I think we looked at your
        17   declaration and said that since you left Saltzer
        18   they've drastically been reduced, something to
        19   that effect.
        20   A.  Um-hum.
        21   Q.  Did they -- did your referrals from
        22   Saltzer physicians start declining before you left
        23   the practice?
        24   A.  No.
        25   Q.  It was only after you left?
   139:01   A.  Yes.
```

**Page Range: 196:07-196:20**

```
         7   Q.  And how has your productivity, how is
         8   it today compared to a year ago today?
         9   A.  So, I think my volume has held up
        10   okay.  I have definitely seen a change in payer
        11   mix.  You know, we probably see a lot more
        12   Medicare, Medicaid, TRICARE, more -- less of the
        13   private pays than we used to, so.
        14   Q.  But as far as volume productivity, you
        15   think that's generally where it was when you were
        16   at Saltzer?
        17   A.  I would say that the number of cases
        18   I'm doing is pretty similar.  It could have
        19   dropped off a little bit.  But like I said, the
        20   payer mix has changed.
```

**Page Range: 223:06-223:09**

```
         6   Q.  Are you aware that in connection with
         7   your TVH ownership you're restricted from owning
         8   interest in a competing facility to TVH?
         9   A.  Yes.
```

**Page Range: 223:19-224:01**

```
        19   Q.  BY MR. SCHAFER:  And I'm not asking for
        20   a legal opinion.  I'm just asking in your view is
        21   there, you know, if you -- if you sign these
        22   agreements, was there some -- something that you
        23   think is materially different about this versus
        24   what Luke's had wanted in its exclusive
        25   arrangement?
```

224:01  A.  Yes.

**Page Range: 224:05-224:11**

```
 5   THE WITNESS:  I think it's different in that
 6   I was not purchasing a surgery center with Luke's
 7   or a hospital investment.  Putting money into some
 8   entity and then putting money into another entity
 9   is two different issues, rather than joining in an
10   affiliation and having an investment.  They are
11   two different, separate issues.
```

**Page Range: 225:02-225:04**

```
 2   Q.  BY MR. SCHAFER:  Does it seem a
 3   reasonable restriction to include in that
 4   contract?
```

**Page Range: 225:09-225:12**

```
 9   THE WITNESS:  It is reasonable.  Although, I
10   don't like noncompetes, period.
11   Q.  BY MR. SCHAFER:  And why -- why do you
12   think it is reasonable?
```

**Page Range: 225:15-225:20**

```
15   THE WITNESS:  Because I think what this
16   prevents is doctors coming in, purchasing stock in
17   a facility and then turning around and maybe
18   purchasing stock in a competing facility.  And
19   then taking maybe cases there and not supporting
20   the one that they own stock in there.
```

**Page Range: 234:01-235:10**

```
234:01   Can you explain and elaborate for us
 2   on what kind of challenges you guys found in
 3   recruiting physicians?
 4   A.  Yeah.  It was basically Nampa.  In
 5   general, if people were going to come to Idaho
 6   into the Treasure Valley area, they would likely
 7   look at Boise and maybe prefer to live over there
 8   and work there, rather than Nampa itself.  Just,
 9   you know, comparing, like, a more suburb, rural-
10   type setting versus a -- living in the city.
11   Q.  Was there anything else about the Nampa
12   market that provided a challenge in terms of
13   recruiting?
14   A.  Oh, I think it was -- if you were
15   going to recruit like, say, primary care, internal
16   medicine, that sort of thing, there was just
17   fewer and fewer of them coming out to these
18   areas.
19   And I think one of the big things, like
20   with internal medicine we found was a lot of them
21   are opting to -- if they -- there's fewer of them
22   out there, basically, coming out of the medical
23   schools and residencies, and then a lot of them
24   are opting to become hospitalists, which are
25   basically hospital-based physicians, rather than
235:01   out in the office setting.  I think that's been a
 2   change in -- in medicine.
 3   Q.  Do you see any difference in the payer
 4   mix between the Nampa market and the Boise market?
 5   A.  Yes.  Obviously, that is another factor
 6   is that, you know, Ada County has a much, much
 7   better payer mix than Canyon County, so that is
 8   always a factor as well.
```

```
 9  Q.  Does payer mix affect recruiting?
10  A.  Absolutely.
```