**TESTIMONY OF SALLY JEFFCOAT**
Received on October 21, 2013
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et al. v. St. Luke's Health System Ltd., et al.*
Case No. 1:12-cv-00560-BLW

**Page Range: 8:03-8:09**

| | | |
|---|---|---|
| 03 | Q. | Could you please state your full name |
| 04 | | for the record? |
| 05 | A. | Sally Jeffcoat. |
| 06 | Q. | Ms. Jeffcoat, what is your current |
| 07 | | title? |
| 08 | A. | President and CEO of Saint Alphonsus |
| 09 | | Health System. |

**Page Range: 66:14-66:22**

| | | |
|---|---|---|
| 14 | Q. | What led the Mercy Physician Group |
| 15 | | primary care doctors to leave Saint Al's Nampa? |
| 16 | A. | Their contracts were up for renewal. |
| 17 | | They were not the most productive practice – |
| 18 | | practices, so we were trying to build in a little |
| 19 | | more incentive to see more patients. |
| 20 | | And another area that they were |
| 21 | | concerned about was the noncompete that we had, |
| 22 | | the noncompete clause in their contract. |

**Page Range: 66:23-67:02**

| | | |
|---|---|---|
| 23 | Q. | What do you mean that you were trying |
| 24 | | to build in incentives to see more patients? |
| 25 | A. | Well, so that they would attain more -- |
| 67:01 | | towards more median levels of productivity in |
| 02 | | their -- to align with their compensation. |

**Page Range: 68:01-68:04**

| | | |
|---|---|---|
| 68:01 | Q. | But ultimately, you -- you made the |
| 02 | | decision to insist on a noncompete in their new |
| 03 | | contracts, correct? |
| 04 | A. | Some level of noncompete, yes. |

**Page Range: 68:11-68:14**

| | | |
|---|---|---|
| 11 | Q. | BY MR. STEIN:  Defendants' Exhibit 337 |
| 12 | | is marked ALPH00652101.  And Ms. Jeffcoat, can you |

13      tell me if you're -- know what this document
14      is?

**Page Range: 68:15-68:23**

15      A.  This appears to be the final
16      recommendations from KSA.
17      Q.  And is this the strategic plan that
18      you referenced earlier that was approved by the
19      board?
20      A.  I don't -- I don't recall that this
21      actual document was the one that was presented.  I
22      thought it was more of an executive level summary,
23      but it could have been.

**Page Range: 68:24-69:04**

24      Q.  The -- but the -- the plan that's
25      summarized in this document, is it the same plan
69:01   that was –
02      A.  It should be.
03      Q.  -- approved by the board?
04      A.  Yeah.  It should be.

**Page Range: 69:18-69:21**

18      A.  So the question is does this represent
19      the –
20      Q.  The plan that was approved by the
21      board?

**Page Range: 69:25-70:05**

25      A.  Mr. Stein, I think, looking at this, I
70:01   think that not the entire document was presented
02      to the board, but probably the Executive Summary
03      of it.  But I -- I can't be sure.  I'm -- I don't
04      think we would have presented this thick of a
05      packet to the board is all I'm saying.

**Page Range:  71:16-72:14**

16      Q.  Other than changing the reference to
17      the Alliance, was there a substantive change to
18      the payer contracting goal that was made in the
19      last year?
20      A.  Well, we've -- we've evolved as a
21      health system, and -- and so our approach with the

2

22      payers is very dynamic and changing.      So I would
23      say that what was previously contemplated in this
24      goal and now how it's described today is probably
25      a little bit different.
72:01   And it -- what's still similar is the
02      Advantage Care Network is now under the Alliance
03      and utilizing our network of physicians is the
04      same.
05      The contracting strategies have
06      evolved, or changed, to some degree.  And that's
07      where I rely on my team to -- to come up with –
08      meaning Blaine Petersen and -- and Dr. Goff.
09      So I think this is pretty -- these are
10      KSA's recommendations specifically around payer –
11      innovative payer contracts, which I would say at
12      the time that this was written didn't have the
13      knowledge base that we have today of the market
14      and how payers are approaching the market.

