**TESTIMONY OF BLAINE PETERSEN**
Received on October 16, 2013
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et. al. v. St. Luke's Health System Ltd., et. al.*
Case No. 1:12-cv-00560-BLW

**Page Range: 8:03-8:03**

```
03  Q.  Good morning, Mr. Petersen.
```

**Page Range: 78:21-79:05**

```
   21 Q.  Have -- in your experience, have any
   22 of the payers in Idaho ever said to Saint Al's,
   23 you know, you guys are more expensive than so and
   24 so?
   25 A.  In my 20 years of negotiating
79:01 contracts, I would say every payer says that.
   02 Q.  Is that something you've heard?
   03 A.  Yes.  I've heard it from every payer
   04 here, and I've --
   05 Q.  Okay.
```

**Page Range: 79:08-80:06**

```
   08 THE WITNESS:  Yeah, I've heard it from every
   09 payer here just like I heard it from every payer
   10 in Colorado and Utah, Nebraska, Washington.  It is
   11 just a common statement.
   12 Q.  BY MR. STEIN:  So when a payer says
   13 something like that here at Blue Cross or Regence
   14 or somebody, do you -- do you get more information
   15 from them about what do you mean; how are we more
   16 expensive?
   17 A.  They've never shared data with me in my
   18 career.  They've never said I'm paying a hospital
   19 X hundred dollars for this DRG and I'm paying you
   20 105.  I've never seen that.  It is just a very
   21 common negotiating statement that we hear from
   22 payers.  I've never in my career had a payer say
   23 I'm paying you less than I pay your competitor
   24 either.
   25 Q.  So you don't give those statements a
80:01 lot of credence in the negotiating process
   02 A.  I -- no.  It is kind of the opening
   03 statements from both sides.  And I always -- you
   04 know, on our side, I always say, "Yeah, but your
   05 competitor pays me more than you do," so it is
   06 just kind of start the conversation.
```

**Page Range: 144:12-145:01**

```
   12  Q.  So if you wanted to see whether primary
   13  care physicians affiliated with St. Luke's were
   14  referring to Saint Al's, you would, what, look
   15  at -- look at the data and see who the patients'
   16  primary care physician is?
   17  A.  If it was -- if it was collected at
   18  admission, yes.
   19  Q.  And how consistently and accurately is
   20  that data collected at admission?
   21  A.  It is not perfect, but it is pretty
   22  good.  For those who are actually -- you know,
   23  there's a lot of people who don't have a primary
```

```
    24   care physician.  But if they have a primary care
    25   physician, they -- usually the patient
145:01   acknowledges it.
```

**Page Range: 146:07-146:13**

```
     7   Q.  BY MR. STEIN:  Are you familiar with
     8   the way that Saint Al's records inpatient and
     9   outpatient data?
    10   A.  As the CFO, I would not look at that
    11   detail.  I would only look at summary reports
    12   other people gave me.  So, no, I don't know how
    13   specifically it is done.
```

**Page Range: 147:08-147:16**

```
     8   If you wanted to identify referrals to
     9   Saint Al's from primary care physicians affiliated
    10   with St. Luke's, do I understand correctly that
    11   what you would do is go to Saint Al's data,
    12   identify the primary care physician where the
    13   doctor was a St. Luke's doctor and then look for
    14   those counters?
    15   A.  Yes.  We would look at the counters,
    16   compare it for different periods of time.
```

**Page Range: 167:18-167:22**

```
    18   Q.  BY MR. STEIN:  Defendants' Exhibit 224
    19   is marked ALPH049763, which is an E-mail
    20   exchange between you and Janelle Reilly, dated
    21   September 4th of 2011?
    22   A.  Um-hum.
```

**Page Range: 168:18-169:09**

```
    18   Q. And then in your response to her you
    19   say, in the second line, "BCI tells us that our
    20   charges and the reimbursement rates they pay us
    21   are higher than St. Luke's."
    22   Do you see that?
    23   A.  I do.
    24   Q.  What was the basis for that statement?
    25   A.  Just – I think we talked about this
169:01   this morning.  I think everyone says that, and so
    02   that -- they said that.  Whether it was true or
    03   not, I don't know.
    04   Q.  and who from Blue Cross has said that
    05   to you?
    06   A.  Jeff Crouch would probably be the
    07   individual.  He's the one we negotiate with, so it
    08   would have been in -- during those negotiation
    09   sessions.
```

**Page Range: 169:10-169:20**

```
    10   Q.  And how recently has Mr. Crouch told
    11   you that Blue Cross's charges and reimbursement
    12   rates are higher than St. Luke's?
    13   A.  You know, I don't think Jeff and I
    14   have had a conversation about this is a couple
    15   years.
    16   Q.  Have you heard anything more recent
    17   from Blue Cross about how -- more recent than
    18   September of 2011 as to how Saint Al's charges or
    19   rates compare to St. Luke's?
    20   A.  I have not.
```

**Page Range: 225:21-226:16**

```
    21   Q.  BY MR. STEIN:  Defendants' Exhibit 235
    22   is ALPH25405.  It is an E-mail from you to
    23   Elizabeth Duncan.  She's the director of public
    24   relations for Saint Al's; is that right?
    25   A.  Um-hum.  Right.
226:01   Q.  And this E-mail is dated October 24th,
    02   2012.  And you write, in part, "St. Luke's is
    03   really the little guy in the national scheme of
    04   things.  Having a larger Trinity and HCA as
    05   competitors really is not an enviable position to
    06   be in.  Nothing like fighting with two 800-pound
    07   gorillas."
    08   What did you mean by that?
    09   A.  I don't remember the -- the blog that
    10   I'm referring to that this refers to.  So I'm
    11   having a hard time -- I mean, her -- first, I
    12   think it was sent out it to me as a joke, and I
    13   wrote back.  But I don't -- I don't remember the
    14   blog.  You've given me something without the blog
    15   to refer to.  So I can't remember what he said
    16   that caused me to say that.
```

**Page Range: 227:01-227:04**

```
227:01   Q.  Fair enough.  There are large national
     2   organizations behind Saint Al's -- St. Luke's
     3   competitors in this market?
     4   A.  Yes
```