**TESTIMONY OF NANCY POWELL**
Received on October 21, 2013 for Viewing in Chambers
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et. al. v. St. Luke's Health System Ltd., et. al.*
Case No. 1:12-cv-00560-BLW

**Page Range: 327:13-328:02**

```
        13 At a certain point, were the surgeons
        14 the ones that were strongly advocating that a
        15 group hear a proposal from Saint Alphonsus for
        16 some sort of affiliation?
        17 A.  Yes.
        18 Q.  Okay.  And wasn't the -- was it your
        19 understanding that the surgeons main concern in
        20 these discussions was their ability to maintain an
        21 interest in the Treasure Valley Hospital?
        22 A.  Yes.
        23 Q.  and do you remember at any point
        24 referring to that as being -- as the surgeons
        25 being greedy in that -- in putting that
   334:01 sort of paramount in their discussions?
        02 A.  It sounds like something I would say.
        03 Q.  Okay.
```

**Page Range: 329:03-330:11**

```
         3 Q.  Before the surgeons purchased their
         4 interests in Treasure Valley Hospital, do you
         5 remember where they were doing the majority of
         6 their surgeries?
         7 A.  At Ambucare.
         8 Q.  What did you say?
         9 A.  Ambucare.
        10 Q.  Okay.  What about their -- their --
        11 those were their outpatient surgeries?
        12 A.  Correct.
        13 Q.  And what was Ambucare?
        14 A.  Ambucare was an outpatient surgery
        15 center that was owned by Mercy Medical Center
        16 and -- and a handful of independent physicians.
        17 Q.  And where was Ambucare located?
        18 A.  At Mercy North.
        19 Q.  In Nampa?
        20 A.  Yes.
        21 Q.  Okay.  And what happened to the
        22 surgical volume, the outpatient surgical volume
        23 after the surgeons purchased their interest in
        24 Treasure Valley Hospital?
        25 A.  What happened to the surgical volume
   330:01 where?
        2 Q.  Where --  where -- where did the
         3 Saltzer surgeons perform their outpatient
         4 surgeries after they purchased their interest in
         5 Treasure Valley Hospital?
         6 A.  Treasure Valley Hospital.
         7 Q.  And do you have a -- do you know
         8 approximately what percentage of their surgeries
         9 they shifted from Ambucare to Treasure Valley
        10 Hospital?
        11 A.  Ambucare closed.
```