## TESTIMONY OF THOMAS REINHARDT
Received on October 16, 2013
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et al. v. St. Luke's Health System Ltd., et al.*
Case No. 1:12-cv-00560-BLW


**Page Range: 7:03-7:05**

03    Q.  Would you please state your name for
04    the record again?
05    A.  Thomas Allan Reinhardt


**Page Range: 9:13-9:17**

13    Q.  Prior to August of 2012, what was your
14    position?
15    A.  I was the Assistant Vice President for
16    physician network development for Saint Alphonsus
17    Health System.


**Page Range: 10:14-10:23**

14    Q.  How long were you in the role of
15    physician -- Assistant Vice President for
16    physician network development?
17    A.  Since 2009, so approximately three
18    years.
19    Q.  What were you doing prior to that?
20    A.  I worked in the medical group in a
21    variety of roles.
22    Q.  SAMG?
23    A.  SAMG, yes.


**Page Range: 14:01-14:05**

01    Q.  Okay.  So when you were Assistant Vice
02    President of physician network development, you
03    said your responsibilities included practice
04    acquisitions?
05    A.  Yes.


**Page Range: 17:19-19:01**

19    Q.  And what -- what are the ways that
20    Saint Alphonsus would achieve alignment --
21    A.  Okay.
22    Q.  -- between physicians and Saint Al's?

1

```
23      A.  Sure.  Many ways.  There's kind of a --
24      we looked at it as a spectrum of alignment options
25      that extend on the one end from an independent
18:01   physician who simply has privileges at the
02      hospital and -- and is able to see patients at the
03      hospital and -- and refer into the hospital and,
04      you know, sort of provides that traditional
05      relationship, all the way up through employment by
06      the hospital, where they are actually an employee
07      of the hospital and they might either work at the
08      hospital or inside one of the Saint Alphonsus
09      branded practices.
10.     Q.  And what would determine the
11      alignment -- which type of alignment would be used
12      with respect to any particular physician or
13      practice?
14      A.  Sure.  Sure.
15      You know, largely, it was the
16      preference of the individual physician themselves.
17      Your know, Saint Alphonsus, we honestly didn't have
18      a strong preference whether a physician was
19      employed or independent.
20      In many cases, it was better if the
21      physician were to be independent.  It would
22      provide the physician with flexibility, and -- and
23      the hospital would still be able to have a
24      productive relationship with the physician, still
25      be aligned even though the physician is
19:01   independent
```

**Page Range: 19:02-19:23**

```
02      And that's the way that it has worked
03      for many years.  Over time, more and more
04      physicians have shown an interest in being
05      employed.  And in order to preserve the wholeness
06      of our network, to be able to continue to provide
07      that geographic coverage of -- of physicians in
08      the community and to make sure that we had access
09      to specialists within our network, then Saint
10      Alphonsus became more involved in acquisitions.
11      Q.  And over what period of time are you
12      talking about in terms of getting more involved in
13      acquisitions?
14      A.  Well, prior to 1999, Saint Alphonsus
15      employed just a handful, ten, I believe,
16      physicians, all -- all of them internal medicine
17      physicians.
```

18      And then since 1999, Saint Alphonsus
19      employed -- began employing more physicians,
20      including some through acquisitions.  And I
21      don't -- I don't know whether that trend was
22      higher or lower between '99 and 2006 versus since
23      2006.

**Page Range: 19:24-20:21**

24.      Q.  So when you came on board at -- at
25      Saint Al's, it was a couple of years after there
20:01    was -- it started to increase the number of
02      employed physicians; is that right?
03      A.  Yes.
04      Q.  And so what was your understanding for
05      why it was that the number of employed physicians
06      was increasing at Saint Al's, why Saint Al's was
07      employing more physicians?
08      A.  Yeah.  Well, as I mentioned before,
09      there was an increasing interest among physicians
10      to become employed.  And, you know, many of these
11      physicians were important to Saint Alphonsus
12      because they saw our own employees in their
13      practices.  They admitted patients to our
14      hospital.  They referred patients to specialists
15      who were admitted at our hospital.
16      And so it was important for Saint
17      Alphonsus to retain some kind of alignment with
18      those physicians.  And if those physicians didn't
19      want to be independent anymore, for whatever
20      reason, then we wanted an opportunity to consider
21      employing them.

