**TESTIMONY OF MICHAEL ROACH**
Received on October 10, 2013
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et. al. v. St. Luke's Health System Ltd., et. al.*
Case No. 1:12-cv-00560-BLW

**Page Range: 6:21-6:21**

```
        21  Q.  Good morning, Dr. Roach.  Will you
```

**Page Range: 17:24-18:09**

```
        24  Q.  Can you just give me a brief overview
        25  of your background, starting with, you know --
   18:01  let's start with your educational history?
        02  A.  I went to medical school at St. Louis
        03  University, 1983 to '87.  Did my family practice
        04  residency from 1987 to 1990 at St. Joseph's
        05  Hospital in Phoenix and then have been in private
        06  practice since.  Joined Saint Alphonsus Medical
        07  Group in 1999, and I have held the various
        08  administrative roles with them, most recently,
        09  Executive Medical Director of Primary Care.
```

**Page Range: 126:04-128:02**

```
        04  Q.  Were you involved in -- in any
        05  discussions as to why to treat the specialists'
        06  contracts differently than the primary care
        07  contracts?
        08  A.  Yes.
        09  Q.  And what was the reason that you --
        10  that was given?
        11  A.  Well, I think it has to do with --
        12  probably mainly to do with the investment in
        13  certain specialists and the effect on your
        14  market if they leave.  So some retain their
        15  noncompetes.
        16  Q.  And can ou just explain for me what
        17  you mean by the "investment" in those specialists
        18  and what the effect is on the market if those
        19  specialists leave?
        20  A.  Well, in general, specialists cost more
        21  to recruit and pay.  We compensate them far more
        22  than primary care.  So you have a bigger up-front
        23  investment.
        24  Q.  And what about the -- your reference to
        25  what it does to your market if they leave?
  127:01  A.  Well, I mean, any medical group or
        02  hospital has the potential if they have a
        03  specialist leave to lose that -- that volume, that
        04  revenue.  It is not unique to Saint Al's.
        05  Q.  Right.  And that -- but that's the same
        06  if a primary care physician leaves.  You would
        07  lose that volume too, correct?
        08  A,  Correct -- perhaps, or you might absorb
        09  it, depending on the situation.
```

```
10  Q.  And what is -- why was the specialists'
11  volume, at least with respect to the noncompete,
12  treated differently than the primary care volume?
13  A.  Well, again, it depends on the
14  specialist, whether or not you have additional
15  specialists who can absorb that business or not.
16  In general, primary care volume is more
17  easily maintained.  I don't know if it is more
18  easily maintained, but you generally have more
19  primary care that can absorb those patients.  It's
20  not always the case with specialists.
21  Q.  So if you have a specialist that is
22  doing something that others are not, it is harder
23  to absorb that volume; is that correct?
24  A.  Well, if you have a specialist who has
25  a very unique skill or – then it's much more
128:01  difficult to replace.
02  Q.  Okay.
```

**Page Range: 137:11-137:15**

```
11  Q.  BY MR. SCHAFER:  Okay.  Dr. Roach,
12  you've been handed Defendants' Exhibit 73, which
13  is Bates-labeled ALPH00696750.  And this is a
14  letter, an unsigned letter from you to Black
15  Canyon Family Medicine, dated December 20th, 2011.
```

**Page Range: 137:20-137:22**

```
20  Q.  And did you ever send this letter, to
21  your recollection?
22  A.  Yes.
```

**Page Range: 138:02-139:19**

```
02  And I want to focus on the second
03  paragraph in the letter where you write, or you
04  and Mr. Reinhardt co-write, "As health care reform
05  initiatives, quality outcome measures, information
06  technology use, and performance-based
07  reimbursement continue to evolve, it seems every
08  stakeholder in the health care arena is being
09  called to evolve and undergo transformation.
10  Just stopping with that sentence, did
11  you believe that sentence was accurate at the time
12  you wrote it?
13  A.  Yes.
14  Q.  And do you believe that sentence is
15  accurate today?
16  A.  Yes.
17  Q.  And why is that?
18  A.  Well, there -- there's a change in
19  communication, changing reimbursement in medicine.
20  Q.  And how does that call for
21  transformation?
22  A.  Increased emphasis on quality and
23  value.
24  Q.  Your next sentence here says, "I
25  believe our partnership and the opportunity to
139:01  deeply integrate Black Canyon Family Medicine into
02  Saint Alphonsus through acquisition and employment
```

```
03   will strengthen all aspects of building and
04   evolving our health care system."
05   Did you believe that sentence was
06   accurate when you wrote it?
07   A.   Yes.
08   Q.   Do you believe it is accurate today?
09   A.   Yes.
10   Q.   And what did you mean by "deeply
11   integrated."
12   A.   Well, get them involved in our
13   communication network, get them hooked into our
14   quality initiatives, quality tracking, quality
15   measurement.
16   Q.   And the way you planned to do that on
17   here was to – through acquisition and employment,
18   correct?
19   A.   Correct.
```

