# TESTIMONY OF DR. GEOFFREY SWANSON
Received on September 27, 2013
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et. al. v. St. Luke's Health System Ltd., et. al.*
Case No. 1:12-cv-00560-BLW

**Page Range:** 7:13-7:22

| | | |
|---|---|---|
| 7:13 | Q. | Dr. Swanson, can you please state your |
| 7:14 | | full name for the record. |
| 7:15 | A. | Geoffrey Norman Swanson. |
| 7:16 | Q. | And your current business address? |
| 7:17 | A. | 1500 Shoreline, I believe, is the |
| 7:18 | | correct address. |
| 7:19 | Q. | Boise? |
| 7:20 | A. | In Boise. |
| 7:21 | Q. | And your current employer? |
| 7:22 | A. | The St. Luke's Health System. |

**Page Range:** 12:20-14:2

12:20   Q.  Can you describe your title and
12:21   responsibilities for the record?
12:22   A.  My title at the St. Luke's Health
12:23   System?
12:24   Q.  Correct.
12:25   A.  I am the system vice president of
13: Page 13
13: 1   clinical integration.  The duties of that are
13: 2   widespread and involve interrelations with the
13: 3   Executive Medical Director, the Chief Quality
13: 4   Officer, a number of physicians, a number of
13: 5   administrative staff, a number of leadership in
13: 6   the -- the function of that.
13: 7   Q.  Do you have any other titles aside from
13: 8   clinical integration?
13: 9   A.  For the St. Luke's Health System, no.
13:10   Q.  Do you have titles other than for the
13:11   St. Luke's Health System?
13:12   A.  I am a physician, and so there's that
13:13   title as well.  I am the president of Select
13:14   Medical Network and the chair of the BrightPath
13:15   organization, chair of the board of directors.
13:16   Q.  And we'll get into Select and
13:17   BrightPath in a little bit.  Just so the record is
13:18   clear, is Select part of the St. Luke's Health
13:19   System?

13:20   A.  It is.  At this time, it is a wholly
13:21   owned entity of the St. Luke's Health System.
13:22   Q.  And is BrightPath part of the St.
13:23   Luke's Health System as well?
13:24   A.  No.
13:25   Q.  That is a separate legal entity?
14: Page 14
14: 1   A.  Correct.  I believe Select is also a
14: 2   separate legal entity as well.


**Page Range:**    69:11-69:18

69:11   Q.  I'm going to jump ahead a little bit
69:12   again.  You have a series of bullets in the middle
69:13   of this same page.  I guess I -- I believe it is
69:14   the fourth bullet, which reads "a critical mass of
69:15   providers is necessary to deliver appropriately
69:16   managed comprehensive care to a population."
69:17   Do you see that?
69:18   A.  I do.


**Page Range:**    69:19-71:9

69:19   Q.  Can you explain what you meant by
69:20   "critical mass of providers"?
69:21   A.  You have to take it in context with
69:22   the rest of the process, which this -- or the rest
69:23   of the paragraph, which this was intended to talk
69:24   about the driver of cost being the sponsoring
69:25   event, rather than poor quality care.
70: Page 70
70: 1   We may indeed have poor quality care
70: 2   issues that need to be managed, but particularly
70: 3   from the public's perspective, the governmental
70: 4   perspective, the continued escalation of cost is
70: 5   the burning platform.  It is the problem to be
70: 6   solved.
70: 7   And so as you move down that process,
70: 8   the critical mass of providers is necessary to
70: 9   deliver the managed comprehensive care.  This
70:10   comes back, I think, to your question about
70:11   physician alignment.
70:12   By critical mass of providers, you
70:13   have to have enough providers put together in a
70:14   workable way that starts the process, that acts as
70:15   the nidus, if you will, for the transformative

70:16   process.
70:17   And I speak again to my experience of
70:18   trying to pull the process together without having
70:19   that nidus, without having that -- that core
70:20   critical mass of providers to start the process is
70:21   not successful in the embodiment of the Triple
70:22   Aim.
70:23   Once again, there are other entities in
70:24   the country that have achieved, perhaps, the
70:25   protection of clinical integration, but have not
71: Page 71
71: 1   been as what I would think, from my own
71: 2   perspective, would be material to achieve what the
71: 3   outcome is.  Which is really the Triple Aim, the
71: 4   process of achieving something very different than
71: 5   what we currently have.
71: 6   And I think we need to think very
71: 7   innovatively about how care delivery should be
71: 8   rendered, how should you manage the population's
71: 9   health.


**Page Range:      71:10-71:15**

71:10   Q.  And has St. Luke's identified what that
71:11   critical mass is?
71:12   A.  Not to my knowledge.  I'm not sure if
71:13   it is a definition or if it is amorphous concept
71:14   that you have to have enough critical mass.  But
71:15   what that is I'm not sure is quantifiable.


