## TESTIMONY OF ED CASTLEDINE
Received on September 27, 2013
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et. al. v. St. Luke's Health System Ltd., et. al.*
Case No. 1:12-cv-00560-BLW

Page Range:     7:1-7:4

 7: 1    ED CASTLEDINE,
 7: 2    produced as witness at the instance of the
 7: 3    Plaintiffs, having been first duly sworn, was
 7: 4    examined and testified as follows:


Page Range:     12:23-13:13

 12:23   Q.  Okay.  And then remind me, when did you
 12:24   start at St. Luke's?
 12:25   A.  It would have been 2007.  Page
 13
 13: 1   Q.  And what was your initial role there?
 13: 2   A.  I consulted with Luke's for about a
 13: 3   year before becoming an employee.
 13: 4   Q.  And what was the nature of your
 13: 5   consulting work?
 13: 6   A.  Business development.
 13: 7   Q.  And what -- what is that -- what does
 13: 8   that mean to us lay persons?
 13: 9   A.  It means developing relationships in --
 13:10   with -- well, for me at the time, developing new
 13:11   relationships with providers who hadn't previously
 13:12   worked closely with St. Luke's.  And for me, it
 13:13   was mainly in orthopedics and neurosurgery.


Page Range:     15:2-15:7

 15: 2   Q.  So after approximately a year, your
 15: 3   consultancy ended and you became an employee?
 15: 4   A.  Um-hum.
 15: 5   Q.  What -- what was your title as an
 15: 6   employee?
 15: 7   A.  Director Of Business Development.


Page Range:     74:1-74:11

 74: 1   Q.  BY MR. GREENE:  I'm showing you a

74: 2   document that's been marked Exhibit 1277.  This is
74: 3   captioned "Integration Analysis Update," dated
74: 4   April 23rd, 2010.  Take a quick look and I'll ask
74: 5   if you recall this document.
74: 6   Do you recognize this document?
74: 7   A.  I think I do, yes.
74: 8   Q.  Good.  And is -- there is on the first
74: 9   page and throughout some handwritten notes.  Is
74:10   that your handwriting?
74:11   A.  I believe it is.

Page Range:       119:15-120:25

119:15   (Plaintiffs' Exhibit 349 marked.)
119:16   Q. BY MR. GREENE: I've given you a
119:17   document that's marked 349. And this is an E-mail
119:18   from yourself to Mr. Taylor and Mr. Roth, and it
119:19   cc's Peter L at Consilium. And this contains a
119:20   Bates number of CON0007045.
119:21   Do you have any recollection of this
119:22   E-mail dated June 28, 2011?
119:23   A.  Yes.
119:24   Q. Okay. And then attached to this is
119:25   a list of physicians an their specialties,
Page 120
120: 1   correct?
120: 2   A.  Yes.
120: 3   Q. Okay. And you appear to be describing
120: 4   the results of that work, and in the first
120: 5   paragraph of this E-mail it reads, "Just finished
120: 6   putting this together -- it is rough form but
120: 7   wanted to get your perspective on this type of
120: 8   information as it relates to your meeting
120: 9   tomorrow. The first two tabs are what I need your
120:10   opinion on. This begins to show the dominance of
120:11   Saltzer in the Nampa market. I removed all of the
120:12   dentists, anesthesiologists, chiropractors, et
120:13   cetera, from the list and left only the actual
120:14   providers. Out of roughly 80 physicians in Nampa,
120:15   Saltzer represents 47. If you add the Mercy
120:16   Group, we have the opportunity to work exclusively
120:17   with 54 of the 80."
120:18   Did I read that correctly?
120:19   A.  Yes.

| | |
|---|---|
| 120:20 | Q. Okay. So why would -- you seem to be |
| 120:21 | very positive about this idea that it -- that it's |
| 120:22 | a good idea to have the opportunity to work |
| 120:23 | exclusively with 54 of the 80. Is that a misread |
| 120:24 | of your writing here? |
| 120:25 | A. No. |

Page Range:   121:04-122:23

| | |
|---|---|
| 121: 4 | Q. BY MR. GREENE: Okay. And what – what |
| 121: 5 | advantages does that, having an exclusive with 54 |
| 121 6 | of the 80 doctors in the Nampa area, why is that |
| 121: 7 | useful or important to St. Luke's? |
| 121: 8 | A. Well, it -- if I recall what I was |
| 121: 9 | thinking when I was writing this, it represented |
| 121:10 | an opportunity to align financially and clinically |
| 121:11 | with a lot of providers. And because a lot of our |
| 121:12 | patients come from Canyon County, the opportunity |
| 121:13 | to engage at a -- a really significant level with |
| 121:14 | that number of providers would allow us to improve |
| 121:15 | care on a pretty large scale, as opposed to, say, |
| 121:16 | a small orthopedic practice or a independent small |
| 121:17 | family practice or something. |
| 121:18 | We would have an opportunity to align |
| 121:19 | the interests of -- of quite a few people at one |
| 121:20 | time and be able to improve care. |
| 121:21 | Q. Sure. I mean, presumably you become |
| 121:22 | after the transaction the dominant provider of |
| 121:23 | care in the Nampa area, correct? Isn't that the |
| 121:24 | tenure of your note here? |
| 121:25 | A. I wouldn't say that we would "become |
| Page 122 | |
| 122: 1 | the dominant provider." We would be able to |
| 122: 2 | impact the quality of care that we're providing in |
| 122: 3 | a significant way. |
| 122: 4 | And when I'm -- when I'm referring to |
| 122: 5 | the "dominance of Saltzer" -- on our leadership |
| 122: 6 | team at St. Luke's, I believe I was the only one |
| 122: 7 | that lived in Nampa. And having grown up in |
| 122: 8 | Nampa, I had a pretty good sense of who Saltzer |
| 122: 9 | is, and it was a -- somewhat of an effort on my |
| 122:10 | part to communicate that Saltzer is a -- a |
| 122:11 | reputable and long-standing significant player in |
| 122:12 | that -- that community in health care. |
| 122:13 | And so, you know, sometimes numbers |
| 122:14 | represent, you know, a little more clearly how |
| 122:15 | many people are actually associated with the |

122:16    group.
122:17    Q. So you were buying a very significant
122:18    player in the Nampa market, fundamentally?
122:19    A. Yeah. That -- I had the interest of --
122:20    of aligning clinically with a lot of people. And
122:21    this, Saltzer, represented that opportunity.
122:22    Q. And was it lost on you that you would
122:23    also have more market power in this space?

Page Range:    122:25-123:6

122:25    THE WITNESS:  I think that we would -- if I
Page 123
123: 1    recall what I was thinking, I think that -- that
123: 2     there's no question that there would be -- that
123: 3    that represents more market share.  But I -- but
123: 4    what I was focused on primarily was being able to
123: 5    work with that number of med physicians to align
123: 6    clinically.