**TESTIMONY OF JEFFREY HESSING**

Received on October 17, 2013
In the United States Federal District Court for the District of Idaho
*Saint Alphonsus Medical Center-Nampa, Inc., et. al. v. St. Luke's Health System Ltd., et. al.*
Case No. 1:12-cv-00560-BLW

**Page Range: 7:05-7:07**

```
 5  Q.  Could you please state your full name
 6  for the record.
 7  A.  Jeffrey Glenn Hessing.
```

**Page Range: 24:16-24:17**

```
16  Q.  You're an orthopedic surgeon?
17  A.  That's correct.
```

**Page Range: 29:11-29:18**

```
11  Q.  What percent interest do you hold in
12  Treasure Valley Hospital?
13  A.  We just went through a dilution of
14  Treasure Valley.  So I believe I'm about 3.28 or
15  something like that.
16  Q.  Prior to the dilution, what was your
17  percent?
18  A.  4.
```

**Page Range: 29:19-30:07**

```
   19  Q.  And what precipitated the dilution?
   20  A.  Our need to go out and find some new
   21  partners where we lost some others.
   22  Q.  And who are the partners that you
   23  lost?
   24  A.  Well, the Saltzer ones that were all
   25  last fall. The volume dropped way down at the
30:01  facility.  It's coming back some now what -- some
    2  now -- some -- somewhat now.
    3  But we needed to bring in some new
    4  partners, so we went out and found some additional
    5  physicians who were willing to come to the
    6  facility for patient satisfaction and quality care
    7  and low cost.
```

**Page Range: 36:09-36:15**

```
 9  Q.  Are there any other medical facilities
10  in which you have a direct or indirect ownership
11  interest?
12  A.  Investors of Treasure Valley Hospital
13  also have an ownership in the Nampa Surgery
14  Center.  It is our surgery center.  It is not
15  Saint Al's surgery center.  It is ours.
```

**Page Range: 36:21-37:04**

```
   21  Q.  Well, when you say it is your surgery
   22  center and not Saint Al's, Saint Al's has a larger
   23  ownership interest in that facility than Treasure
   24  Valley Hospital; isn't that right?
   25  A.  Saint Al's owns 26 percent of the
37:01  facility
   02  Q.  And how much does TVH own?
```

```
   03  A.   It is about 20 -- 21, 22, somewhere in
   04  that range.
```

**Page Range: 38:21-39:01**

```
   21  Q.   Were any surgeons employed or in a
   22  physician services arrangement with St. Luke's
   23  offered an opportunity to invest in Treasure
   24  Valley Surgery Center?
   25  Not that I'm aware of
39:01  Why not?
```

**Page Range: 39:04-39:09**

```
   04  THE WITNESS:  We have a -- we have a fairly
   05  strict noncompete at Treasure Valley Hospital.
   06  Involvement, certainly as employed physicians,
   07  would violate that noncompete.  The PSA
   08  arrangements would be determined on a case-by-
   09  case basis.
```

**Page Range: 39:12-39:14**

```
   12  You hold a leadership position at
   13  Treasure Valley Hospital; is that right?
   14  A.   I'm the Medical Director.
```

**Page Range: 45:05-45:10**

```
    5  Q.   And -- now that -- the Treasure Valley
    6  Surgery Center that was just opened in Nampa, was
    7  opened in connection with -- that was the first
    8  step in a plan to open some additional surgery
    9  centers; is that right?
   10  A.   That's correct.
```

**Page Range: 51:20-51:25**

```
   20  Q.   BY MR. STEIN:  Dr. Hessing, do you
   21  agree that having an ownership interest in a
   22  medical facility provides a surgeon with a
   23  financial incentive to do procedures at that
   24  facility?
   25  A.   I think that's a given, Counselor.
```

**Page Range: 62:24-63:01**

```
   24  Q.   And who are the other payers besides
   25  Wells Fargo and Blue Cross that you've had
63:01  discussions with about bundled payments?
```

**Page Range: 63:02-63:08**

```
    2  A.   I said "they."  I did not just give --
    3  those are the two I recall, Counsel.  There
    4  haven't been others.
    5  Q.   So --
    6  A.   Although, we have discussed it with
    7  PacificSource, and they have not responded at this
    8  point.
```

