Lawrence G. Wasden, Attorney General
Brett T. DeLange, Deputy Attorney General
ISB #3628; brett.delange@ag.idaho.gov

Office of the Attorney General
Consumer Protection Division
700 W. Jefferson Street
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  208-334-4114
Facsimile:  208-334-4151

*Counsel for Plaintiff State of Idaho*

Deborah L. Feinstein, Director
Stephen Weissman, Deputy Director
J. Thomas Greene,  Special Counsel
CSB 57159; tgreene2@ftc.gov

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
Telephone:  (415) 848-5196
Facsimile:  (202) 326-2884

*Counsel for Plaintiff Federal Trade Commission*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ST. LUKE'S HEALTH SYSTEM, LTD., <br><br> Defendant. | Case No. 1:12-CV-00560-BLW <br> (Lead Case) <br><br> **GOVERNMENT PLAINTIFFS' NOTICE OF UPDATED TRANSCRIPT FILING** <br><br><br> Case No. 1:13-CV-00116-BLW |
| FEDERAL TRADE COMMISSION and STATE OF IDAHO, <br><br> Plaintiffs, <br><br> vs. <br><br> ST. LUKE'S HEALTH SYSTEM, LTD. and SALTZER MEDICAL GROUP, P.A., <br><br> Defendants. | |

        The purpose of this Notice is to apprise the Court and all parties that the Federal

Trade Commission and the State of Idaho today filed updated deposition transcripts of

the following witnesses:   Crouch, Powell, Roth and Sonnenberg.   The deposition

**GOVERNMENT PLAINTIFFS' NOTICE OF UPDATED TRANSCRIPT FILING - 1**

transcripts have been updated to reflect the rulings set forth in the Court's Memorandum

Decision and Order of July 3, 2014 (Dkt 511) regarding assertions of attorney's eye only

(AEO) material.  As one can see from a chart reflecting the AEO designations to the trial

and deposition testimony that the Government Plaintiffs have utilized in updating the

transcripts and which was filed, via ECF, on November 4, 2014 (Dkt 548), no redactions

were made to the deposition transcripts being filed today.

**Respectfully submitted November 21, 2014**


 /s/ Brett T. DeLange_____
Lawrence G. Wasden, Attorney General
Brett T. DeLange
Chief, Consumer Protection Division
Carl J. Withroe
Colleen Zahn
Deputy Attorneys General
Office of the Attorney General
State of Idaho
954 West Jefferson Street, Second Floor
Boise, ID 83720
Tel: 208-334-2424
brett.delange@ag.idaho.gov
carl.withroe@ag.idaho.gov
colleen.zahn@ag.idaho.gov

*Counsel for  State of Idaho*

/s/ J. Thomas Greene_____
J. Thomas Greene
Henry C. Su
Attorneys
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
Tel: 415- 848-5196
tgreene2@ftc.gov
hsu@ftc.gov

Deborah L. Feinstein, Director
Stephen Weissman, Deputy Director
Bureau of Competition
Federal Trade Commission

*Counsel for Federal Trade Commission*

**GOVERNMENT PLAINTIFFS' NOTICE OF UPDATED TRANSCRIPT
FILING - 2**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of November, 2014, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System.

Brett T DeLange   brett.delange@ag.idaho.gov, teresa.taylor@ag.idaho.gov
Brian K Julian   bjulian@ajhlaw.com, lgrantham@ajhlaw.com, pgrossman@ajhlaw.com
Bryan A Nickels   ban@dukescanlan.com, klb@dukescanlan.com, klm@dukescanlan.com, sls@dukescanlan.com
Carl J Withroe   carl.withroe@ag.idaho.gov, colleen.funk@ag.idaho.gov
Charles A Brown   charlesabrown@cableone.net
Charles K Schafer   cschafer@sidley.com
Colleen D Zahn   colleen.zahn@ag.idaho.gov, reta.massano@ag.idaho.gov
Danica Noble   dnoble@ftc.gov
David A Ettinger   dettinger@honigman.com, nroberts@honigman.com, shakim@honigman.com
Eric J Wilson   ewilson@gklaw.com
Henry Chao-Lon Su   hsu@ftc.gov, lrine@ftc.gov, ssajewski@ftc.gov
J Walter Sinclair   JWSinclair@hollandhart.com njhammond@hollandhart.com
Jack R Bierig   jbierig@sidley.com
Keely E. Duke   ked@dukescanlan.com, klb@dukescanlan.com, sls@dukescanlan.com
Kevin J O'Connor   koconnor@gklaw.com
Kevin J Scanlan   kjs@dukescanlan.com, klb@dukescanlan.com, klm@dukescanlan.com
Lara Fetsco Phillip   lara.phillip@honigman.com
Matthew Paul Accornero   maccornero@ftc.gov
Michael James Perry   mperry@ftc.gov
Portia L Rauer   plr@powerstolman.com, jsm@powerstolman.com
Raymond D Powers   rdp@powerstolman.com, crb@powerstolman.com, jls@powerstolman.com
Scott D Stein   sstein@sidley.com, efilingnotice@sidley.com, jfitzpat@sidley.com, jfitzpatrick@sidley.com
Syrena Case Hargrove   Syrena.Hargrove@usdoj.gov, angela.nyland@usdoj.gov, becky.early@usdoj.gov, pamela.bearg@usdoj.gov, USAID.ECFNOTICE@USDOJ.GOV

**GOVERNMENT PLAINTIFFS' NOTICE OF UPDATED TRANSCRIPT FILING - 3**

Tacy F Flint    tflint@sidley.com
Wendy K Arends    warends@gklaw.com, jschwartz@gklaw.com,
swilson@gklaw.com
Thomas Greene  tgreene2@ftc.gov

/s/ Brett T. DeLange
Brett T. DeLange
Office of Attorney General