UNITED STATES DISTRICT COURT

IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.<br><br>      Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD. AND ST. LUKE'S REGIONAL MEDICAL CENTER. LTD.<br><br>      Defendants. | Case No. 1:12-CV-00560-BLW (Lead)<br><br>**ORDER ON STIPULATION** |
| FEDERAL TRADE COMMISSION, STATE OF IDAHO,<br><br>      Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD; SALTZER MEDICAL GROUP, P.A.<br><br>      Defendants. | Case No: 1:13-cv-0116-BLW |

Having reviewed the Stipulation and finding it proper,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 614) is APPROVED, and that the following schedule shall govern the briefing on the amount of the fees and costs to be awarded to Plaintiffs:

1.    Private Plaintiffs and the Idaho Attorney General shall provide Defendants and to the Court complete and (if applicable) updated copies of their petitions for fees and costs (with

**ORDER - 1**

17127174.8

schedules of time entries and fees provided in excel spreadsheet format), along with any supporting briefs and other materials, by no later than May 21, 2015.

2. Defendants shall file their responses to the fee petitions and any supporting materials by no later than July 20, 2015.

3. Private Plaintiffs and the Idaho Attorney General shall file their replies and any supporting materials by no later than September 18, 2015.

4. Defendants may seek leave to file a surreply to the extent permitted by the Federal Rules of Civil Procedure and the Local Rules of the District of Idaho. Plaintiffs may oppose that request.



DATED: May 29, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**

17127174.8