UNITED STATES DISTRICT COURT
IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER-NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.<br><br>       Plaintiffs,<br>  v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD., and ST. LUKE'S REGIONAL MEDICAL CENTER LTD.,<br><br>       Defendants. | Case No. 1:12-cv-00560-BLW (Lead Case)<br><br>**ORDER** |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO<br><br>Plaintiffs,<br><br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A.<br><br>Defendants. | Case No. 1:13-cv-00116-BLW |

*WHEREAS*, the Court is entering this Order, with the parties' agreement, to fully achieve the Court's February 24, 2014, Judgment ("Judgment") and December 10, 2015, Order ("2015 Order") requiring St. Luke's to divest itself of Saltzer's physicians and assets and take any further action needed to unwind the Acquisition.

*WHEREAS,* the Court appointed a Divestiture Trustee ("Trustee") in the 2015 Order to implement the Judgment, and allowed the Trustee twelve (12) months to accomplish the

divestiture.  The Order provides for time extensions if the Trustee believes divestiture can be achieved within a reasonable additional time.

*WHEREAS,* the Government Plaintiffs have moved the Court, unopposed by St. Luke's, to allow the Trustee additional time until May 1, 2017, to accomplish the divestiture because it is the Trustee's belief that he can accomplish the divestiture in a reasonable time after the expiration of the divestiture period on December 10, 2016.

NOW THEREFORE IT IS HEREBY ORDERED, that the unopposed motion to extend time (docket no. 688) is GRANTED, and that the time for the Trustee to accomplish the divestiture is extended until May 1, 2017.

DATED: November 21, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court