UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER – NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD, and ST. LUKE'S REGIONAL MEDICAL CENTER, LTD.,<br><br>Defendants. | Case No. 1:12-cv-00560-BLW (Lead Case)<br><br>**ORDER TO STAY EXECUTION OF JUDGMENT PENDING APPEAL** |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO<br>Plaintiffs,<br>v.<br>ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A.<br>Defendants. | Case No. 1:13-cv-00116-BLW |

THIS MATTER having come before the Court on the Unopposed Motion to Stay Execution of Judgment Pending Appeal filed by Defendants St. Luke's Health System, Ltd., and St. Luke's Regional Medical Center, Ltd., (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(a), and the Court being fully advised in the premises,

FINDS that there is good cause shown to stay, pending appeal, execution of or any proceedings to enforce the Amended Judgment for Attorney Fees and Costs entered in this action on November 29, 2016, and

FURTHER FINDS that Defendants have acquired two Final Supersedeas Bonds, one as to Plaintiffs Saint Alphonsus Medical Center – Nampa, Inc., Saint Alphonsus Health system,

**ORDER TO STAY EXECUTION OF JUDGMENT PENDING APPEAL - 1**

Inc., and Saint Alphonsus Regional Medical Center, Inc. (collectively "Saint Al's"), and one as to Plaintiff Treasure Valley Hospital Limited Partnership ("TVH") (all together "the private plaintiffs"), that are good and adequate security for the November 29, 2016 Amended Judgment, and are acceptable to the private plaintiffs, and

    NOW THEREFORE IT IS HEREBY ORDERED, that the motion to stay (docket no. 702) is GRANTED, and that execution of, or any proceedings to enforce, the Amended Judgment entered in this action on November 29, 2016 are stayed until the date the United States Court of Appeals for the Ninth Circuit issues its mandate in the appeal that has been taken from the November 29, 2016 Amended Judgment.

DATED: January 25, 2017

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER TO STAY EXECUTION OF JUDGMENT PENDING APPEAL - 2**