# UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER-NAMPA, INC., TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, SAINT ALPHONSUS HEALTH SYSTEM, INC., AND SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.<br><br>          Plaintiffs,<br>  v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD., and ST. LUKE'S REGIONAL MEDICAL CENTER LTD.,<br><br>          Defendants. | Case No. 1:12-cv-00560-BLW (Lead Case)<br><br>**ORDER APPROVING THE DIVESTITURE OF THE SALTZER ASSETS AND BUSINESS** |
| FEDERAL TRADE COMMISSION; STATE OF IDAHO<br><br>          Plaintiffs,<br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD.; SALTZER MEDICAL GROUP, P.A.<br><br>          Defendants. | Case No. 1:13-cv-00116-BLW |

*WHEREAS,* the Court is entering this Order, with the parties' agreement, pursuant to the Court's February 24, 2014, Judgment ("Judgment") and December 10, 2015, Order ("2015 Order" as extended pursuant to an Order on November 21, 2016) requiring St. Luke's to divest itself of Saltzer's physicians and assets and take any further action needed to unwind the Acquisition.

*WHEREAS,* the Court appointed a Divestiture Trustee in the 2015 Order to implement the Judgment.

WHEREAS, the Government Plaintiffs have moved the Court, unopposed by St. Luke's and the others parties, to approve the divestiture of the Saltzer Assets and Businesses as recommended by the Divestiture Trustee.

NOW THEREFORE IT IS HEREBY ORDERED, that the Unopposed Motion to Approve Divestiture (docket no. 708) is GRANTED, and that the Court approves the complete separation of the Saltzer Assets and Business from St. Luke's pursuant to the parties' agreements, including the parties' Transitional Services Agreement, as described in the Government Plaintiff's unopposed motion and supporting documents (docket nos. 708 & 709) in satisfaction of this Court's Judgment and 2015 Order.

IT IS FURTHER ORDERED that St. Luke's shall provide written reports to the Government Plaintiffs every ninety (90) days describing in detail the performance of their obligations under the Transition Services Agreement, until the Transition Services Agreement terminates. The reports shall be made in a form as determined by the Government Plaintiffs.

DATED: April 27, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court