LAWRENCE G. WASDEN
ATTORNEY GENERAL

BRETT T. DELANGE, ISB #3628
Deputy Attorney General
Office of the Attorney General
Consumer Protection Division
954 West Jefferson Street, Second Floor
P. O. Box 83720
Boise, Idaho 83720-0010
Telephone:     (208) 334-4114
Facsimile:     (208) 334-4151
brett.delange@ag.idaho.gov

*Attorneys for the State of Idaho*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS MEDICAL CENTER - NAMPA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ST. LUKE'S HEALTH SYSTEM, LTD., and ST. LUKE'S REGIONAL MEDICAL CENTER LTD., <br><br> Defendants. | Case No. 1:12-CV-00560-BLW <br> (Lead Case) <br><br><br><br> **GOVERNMENT PLAINTIFFS' UNOPPOSED MOTION FOR ORDER DISCHARING MONITOR AND ESTABLISHING REPORTING REQUIREMENTS** |
| FEDERAL TRADE COMMISSION and STATE OF IDAHO, <br><br> Plaintiffs, <br><br> v. <br><br> ST. LUKE'S HEALTH SYSTEM, LTD. and SALTZER MEDICAL GROUP, P.A., <br><br> Defendants. | Case No. 1:13-CV-00116-BLW |

The Government Plaintiffs, by and through undersigned counsel, move the Court for entry of the attached proposed Order. In support of this motion, the State of Idaho submits as follows:

1. On December 10, 2015, this Court entered an "Order to Maintain Assets and Appointing a Monitor and a Divestiture Trustee" ("Order").

2. The Monitor has, since that time, provided services under and pursuant to the Court's order.

3. The Government Plaintiffs, after consulting all parties and the Monitor, do not believe his services are further needed.

4. The Government Plaintiffs have provided the proposed attached Order to the parties in this case and have been advised that none opposes the entry of the Order.

WHEREFORE, the Government Plaintiffs respectfully request that the Court enter the attached proposed Order Discharging Monitor and Establishing Reporting Requirements

Dated: March 23, 2018

Respectfully submitted,

*/s/ Brett T. DeLange*

LAWRENCE G. WASDEN, Attorney General
BRETT T. DELANGE, ISB # 3628
Deputy Attorney General
Office of the Attorney General
Consumer Protection Division
954 West Jefferson Street, Second Floor
P. O. Box 83720
Boise, Idaho 83720-0010
Telephone:     (208) 334-4114
Facsimile:     (208) 334-4151
brett.delange@ag.idaho.gov

*Attorneys for the State of Idaho*

*/s/ Eric D. Rohlck*
Eric D. Rohlck
Acting Deputy Assistant Director, Compliance Division
Bureau of Competition
Federal Trade Commission
600 Pennsylvania Ave., N.W. Washington, D.C. 20580
Tel: 202-326-2681
erohlck@ftc.gov

Bruce Hoffman, Acting Director
Bureau of Competition
Federal Trade Commission

David C. Shonka, Acting General Counsel
Federal Trade Commission

*Counsel for Plaintiff Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23th day of March, 2018, I filed the foregoing electronically with the Clerk of Court through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

J. Walter Sinclair
Brian C. Wonderlich
*Holland and Hart LLP*
jwsinclair@hollandhart.com
bcwonderlich@hollandhart.com

Jack R. Bierig
Scott D. Stein
Charles K. Schafer
Tacy F. Flint
*Sidley Austin, LLP*
jbierig@sidley.com
sstein@sidley.com
cschafer@sidley.com
tflint@sidley.com

*Counsel for St. Luke's Health System, Ltd.*

Brian K. Julian
*Anderson, Julian & Hull, LLP*
bjulian@ajhlaw.com

*Counsel for Defendant Saltzer Medical Group, P.A.*

John P. Marren
Patrick E. Deady
Thomas J. Babbo
Hogan Marren Babbo & Rose, Ltd.
jpm@hmltd.com
ped@hmltd.com
tjb@hmltd.com

*Counsel for St. Luke's Regional Medical Center, Ltd.*

Eric D. Rohlck
*Federal Trade Commission*
erohlck@ftc.gov

*Counsel for Federal Trade Commission*

Keely E. Duke
Kevin J. Scanlan
*Duke Scanlan Hall PLLC*
ked@dukescanlan.com
kjs@dukescanlan.com

David A. Ettinger
Lara Festco Phillip
*Honigman Miller Schwartz and Cohn LLP*
dettinger@honigman.com
lara.phillip@honigman.com

*Counsel for Saint Alphonsus Medical Center - Nampa, Inc.; Saint Alphonsus Health System, Inc.; and Saint Alphonsus Regional Medical Center, Inc.*

Raymond D. Powers
Portia L. Rauer
*Powers Tolman Farley, PLLC*
rdp@powerstolman.com
plr@powerstolman.com

*Counsel for Treasure Valley Hospital Limited Partnership*

DATED this 23th day of March 2018.

          STATE OF IDAHO
          OFFICE OF THE ATTORNEY GENERAL


       By: */s/ Brett T. DeLange*
          Brett T. DeLange
          Deputy Attorney General