**Page Range: 74:06-75:06**

06      Q.  Is it your understanding that payers
07      are still interested in more exclusive,
08      limited-panel contracting as a way to manage
09      premium price increases?
10      A.  No.  I would say that this – this
11      opinion from KSA was probably wrong.
12      Q.  And based on what?
13      A.  Based upon our experience with payers.
14      Q.  And what -- what -- can you be more
15      specific what you mean by that?
16      A.  Well, I know that, you know, Blue
17      Shield and Blue Cross and PacificSource, all three
18      are wanting -- they're -- they're not as
19      interested in exclusive, limited panel -- they're
20      open to it, but they're not -- I don't think
21      they're totally convinced yet that -- that it's
22      going to work.
23      I think they're more biased towards
24      what is -- what is the consumer going to accept
25      and -- and not sure that that is going to work.
75:01   For instance, our ConnectedCare
02      product, which has been in place now for almost a
03      year, has not sold a lot of lives.  And that's an
04      example of a -- a narrow network product that is
05      exclusive to Saint Al's, or the Alliance, and –
06      and it hasn't been very successful yet.

**Page Range: 76:10-77:10**

      10     BY MR. STEIN:   What about the statement
      11     that payers are moving towards selective provider
      12     panels to control cost growth; do you think that's
      13     accurate?
      14     A.  Well, the only evidence that I've seen
      15     that we've moved to a provider panel is really in
      16     the Micron contract, which has been successful,
      17     because it's a limited number of providers.  But I
      18     don't see that -- I can't tell you what contracts
      19     from other payers have done the same thing.     I
      20     have not seen that evidence actually.
      21     Q.  Do you -- do you have -- does Saint
      22     Al's have relationships with other employers that
      23     are similar to Micron?   In other words, where
      24     St. Luke's is not concluded -- or St. Luke's
      25     hospitals are not included in the network?
 77:01     A.  You know, I know that in the past we –
      02     we tried mightily to do that with Boise Schools
      03     and with Idaho Power.  But -- and they – they
      04     said no because St. Luke's was -- had to be
      05     included in the -- it was sort of a must have.
      06     So it's hard to have a -- a narrow
      07     network if you don't have all the -- the providers
      08     that -- that you need to take care of those
      09     employers who perceive that they need those
      10     physicians.

**Page Range: 90:15-91:03**

      15     Q.  Could you turn to Slide 126?
      16     A.  Okay.  126?
      17     Q.  Yes.
      18     A.  Okay.
      19     Q.  So this is titled "Recommendations for
      20     SAMC-Nampa," and Recommendation 2 is, "Develop a
      21     strong, stable and dedicated physician base."
      22     And the first bullet there says, "Secure the
      23     relationship with Saltzer Medical Group, or
      24     compete aggressively."
      25     What does that mean?
 91:01     A.  Let me read the whole thing and then
      02     I'll answer.  Okay?
      03     Q.  Of course.

**Page Range: 91:04-91:21**

04    A.  So you're asking about the first bullet
05    under Recommendation 2, correct?
06    Q.  Yes.
07    A.  So this was their recommendation that
08    had huge implications, and securing a relationship
09    was certainly the preferred option.  Or, you know,
10    certainly them staying independent and supporting
11    our hospital is what we wanted.
12    Competing aggressively was – was
13    really quite an inept suggestion, honestly.  It
14    just was -- when you look at the consequences of
15    competing aggressively against a group of that
16    scale and creating an aggressive competitive
17    relationship, it would cause huge losses at Nampa,
18    as I recall, and still is -- is a concern.
19    So the implications of this
20    recommendation have not been accepted.  We haven't
21    done what was recommended here.

**Page Range: 97:15-97:21**

15    Q.  So I understand physicians are ethical;
16    they want to do the right thing.  But do you agree
17    that the traditional fee-for-service model does
18    provide a financial incentive for utilization –
19    A.  It can.
20    Q.  -- of health care services?
21    A.  It can, yes.