**Page Range: 20:22-21:08**

22      Q.  And has the strategy of -- for
23      employing physicians by Saint Alphonsus changed at
24      all since you have been employed by Saint
25      Alphonsus?
21:01    A.  You know, not -- not substantially.
02      You know, I -- our -- my belief is still that, you
03      know, if a physician wants to remain independent
04      and -- and can sustain their practice being
05      independent, then that's a good thing for the
06      physician practice and we have -- still have the
07      ability to work productively with that physician
08      and would like to.

**Page Range: 23:15-23:20**

    15     Q.  BY MR. STEIN:  Are there any benefits
    16    that you're aware of to employing primary care
    17    physicians, in particular, versus working, your
    18    know, looser alignment with primary care
    19    physicians?
    20     A.  Yeah.

**Page Range:  23:22-24:09**

    22    THE WITNESS:  You know, I think – I think
    23    when we employ physicians, those physicians tend
    24    to interact more frequently with our hospital,
    25    with specialists who work at our hospital.
 24:01    And so -- so just by association they
    02    may end up referring more patients to specialists
    03    who work at our hospital.  But that is because of
    04    their more frequent interaction because they are
    05    employed.
    06    Q.  BY MR. STEIN:  What about any clinical
    07    or qualify-type benefits from employment?  Do
    08    you perceive there to be any benefits in that
    09    respect?

**Page Range:  24:14-24:24**

    14    THE WITNESS:  You know, I think -- all of
    15    our employed physicians are on the same computer
    16    network.  They can see the same medical records.
    17    And I think it is just easier for them to
    18    communicate bout patients that they share because
    19    now independent physicians can also access that
    20    information.
    21    But it just may be easier for employed
    22    physicians because, you know, that they are on the
    23    same network and they don't have to go through
    24    interfaces and so forth.

**Page Range:  24:25-25:04**

    25    Q.  BY MR. STEIN:  You had mentioned a few
 25:01    moments ago that one of the things that Saint Al's
    02    looks at in determining where to employ physicians
    03    is geographic coverage/ is that right?
    04     A.  Um-hum.

**Page Range: 26:02-26:19**

02    Q.  And when you look at a drive time
03    what is the drive tie that -- that Saint Al's has
04    used in order to determine coverage?  You know,
05    when you draw a bubble around your existing
06    practices.
07    A.  Sure.
08    MR. ETTINGER:  Are you asking as to primary
09    care physicians specifically?
10    MR. STEIN:  Yeah -- well -- yes, for primary
11    care physicians.
12    THE WITNESS:  Yeah.  And it is typically for
13    primary care that we do this, not so much for
14    specialists.  And we do rings, as you described,
15    the bubbles around the location -- 5, 10, 15
16    minutes.  15 minutes kind of being the -- 10 to
17    15 minutes being the target, if you will, for us
18    to say, well, that's reasonable access to a
19    primary care practice.

**Page Range: 33:21-34:02**

21    Q.  And ultimately, does the financial
22    analysis of a potential acquisition result in a
23    pro forma?
24    A.  Yes.
25    Q.  And the pro forma, is that -- is that
34:01    kind of the official best estimate of the likely
02    financial impact of the acquisition?

**Page Range: 34:04-34:12**

04    THE WITNESS:  We -- we make the best
05    estimates that we can at the time, based on
06    assumptions.
07    Q.  BY MR. STEIN:  Right.  I understand
08    they're estimates.  My question is the pro
09    forma -- does the pro forma ultimately reflect
10    what those best estimates are at the conclusion of
11    your evaluation process?
12    A.  Typically, yes.

**Page Range: 41:10-41:23**

10    Q.  What is the "Referral Center"?
11    A.  It's the -- the Resource Center?
12    Q.  I'm sorry.  The Resource Center.

13      A.  Yeah.  So the Resource Center is a call
14      center that Saint Alphonsus Medical Group employed
15      physicians have access to.  So for example, if a
16      family practice physician within SAMG wants to
17      refer a patient to a cardiologist, they can refer
18      that patient directly to the cardiologist, call
19      the cardiologist's office.
20      Or sometimes it is simpler for them to
21      call the Resource Center and ask the Resource
22      Center to arrange the referral for this patient to
23      a cardiologist.