**Page Range: 139:20-139:25**

```
20   Q.   And you thought that deeply integrating
21   them through acquisition and employment would
22   "strengthen all aspects of building and evolving
23   our care delivery system."  How did you think that
24   that -- that goal would result from their
25   acquisition and employment?
```

**Page Range: 140:04-140:10**

```
4    THE WITNESS:  Okay.  Well, the way I read
5    that second line is that deeply integrate in this
6    context with this group does refer to acquisition
7    and employment, because that was the nature of the
8    discussion with this group.  But it is not a
9    necessity to deeply integrate to be acquired and
10   employed.
```

**Page Range: 140:11-140:18**

```
11   Q.   BY MR. SCHAFER:  Do you believe that
12   Saint Al's is deeply integrated with any
13   non-employed physicians?
14   A.   I couldn't answer that.  Because,
15   again, I don't know all of the relationships we
16   have with specialists, and, you know, their ties
17   with Bob Polk and the hospital on quality
18   initiatives, et cetera.  I can't address that.
```

**Page Range: 141:14-141:19**

```
14   Q.   BY MR. SCHAFER:  I would like an answer
15   to my question, which is can you identify as you
16   sit here any physician or physician practices that
17   are deeply integrated with Saint Alphonsus outside
18   of an employment context?
19   A.   No.
```

**Page Range: 181:10-182:10**

```
10  Q.  Okay.  And you referenced that - I
11  think you said recently some of the
12  language has changed to encourage keeping
13  referrals in the system, correct?
14  A.  Yes.
15  Q.  Outside of that contract language, is
16  that sort of a general goal of Saint Al's, to keep
17  referrals within the system?
18  A.  I would say yes.
19  Q.  And why is that?
20  A.  Well, I think that any health system
21  has that as a goal to keep referrals within the
22  network.  We provide, you know, good quality care
23  in a lot of areas.  We feel like we provide as
24  good or better care than can be gotten outside
25  the system, so we feel like that's the best
182:01 service.
2  Q. And in your opinion, are there any
3  benefits as far as continuity of care of keeping a
4  patient within the same system?
5  A. Yes.  I believe there are benefits.
6  Q. And what do you think those benefits
7  are?
8  A. Well, you have immediate access to
9  labs, specialty reports, X-ray reports,
10  connectivity.
```

**Page Range: 201:21-202:07**

```
21  Q.  Have you ever heard of or referred to
22  a goal of "tightening up referrals within
23  network"?
24  A.  Yes.
25  Q.  Okay.  And what does that mean, to
202:01  "tighten up referrals in network"?
2  A.  Reduce the number of referrals that go
3  out of network.
4  Q.  And I think we -- I probably asked you
5  some version of this question for -- yeah, I'm
6  pretty sure I asked you earlier -- is that a goal
7  of Saint Al's, to tighten up in network referrals?
```

**Page Range: 202:09-202:25**

```
9  THE WITNESS:  Much of this anticipates what
10  payers will expect and require down the road.
11  They will expect you to know this, and they will
12  expect you to keep patients within your network,
13  if you have an exclusive contract with them, to
14  reduce their costs.  So a lot of this is done in
15  anticipation of that, which is occurring
16  currently.
17  So, you know, yes, it is a strategy,
18  and it may be something that health care systems
19  are required to have in place and required to
20  provide.
21  Q.  BY MR. SCHAFER:  And is that something
22  that, at least from your purview, you've seen as
23  being something that payers have started
```

```
            24  requesting or demanding?
            25  A.  Yes.
```

**Page Range: 203:01-203:04**

```
             1  Q.  Which payers?
             2  A.  Micron
             3  Q.  Anyone else?
             4  A.   Not that I'm aware of.
```

**Page Range: 222:06-222:14**

```
             6  Q.  You've been -- so putting aside the EHR
             7  question, have you been involved in discussions
             8  with respect to Saint Al's trying to grow market
             9  share?
            10  A.  Yes.
            11  Q.  And what is Saint Al's goal in that
            12  respect?
            13  A.  Beyond growing market share, I don't
            14  know.
```

**Page Range: 250:20-251:03**

```
            20  So when Saint Al's has tried to tighten
            21  up referrals, what -- what has it done to try to
            22  reduce the number of referrals that go out of
            23  network?
            24  A.  Educate providers and encourage them to
            25  use network providers.
        251:01  Q.  Okay.  Any effort to force them to use
             2  network providers?
             3  A.  No.
```

**Page Range: 254:17-254:18**

```
            17  And my question is is it necessarily
            18  easy to replace a primary care physician, or not?
```

**Page Range: 254:20-254:21**

```
            20  THE WITNESS:  No, it is not necessarily easy
            21  to recruit primary care.
```