**Page Range:      110:13-111:22**

110:13   Q.  And I guess the same question then is
110:14   how will St. Luke's know when it has achieved
110:15   accountable care?
110:16   A.  I think that is a dynamic process.  I
110:17   think you have measures of success as you go
110:18   through this, and I think that the stakeholder
110:19   process that we envision is going to have to help
110:20   define some of those things.
110:21   I think as we looked at this initial
110:22   strategy document, I think cost is an issue.  That
110:23   we need to address a population management cost
110:24   that is not compartmentalized in some of the cost
110:25   shift and these issues that we talk about, but it
111: Page 111

111: 1    truly is what's the population cost.
111: 2    And I think there are other metrics of
111: 3    success that are not cost-oriented, that are not
111: 4    also provider- or facility-centric:  The
111: 5    measurements of the health of the population,
111: 6    things that we alluded to earlier about obesity
111: 7    management, the prevalence of diabetes, can people
111: 8    access care.
111: 9    So I think there's a host of metrics,
111:10    and those are probably going to continue to evolve
111:11    as we go through stuff.
111:12    I think we do have some metrics of
111:13    success now, that we have improved access.  We
111:14    have a patient centeredness survey that looks, I
111:15    think, fairly robustly at our ability to intervene
111:16    in the way that we render care and to start to get
111:17    at how do you measure something and put a process
111:18    in place and then improve upon it.
111:19    But, once again, this is an evolution
111:20    that requires a Herculean amount of infrastructure
111:21    and resource application and change management to
111:22    be effective.

**Page Range:    111:23-112:1**

111:23    Q.  So as you sit here today, you're not
111:24    sure what metrics will ultimately be used to
111:25    determine whether St. Luke's has achieved
112: Page 112
112: 1    accountable care; is that right?

**Page Range:    112:3-113:3**

112: 3    THE WITNESS:  I'm not sure anybody can
112: 4    predefine what the future is.  I think we have
112: 5    some pretty good ideas at least about interim
112: 6    measures that start to hold ourselves accountable,
112: 7    if you will, towards that transformation.
112: 8    Q.  BY MR. HERRICK:  And as you sit here
112: 9    today, there's no specific timeline for when
112:10    St. Luke's will achieve accountable care; isn't
112:11    that right?
112:12    A.  I think there are a number of robust
112:13    timelines.  Whether they are achievable or not is
112:14    perhaps a more material question.
112:15    So in this document that -- that we

112:16   looked at earlier, and it is a draft document
112:17   that -- that -- we looked at 2014, I would submit
112:18   to you that that's not going to be achievable,
112:19   that there's more work involved as this process is
112:20   unfolded.
112:21   Would we be in a position of delivering
112:22   more accountable care in 2014? I think so. Would
112:23   we be even more able to deliver accountable care
112:24   in 2015? I think so. Will we be done by 2020?
112:25   I -- I don't know the answer to that. That window
113: Page 113
113: 1   is too far outside of my horizon from dealing with
113: 2   the details of how you accomplish this
113: 3   transformation.

**Page Range:    113:25-114:25**

113:25   Q.   Does St. Luke's ability to be an
114: Page 114
114: 1   accountable care organization depend on a certain
114: 2   threshold of employed physicians, in your mind?
114: 3   A.   I'm not sure the -- the -- the strategy
114: 4   for accountable care does, but certainly I think
114: 5   the operations does.
114: 6   And, once again, I say this from my
114: 7   historical experience of trying to execute on
114: 8   pulling a wide variety of providers together
114: 9   with the philosophical commonalities and the
114:10   operational process to make it happen. And
114:11   perhaps I'm just ineffective, but was unable to
114:12   achieve that.
114:13   So I come back to that discussion we
114:14   had about the nidus, that the infrastructure, the
114:15   application of resource has to occur in order to
114:16   achieve what we're intending to achieve.
114:17   And the achievement is more than
114:18   clinical integrations and the raw, I think,
114:19   delineation of the ability to say that you've
114:20   met the metric for clinical integration to
114:21   collectively negotiate. In my mind, that is only
114:22   a part of the process.
114:23   The true process, the true outcome that
114:24   is the intent to achieve is that of delivering
114:25   accountable care to your population.

**Page Range:**     115:1-115:9

115: 1   Q.  So how many employed physicians does
115: 2   St. Luke's -- Luke's need to have to achieve
115: 3   accountable care?
115: 4   A.  I -- once again, I think this is part
115: 5   of the process.  I don't think that -- that --
115: 6   that St. Luke's can achieve accountable care
115: 7   purely in an employed model.  But St. Luke's has
115: 8   to have the nidus of providers in order to
115: 9   precipitate the change.

**Page Range:**     115:10-115:16

115:10   Q.  You've used the word "nidus" I think at
115:11   least a dozen times.  Why don't we define it on
115:12   the record, just so it is clear.
115:13   A.  So a nidus -- and we've talked about
115:14   this offline -- is -- is the start of the
115:15   generation, and it is used meteorologically as a
115:16   speck of dust that allows a snowflake to form.