**Page Range: 63:09-64:12**

```
   09  Q.   Wells Fargo healthcare division, does
   10  that refer to the -- do they administer the
   11  employee benefit plan -- or the health plan for
```

```
        12  Wells Fargo employees?
        13  A.   They -- it's Wells Fargo Bank.  My
        14  understanding in meeting with them is that they
        15  are in the boardrooms of several small businesses
        16  in Boise, and it's those small businesses that
        17  have come to them concerned about local health
        18  care costs.
        19  And Wells Fargo has asked us in to
        20  present – presented our payment scheme at
        21  Treasure Valley as a potential cost savings and
        22  that they would make us a Tier 1 facility for
        23  what we do with those costs of those patients.
        24  Q.   And a "Tier 1 facility" means that it
        25  would be -- that people who are insured would have
     64:01  more of a financial incentive to use TVH versus --
        02  A.   They would have a lower co-pay or
        03  something like that.
        04  Q.   And so is the idea that facilities like
        05  a St. Luke's or Saint Al's would be either at a
        06  lower tier or just not part of the network at all
        07  for that type of plan?
        08  A.   I don't really know, Counsel.  I
        09  haven't pursued that with them.  They just
        10  suggested there be a -- a different benefit
        11  in -- that would drive volumes to Treasure
        12  Valley.
```

**Page Range: 67:24-68:03**

```
        24  Q.   Are there currently any agreements with
        25  payers where TVH is reimbursed on a basis other
     68:01  than a fee for service?
        02  A.   I'm unaware of any risk sharing.  I'm
        03  unaware of any, Counsel.
```

**Page Range: 97:14-97:17**

```
        14  Q.   Treasure Valley Hospital has been a
        15  very lucrative investment for its investors, has
        16  it not?
        17  A.   It's been a good investment.
```

**Page Range: 132:04-132:06**

```
         4  Q.   She didn't tell you how she was going
         5  to -- how she was going to do that?
         6  A.   No.
```

**Page Range: 133:14-134:15**

```
        14  Q.   BY MR. STEIN:  Defendants' Exhibit 145
        15  is marked JGH 00197.  At the top of the first
        16  page -- I'm sorry -- 197 to 198.  Do you recognize
        17  on the top of the first page is an E-mail you sent
        18  to Goran Dragolovic on October 4th, 2011?
        19  A.   Yes.
        20  Q.   This E-mail discusses a -- a meeting
        21  that you attended.  Do you recall attending the
        22  meeting that is referenced in this E-mail?
        23  A.   Yes, I do.
        24  Q.   And what was the purpose of the meeting
        25  that is referenced in Exhibit 145?
    134:01  A.   Saint Al's was meeting and called the
        02  meeting.  I was invited into the meeting at the
        03  start.  I left after about a half hour.  I put
```

```
04  some ideas on the table that were basically
05  explained here.
06  Q.  Who was in this meeting?
07  A.  The Saltzer surgeons -- I think there
08  were three or four -- Sally.  I don't remember who
09  else.
10  Q.  Sally Jeffcoat?
11  A.  Um-hum.
12  Do you remember anyone else from Saint
13  Al's that was there?
14  There were a couple others there.  I
15  cannot identify them.
```

**Page Range: 137:23-138:08**

```
       23  Q.  And the second thing you say you
       24  discussed with people at the meeting is, "Rare
       25  opportunity for them to buy in now before center
   138:01  opens, explaining the advantages we talked about.
       02  I suggested I would anticipate a 50 to 60 percent
       03  return on investment in the first year of
       04  operation if we opened with Ors full or close to
       05  it."
       06  And you're referring there to the
       07  Treasure Valley Surgery Center?
       08  A.  That's correct.
```

**Page Range: 139:02-139:09**

```
        2  Q.  And the reason that you had to know if
        3  they were going to go -- stay or go with
        4  St. Luke's is because if they went with St. Luke's
        5  your understanding was they wouldn't be sending
        6  any more cases to Treasure Valley Hospital,
        7  right?
        8  A.  I believe that's correct, if I
        9  understand your question.
```

**Page Range: 140:04-140:14**

```
       04  You told the surgeons that they would
       05  have an opportunity to invest in a surgery center
       06  with potentially a 50 or 60 percent return if they
       07  didn't go with St. Luke's.  Isn't that what you
       08  were conveying to them?
       09  A.  Yes.
       10  Q.  And if they did go with St. Luke's,
       11  they wouldn't be afforded that opportunity; is
       12  that right?
       13  A.  Again, very -- very preliminary
       14  discussions.  But that was the suggestion, yes.
```

**Page Range: 161:15-162:09**

```
       15  Q.  Well, in your discussions with the
       16  Saltzer surgeons, did they express to you concern
       17  about losing referrals from the primary care
       18  physicians?
       19  A.  From -- from their partners?
       20  A.  Right.  From their partners, if they
       21  didn't -- if the surgeons didn't move forward with
       22  the transaction with St. Luke's?
       23  A.  Yes.
       24  Q.  And did you -- did you say anything to
       25  them in order to ensure they that they would
   162:01  continue to have enough volume to do surgeries
       02  even if they didn't affiliate -- or even if they
```

```
03  left Saltzer, stayed with Treasure Valley
04  Hospital?
05  A.  I've already testified today that Sally
06  Jeffcoat and I had a discussion about that very
07  point and that Sally had assured me that there
08  would be support from the Saint Al's doctors.
09  That's all I ever told them.
```

5