**Page Range: 103:14-104:05**

14    Q.  And what -- what is this presentation?
15    A.  This is a presentation to regional
16    executives within Trinity and to members of the
17    executive leadership team of Trinity, members of
18    EMG, the previous one we talked about,
19    specifically focused on our clinical integration
20    strategy.
21    We had -- Trinity engaged BDC, which is
22    a consultant group out of Chicago, and they helped
23    analyze four different markets and worked with us
24    on the development of the Saint Alphonsus Health
25    Alliance.
104:01    And so this presentation was an update
02    for educating Trinity and educating the regional
03    executives who work in different markets across

04      the country to be kind of a shared learning
05      session.

**Page Range: 120:21-121:19**

21      Q.  BY MR. STEIN:  Saint Al's has not
22      attempted to recruit Saltzer internists to be
23      employed by SAMG?
24      A.  We've had discussions with Saltzer.  We
25      encouraged them to become part of -- of SAMG.  And
120:01      actually, we were asked by Saltzer to bid on
02      Saltzer Medical Group to become part of SAMG.
03      Q.  Outside of that, the proposal to
04      affiliate with Saltzer as a group, has Saint Al's
05      ever sought to employ any individual Saltzer
06      primary care doctors? In other words, to recruit
07      them from Saltzer to join SAMG?
08      A.  Yes.
09      Q.  And what -- what -- tell me about those
10      efforts.
11      A.  I don't remember a lot of the details.
12      But when we first took over Nampa, Joe Messmer
13      set up a meeting with three of the Saltzer
14      physicians -- I think they were all primary --
15      they were all family practice -- for me to
16      introduce ourselves, because we were still in the
17      process of -- we hadn't actually closed our deal
18      yet.  And I met with them to talk about that being
19      an option.

**Page Range: 164:15-164:19**

14      Q.  BY MR. STEIN:  Defendants' Exhibit 348
15      is marked Coker0001245, and it's an E-mail dated
16      February 1st, 2012, from jeffcoas@sarmc.org.  Is
17      that your E-mail address?
18      A.  Yes.

**Page Range: 165:09-165:24**

09      Q.  And the other document that you
10      attached is titled "Treasure Valley Hospital."
11      And on the first page, it says -- there's a --
12      four bullet points, and the third one says,
13      "High-yielding investment opportunity for
14      practicing physicians -- 819 percent return on
15      investment since 2007."

16      Do you see that?

17      A. Yes.

18      Q. Why were you sending this document to

19      Max Reiboldt and Aimee Greeter?

20      A. We were in the middle of preparing our

21      proposal for Saltzer, and I believe Max Reiboldt

22      asked us for details on partnering with Treasure

23      Valley Hospital and -- and the SCA organization.

24      So we sent this letter in response to his inquiry.

**Page Range: 166:24-166:25**

24      Q. BY MR. STEIN: Defendants' Exhibit 349

25      is marked SARMC-000507. Do you recognize this

**Page Range: 167:05-167:11**

05      Q. And what is this document?

06      A. This looks like the proposal presenting

07      Saltzer the options for alignment with Saint

08      Alphonsus.

09      Q. And did you make an in-person

10      presentation of this proposal to Saltzer?

11      A. Yes.

**Page Range: 169:14-169:17**

14

15      **REDACTED**

16

17

**Page Range: 169:18-169:22**

18

19

20      **REDACTED**

21

22

**Page Range: 173:13-173:22**

13      Q. And did you have an understanding as to

14      how competitive Saint Al's revised offer was

15      compared to the offer made by St. Luke's?

16      A. Well, not specifically.         But Max

17      Reiboldt did share with me originally that –

18      that we were -- we were far apart, or we had some

19      gap in the financial proposal, and based upon some
20      methodology that I can't recall exactly, the way
21      -- the way that St. Luke's approached it versus
22      the way we approached it.

**Page Range: 178:20-178:23**

20      Q.  BY MR. STEIN:  Defendants' Exhibit 353
21      is a July 6th, 2012, E-mail from -- I'm sorry –
22      letter from David Ettinger to Stuart Hirschfeld of
23      the Federal Trade Commission.