**Page Range: 41:24-43:05**

24      So it is a way to -- to streamline and
25      make it easy for the primary care physician to
42:01   refer a patient to a specialist and then to have a
02      way to make sure that that appointment is made.
03      Q.  And what -- what physicians are
04      eligible to be part of the universe of physicians
05      who might get referrals from the Resource Center?
06      A.  Well, any physician can receive a
07      referral through the Resource Center.  If the
08      primary care physician calls, they can specify a
09      physician for the patient to see. I want this
10      patient to go to cardiologist John Doe or
11      whatever, just picking a random name.
12      Or they can say I just want this
13      patient to get into the next available
14      cardiologist appointment.
15      And then -- and in either case, the –
16      the telephone agent in the Resource Center will do
17      whatever the requesting physician asks.
18      Q.  So in the case where the referring
19      physician doesn't identify a specific physician to
20      be referred to and they just say this patient
21      needs to see a cardiologist or an orthopedic
22      surgeon --
23      A.  Yeah.
24      Q.  -- there will be a -- a list, in
25      essence --
43:01   A.  Yes
02      Q.  -- of surgeons that are eligible to --
02      or specialists that are eligible to receive a
03      referral that way; is that right?
04      A.  Correct.

**Page Range: 43:06-43:11**

06    Q.  And are St. Luke's employed specialists
07    in that -- in that list of physicians who are
08    eligible to get referrals that way or is that
09    limited to Saint Al's aligned physicians?
10    A.  It is limited to physicians on the
11    medical staff at Saint Alphonsus.

**Page Range: 46:08-46:16**

08    Q.  BY MR. STEIN: Mr. Reinhardt, what
09    involvement did you have in Saint Al's efforts to
10    recruit primary care physicians into the Nampa
11    area?
12    A.  In my role in physician network
13    development, I was the -- I oversaw the
14    recruitment effort.  I had three recruiters who
15    reported to me, and so I was very responsible for
16    that activity.

**Page Range: 47:15-47:20**

15    Q.  And how successful has Saint Al's been
16    in recruiting primary care physicians into the
17    Nampa market?
18    A.  It -- it varies.  Nampa is a more
19    difficult market to recruit into.  Typically, it
20    is easier to recruit patients into Boise.

**Page Range: 72:13-72:17**

13    What's the Saint Alphonsus Health
14    Alliance?
15    A.  It is our accountable care network that
16    is being developed and replaces the Advantage Care
17    Network that we discussed earlier.

**Page Range: 72:18-72:25**

18    Q.  And what involvement have you had in
19    the development of the Alliance?
20    A.  In the earlier stages of the Alliance
21    development, when we were just organizing, I
22    participated as a staff member on the -- on a
23    couple of committees. My involvement ended in
24    August of 2012 when I accepted my new
25    responsibilities in cardiovascular services.

**Page Range: 75:01-75:03**

01    Q.  And did you ultimately draft a
02    recommendation for participation in the Alliance?
03    A.  I did.

**Page Range: 75:12-76:12**

12    Q.  Yeah.  How did you determine in the
13    policy that you -- or the proposal that you
14    drafted who would be included --
15    A.  Yeah.
16    Q.  -- and who would be excluded from the
17    invitation to join the Alliance?
18    A.  Okay.  So several factors.  One is
19    would inclusion of a physician make the network
20    more complete, either by geography, number of
21    physicians that the patients would have to choose
22    from or specialty representation.  So completeness
23    of the network is -- is one of the important
24    factors.
25    Another one is alignment with
76:01    Saint Alphonsus.  The vision for the Alliance is
02    that we would be a network of providers, both
03    hospital and physicians and other entities that
04    would work together to provide care to patients
05    that was connected, continuous, integrated,
06    prevented the duplication of tests, provided
07    improved quality, and so forth.
08    So alignment with Saint Al's was
09    important because it allowed the physicians to be
10    connected to each other and to Saint Alphonsus
11    Hospital in providing better care to patients.  So
12    alignment was another -- another issue.