**Page Range:**     116:3-116:24

116: 3   So you don't have a specific number in
116: 4   mind for how many employed physicians St. Luke's
116: 5   needs to have to achieve accountable care; is that
116: 6   correct?
116: 7   A.  It takes enough physicians in a -- in
116: 8   an environment that is conducive to put the
116: 9   infrastructure in place, that is conducive to show
116:10   the change management, that is conducive to act as
116:11   the pilot process, if you will, for how the change
116:12   occurs.  How would an independent provider look at
116:13   going cold turkey from fee-for-service,
116:14   volume-based reimbursement to one of value-based
116:15   reimbursement?
116:16   That magnitude of change, in my
116:17   opinion -- my professional opinion as well as my
116:18   administrative position -- that amount of change
116:19   is not achievable without the ability to
116:20   demonstrate how it works to bring like-minded
116:21   philosophies together, to have the ability to fail
116:22   in a way that -- that in the independent,
116:23   fragmented world that health care has historically
116:24   been in is simply not achievable to do.

**Page Range:** 116:25-117:6

116:25  Q.  Does St. Luke's currently have enough
117: Page 117
117: 1  employed physicians to do what you just described?
117: 2  A.  I don't know the answer to that.  We
117: 3  are not there yet.  We have not yet been able to
117: 4  completely accomplish this engagement process.  It
117: 5  is a process of evolution.  It is moving in a
117: 6  direction at this point in time.


**Page Range:** 194:24-195:6

194:24  Q.  BY MR. HERRICK:  All right.  Why
194:25   don't we just turn to a document.  We'll mark as
195: Page 195
195: 1  Plaintiffs' Exhibit 127 an E-mail from
195: 2  Dr. Swanson, dated December 5th, 2012, to
195: 3  Dr. Souza, Dr. Fortuin, Dr. Steven Kohtz, and
195: 4  Dr. Kurt Seppi.  It has been Bates-marked
195: 5  SLHS1093741 and also previously marked PX289.


**Page Range:** 216:18-217:7

216:18  Q.  If you could look at the next
216:19  paragraph, about halfway through that paragraph
216:20  the sentence beginning "my pushback."  Do you see
216:21  that?
216:22  A.  Okay.
216:23  Q.  "My pushback on just organizing the
216:24  SLC is that the problem of engaging physicians in
216:25   the SLC is very similar to that of engaging
217: Page 217
217: 1  independents."
217: 2  The "SLC" refers to St. Luke's Clinic?
217: 3  A.  It does.


**Page Range:** 217:4-217:14

217: 3  A.  It does.
217: 4  Q.  And you still agree with that
217: 5  statement, correct?
217: 6  A.  I still agree with that in the care

7

217: 7   transformation process.  That's a very similar
217: 8   problem for employed physicians or for other
217: 9   physicians.
217:10   I would submit to you it is easier to
217:11   do in the St. Luke's Clinic model simply because
217:12   you have the infrastructure, the organizational
217:13   support to start the momentum and the process
217:14   moving forward.


**Page Range:    251:19-252:22**

251:19   Q.  Okay.  I'm going to mark as Plaintiffs'
251:20   Exhibit 130 a two-page document, an E-mail from
251:21   Dr. Swanson to Randy Billings, dated April 4th,
251:22   2011.  It's been Bates-stamped SLHS581968,
251:23   previously marked PX0235.
251:24   (Plaintiffs' Exhibit 130 marked.)
251:25   THE WITNESS:  This came from me to Randy?
252: Page 252
252: 1   Q.  BY MR. HERRICK:  Have you had a chance
252: 2   to review the document, Dr. Swanson?
252: 3   A.  Um-hum.
252: 4   Q.  Do you recognize this document?
252: 5   A.  I don't.
252: 6   Q.  This is how it was produced to us and
252: 7   an E-mail from you to Mr. Billings from April
252: 8   2011.  Do you have any reason to doubt its
252: 9   authenticity?
252:10   A.  I -- I -- I don't know.  I don't
252:11   recognize it.  But, no, I don't.
252:12   Q.  I'm going to ask you a few questions
252:13   about it and we'll see how it goes.
252:14   At the top of the page 2, second page
252:15   of the document, it reads "End Game."  Do you
252:16   have an understanding of what that is in reference
252:17   to?
252:18   A.  I don't remember.
252:19   Q.  Does this look like a document,
252:20   perhaps, that Mr. Billings sent to you and you
252:21   edited and sent back?
252:22   A.  I don't know.


**Page Range:    254:18-255:3**

254:18   Q.  Further down, "No. 3.  Scenario
254:19   Planning," reads, "A monopoly model."  What is

254:20  that in reference to?
254:21  A.  I don't know.
254:22  Q.  And below that, romanette number 4,
254:23  "FTC risk"?  Do you have an understanding of what
254:24  that means?
254:25  A.  I'm not sure if this has enough context
255: Page 255
255: 1  for me to understand what that might mean or what
255: 2  we were talking about at that particular point in
255: 3  time.