**Page Range: 179:10-180:05**

10      Q.  BY MR. STEIN:  So on the first page,
11      the last paragraph, Mr. Ettinger writes, "We
12      believe that health care reform and clinical
13      advancement are inextricably linked to narrow
14      networks.  More effective clinical integration
15      going forward will involve close management of
16      patients by primary care physicians utilizing an
17      integrated specialty network.  This requires that
18      those patient lives be exclusive or virtually
19      exclusive to the particular network.  If such
20      patients are free to obtain care on a daily basis
21      from any physicians they desire in an open
22      network, there will be no one with the power to
23      manage their care."
24      Do you agree with the statements in
25      those -- in that paragraph?
180:01  A.  I agree with the statement in the
02      context that there be a complete network of
03      providers that can manage that care.  And the
04      management of patients by primary care physicians
05      is key to that success.

**Page Range:  180:08-180:17**

08      Q.  BY MR. STEIN:  Defendants' Exhibit 354
09      is marked BCI369264.  This is a July 16th letter,
10      2012, from Mr. Ettinger to Stuart Hirschfeld at
11      the FTC.  And again, take -- take as long as you
12      need to familiarize yourself with this letter.
13      My -- my first question is whether
14      you've seen this letter before?
15      A.  I have not.
16      Q.  Okay.
17      A.  Just looking at it, no.

**Page Range: 180:18-182:04**

     18    Q.  Okay.  So on the -- on the first
     19    page of this letter, at the very top, it says,
     20    "Dear Stuart:     You asked about whether the
     21    efforts by Saint Alphonsus to recruit additional
     22    physicians from outside the market is proving to
     23    be a viable strategy to offset the acquisitions
     24    by St. Luke's.  We believe that that is
     25    emphatically not the case.  There are many
182:01    reasons, some apply generally, and some vary by
     02    specialty, as explained below," and then you'll
     03    see the rest of the letter is divided into various
     04    specialties.
     05    So if you turn to page 2 of the letter,
     06    do you see there's a section on "Orthopedics"?
     07    A.  I see that, yes.
     08    Q.  Okay.  And that -- and I want to ask
     09    you again if you agree with the statements in
     10    the first paragraph of this letter -- of this
     11    section.
     12    It says, "There are a large number of
     13    orthopedic physicians in the Boise area. The
     14    problem is that St. Luke's employs the most
     15    popular, sought after groups.     Therefore,
     16    recruitment simply doesn't address Saint
     17    Alphonsus' competitive problem.  If it were to
     18    recruit new employed orthopedic surgeons to the
     19    area, they would likely simply compete,
     20    ineffectively, with the existing independent
     21    orthopedic surgeons.  There is no reason to
     22    believe that they could successfully win patients
     23    from the prestigious Boise Orthopedic and
     24    Intermountain Orthopedic groups."
     25    Do you agree with that assessment?
183:01    A.  Given our experience with Micron and
     02    the preference towards Boise Orthopedic and to
     03    some degree Intermountain physicians, I would say
     04    that it is a competitive problem for us.

**Page Range: 182:05-182:18**

     05    Q.  If you turn a couple more pages,
     06    page 4, there's a section titled "Cardiothoracic
     07    and Vascular Surgery."
     08    A.  Okay.
     09    Q.  And in that first paragraph, it says,
     10    "The one exception to the lack of success through

11 recruitment has occurred in cardiothoracic and
12 vascular surgery, where the recruited physicians'
13 patient count has exceeded those of the acquired
14 physicians they were intended to replace."
15 And is that accurate, based on your
16 understanding?
17 A.  Let me read the rest of it.
18 Q.  Sure .

**Page Range: 182:19-182:22**

19 A.  So the first paragraph is what you want
20 me to comment on?
21 Q.  Yeah.  Yes.
22 A.  I would agree with that.

**Page Range: 184:18-184:23**

18 Q.  So when the CVA surgeons left, that
19 didn't result in a net decrease in volume of
20 cardiovascular and thoracic cases to Saint Al's,
21 correct?
22 A.  I don't know the exact numbers, but I
23 would say that we're at least even.

**Page Range: 199:10-199:14**

10 Q.  And is there a timetable for being able
11 to pull data from independent physicians'
12 practices into Explorys?
13 A.  Not that I'm aware of, but it's a –
14 it's a passionate goal.