**Page Range: 77:09-78:05**

09    MR. STEIN:  When you say you were "asked to
10    draft the proposal," I just want to make sure I
11    understand what that means.  Does it mean you were
12    asked to essentially come up with a proposal for
13    the committee to consider or were you -- or was it
14    you were told, look, this is basically the
15    criteria we would like to see in the policy and
16    then you were asked to formalize that?
17    Do you understand the distinction.
18    A.  I do understand the distinction.  So I

8

19     participated in discussions with a broader
20     committee about, you know, who would be included,
21     pros and cons.  And we batted around the question
22     of whether St. Luke's employed physicians would be
23     in or out, but there was no decision at the
24     committee and no direction to me about whether
25     they should be included or excluded.
78:01     But I was asked to -- to come away,
02     take the input, weigh it out, get together with
03     Greg Sonnenberg offline and the two of us would
04     come up with a specific recommendation that we
05     would then give to Dr. Brown for his feedback.

**Page Range: 78:06-78:10**

06     Q.  Okay.  And so that policy was then --
07     but the policy that you drafted was based on
08     discussions and feedback that you had had with the
09     other committee members at some point preceding
10     the development of the written policy?

**Page Range:  78:12-78:13**

12     THE WITNESS:  As well as -- as my own
13     thoughts and input with Greg Sonnenberg.

**Page Range: 78:14-81:21**

14     Q.  BY MR. STEIN:  And at the time that you
15     were considering the -- this invitation policy, it
16     was also known that Saltzer Medical Group was on
17     the path to affiliating with St. Luke's; is that
18     right?
19     A.  I'm just trying to think about the
20     timing of it.  It was August of 2012.  Yeah, we
21     knew that that was a very strong possibility.
22     Q.  So do you recall were there discussions
23     about whether Saltzer should be included in the
24     list of physicians invited to join the Alliance?
25     A.  You know, we -- what we wanted to do
79:01     was develop criteria for what would include a
02     physician in the Alliance without mentioning, you
03     know, specific entities or physicians or groups in
04     particular.
05     And so for that reason, we didn't call
06     out Saltzer other than to say here is the criteria
07     we recommend, and then Saltzer would either fit it
08     or not.

09      But to -- to your question, you know,
10      we did say, okay, let's -- let's -- after we
11      developed -- after Greg and I developed the
12      criteria that we proposed, said, okay, now how
13      would different groups fit into this.
14      If Saltzer is -- remains independent,
15      which is what we hoped that they would do, then
16      they would -- they would fit into this and be
17      invited in to join the Alliance.
18      If they were to become owned by
19      St. Luke's and employed or contracted through a
20      PSA with St. Luke's, then this criteria that
21      Greg and I recommended would exclude them from the
22      network.
23      And that -- that was a very difficult
24      call for us to make because we knew that including
25      them in the network would really make it a much
80:01   more robust network.
02      It would be satisfying to many of our
03      key stakeholders, such as our own employees, many
04      of whom use Saltzer physicians. And it would make
05      our network so much more complete, especially in
06      Nampa where they represented such a huge chunk of
07      the primary care base.
08      On the other hand, you know, the
09      Alliance was a highly strategic plan for us.
10      And any member of the Alliance, which would
11      include -- and if we allowed St. Luke's employed
12      docs in there, like Saltzer if they became
13      employed by St. Luke's, they would have access to
14      a great deal of sensitive and strategically
15      important information, such as our growth
16      strategy, marketing plans to -- to employers and
17      payers, our fee schedules, and our internal
18      mechanisms on how we would share quality data,
19      improve quality, and clinical protocols and
20      pathways.
21      And those kinds of things would all
22      become -- basically, we would be handing that over
23      to our competitor.  And so, you know, we struggled
24      with that.  That was a hard call.
25      At the end of -- of that initial
81:01   draft though, Greg and I felt like, yeah, on the
02      balance, we should probably exclude St. Luke's
03      docs.
04      Feedback I got from Dr. Brown was, you
05      know, I see where you're coming from, but we
06      should include them -- we should give ourselves

07     the flexibility to include St. Luke's employed
08     docs by exception.  And so that -- that's the
09     feedback he gave us, so I revised the document to
10     reflect that.
11     Q.  By "exception," meaning that the
12     default rule would be that St. Luke's docs would
13     not be invited to join the Alliance, but the
14     board could make an exception to that general
15     rule?
16     A.  Yes.
17     Q.  And do I understand correctly then that
18     if -- and that would be the same rule that would
19     be applied to the Saltzer doctors if they
20     affiliated with St. Luke's?
21     A.  Yes.

**Page Range: 81:22-82:02**

22     Q.  Okay.  So you developed this proposal.
23     Dr. Brown provided comments.  You modified it.
24     And then what came of that proposal?
25     A.  I don't know.  That was really the last
82:01   act of mine in that former role as the physician
02     network development director.

**Page Range: 107:25-108:04**

25     Q.  BY MR. STEIN:  Defendants' Exhibit 268
108:01  is ALPH679277.  It is an E-mail from you, dated
02     October 20th of 2011 to Sharon Job.  Let me know
03     when you've had a chance to look at this.
04     A.  Okay.

**Page Range: 108:05-108:21**

05     Okay.  I've had a chance.
06     Q.  So at the bottom of the page, there's
07     an E-mail dated October 7, 2011, from Sharon Job.
08     And she's the Director of Quality for SAMG?
09     A.  So Sharon Job is, or at least was at
10     that time, yes.
11     Q.  And she says, "Dr. Steve Brown will be
12     coming to the lead nurse meeting to discuss
13     referrals . . ."  What is the "lead nurse
14     meeting"?
15     A.  The Saint Alphonsus Medical Group has
16     many nurses employed in our clinics throughout the
17     valley.  And so for each clinic, there's a lead

18      nurse, and so they get together periodically, I
19      think once a month, to discuss nursing issues and
20      other -- other items of importance to nursing in
21      the clinic.

**Page Range: 111:17-113:10**

17      Q.  I think so.  So in the next paragraph
18      you say, "April, Eric, and Jennifer:  The message
19      is that every referral matters.  It may seem
20      harmless to give a patient the choice of
21      St. Luke's for a mammogram.  But if you follow the
22      money, mammograms generate income.  If there's a
23      tumor, the biopsy, surgery, chemo, radiation, and
24      all follow-up care that results will also go to
25      St. Luke's."
112:01  So what is it that you were conveying
02      there?
03      A.  What I was conveying there is that --
04      so, again, so this is a nurses' -- a lead nurse
05      meeting.  The nurses are -- are often directed by
06      the physician that they are working with to get a
07      patient in for a mammogram or a referral to a
08      cardiologist and so forth.
09      And the physician often leaves that up
10      to the nurse to finish that referral or set that
11      test or mammogram, for example in this case, up
12      for the patient.  And the nurse may be going
13      into it, and the physician too, thinking, well, it
14      doesn't really matter where you get your
15      mammogram, just go get one.  I mean -- and that is
16      the important thing is that they get that
17      important test, and they may not be thinking that
18      it is important to get that within the Saint
19      Alphonsus system.
20      So the message here was it may seem
21      harmless to -- to let that patient, you know, just
22      go wherever they want.  And certainly, ultimately,
23      the patient does get to make that choice.  But if
24      we're going to make a recommendation, here is why
25      it is important to recommend a Saint Alphonsus
113:01  facility.  And it is maybe just talking about the
02      mammogram or it may be talking about more if the
03      mammogram should unfortunately identify a problem
04      that needs follow-up care and that we have the
05      capabilities within Saint Alphonsus to provide all
06      of the follow-up care for that patient in a very
07      high-quality way and that they -- that the nurse

08      and the physician should be thinking about that
09      when they make this referral for what they think
10      is just a one-time test.

**Page Range: 113:11-113:21**

11      Q.  So when you say "it may seem harmless
12      to give the patient the choice of St. Luke's for a
13      mammogram," isn't that conveying that giving them
14      the choice of St. Luke's for a mammogram is – is
15      harmful?  It is not something they should be
16      doing?
17      A.  They -- the point was that they may
18      not realize that that has -- that may have real
19      financial negative consequences to Saint Alphonsus
20      Health System by making that referral to a
21      St. Luke's mammogram.

**Page Range: 114:15-114:24**

15      Q.  BY MR. STEIN:  Defendants' Exhibit 269
16      is ALPH679140.  It is an E-mail from you, dated
17      October 13th, 2011, to Steve Brown, Blaine
18      Petersen, Rodney Reider, and Sally Jeffcoat?
19      A.  Yes.
20      Q.  And you're reporting here on some
21      discussions that you've had with representatives
22      of Treasure Valley Pediatrics; is that right?
23      A.  One of their physicians I talked to,
24      yes.

**Page Range: 115:10-115:25**

10      Q.  And am I correct, she told you that the
11      driving motivation for their decision to become
12      acquired and fully employed by St. Luke's was
13      their desire to implement EMR and the unacceptable
14      expense of doing so on their own?
15      A.  Yes.
16      Q.  Okay.  And "EMR" is electronic medical
17      record?
18      A.  Yes.
19      Q.  Do you recall anything else more
20      specific about what she told you?
21      A.  Well, just what it says here was that
22      the -- that they -- the pediatricians liked the
23      Epic system and that -- the fact that's what
24      St. Luke's would have them convert to was a good

25      thing for them.

**Page Range: 124:08-124:12**

08
09
10      **<u>REDACTED</u>**
11
12

**Page Range: 126:03-127:01**

03
04      **<u>REDACTED</u>**
05
06
07      A.  Yes.
08      And it says, "This requirement shall
09      only apply to that portion of physician's practice
10      subject to that" -- "to this agreement.    In
11      furtherance of quality of care, continuity of
12      care, and to foster the exchange of information,
13      in rendering service to patients pursuant to this
14      agreement, physician shall refer patients to a
15      Trinity Health hospital or a wholly owned
16      corporate family member of such hospital for
17      health care services unless an exception exists,"
18      and then it lists three exceptions.
19      Do you see that?
20      A.  Yes.
21      Q.  Is this provision a standard provision
22      of the Saint Al's employment contracts?
23      A.  More or less, yes.
24      Q.  Okay.  Any modifications that you're
25      aware of?
127:01      A.  Not that I'm aware of.

**Page Range 127:14-128:06**

14      Q.  And how is it that keeping referrals
15      within the Saint Alphonsus system would further
16      those goals -- the quality of care, continuity of
17      care, and fostering the exchange of information?
18      A.  Sure.  You know, the -- Dr. Ramsey
19      participates -- his office is on campus at Saint
20      Alphonsus.  Easier for him to get to and care for
21      patients who are there on-site; more difficult if
22      he has to travel to other facilities a great

23    distance away.  His familiarity with the
24    hospitalists and cardiologists and other
25    physicians that he interacts with on a daily basis
128:01    makes communication about patients easier.
02    And -- and so it is -- and then
03    certainly the fact that they all access the same
04    EMR and information system on a daily basis makes
05    that communication easier, quicker, more
06    efficient, and therefore, more effective.

**Page Range: 134:04-134:22**

04    Q.  Is the Nampa area like Boise, or what's
05    your view on the population of PCPs there?
06    A.  Yeah.  So this is another point that I
07    make here is that we need to be specific not only
08    about the geography, but also about the specialty
09    type.
10    So PCP, primary care provider is a
11    broad category. It includes, in my definition,
12    family practice, internal medicine, pediatrics,
13    and OB-GYN, those four primary care specialties.
14    So we actually have to look at it that
15    precisely that within each market, and sometimes
16    within each neighborhood, we need to look at the
17    accessibility of each of those four types of
18    primary care providers.
19    So in Nampa, as an example, Nampa
20    seemed adequately served for family practice, but
21    not adequately served for OB and pediatrics, as an
22    example.

**Page Range: 135-09-136:14**

09    Q.  So when Saint Al's -- Saint Al's, when
10    you were in charge of -- of recruitment, am I
11    right that you would typically have targets for
12    the category of primary care physician?
13    A.  Yes.
14    Q.  And were there -- did you further
15    subcategorize within there and say, well, of the
16    primary care physicians, we want to recruit, you
17    know, "X" number of those need to be family
18    medicine, "X" number of those need to be internal
19    medicine?  Or were you just concerned about
20    whatever combination of those got you to your
21    total number?
22    A.  No.  We -- we wanted to go specialty by

23      specialty.  So certainly, you know, we couldn't
24      swap out a pediatrician for an OB-GYN or vice
25      versa.    So OB-GYN is absolutely we needed this
136:01  many in this market, and we would be very
02      specific.  Same with pediatrics.
03      But because it was so difficult to
04      recruit internal medicine physicians and
05      there's -- there's a great overlap of service
06      between internal medicine physicians and family
07      practice physicians, that we would often use – if
08      we could recruit a family practice physician when
09      we really wanted an internal medicine physician,
10      we would still recruit the family practice
11      physician in most cases because we knew that they
12      could still care for a large number of the
13      patients that an internal medicine physician can
14      care for.